# Exhibit 16

# APPLICATION                    3/28/10

# ARIZONA DPS RICO FUNDS

Applications for RICO funding will be solicited semi-annually (April and October). Projects approved for funding will begin in July and January respectively. Divisions can present projects to the Funding Committee outside of these funding cycles if an urgent need is identified.

**Requesting Bureau:**       Management Services Bureau

**Project Title:**           Safety and Loss Prevention Grant

**Project Coordinator:**     JoAnn Ortega

**Project Budget Coordinator:** Jorge Garcia

**Total Funds Requested:**   $75,000    $ 451,000

**Proposed Project:**

The Safety Office is seeking to enhance and upgrade the services provided for the Department. Expenditures fall into Category II - Projects relating to the ongoing annual operating costs for department units or functions. The grant request includes four projects: Safety Training, Job Specific Medical Services, Equipment/Supplies and Information Management Enhancement/Support.

Job Specific Medical Services, $50,000:

The project will fund medical services specific to employment and include vaccinations, such as Hepatitis B; baseline and annual examinations for hearing, vision and respiratory tract evaluations; medical services required by specific job classifications (e.g. SWAT, Crime Lab, Phlebotomy); pulmonary function tests; and other health-related expenses that are incurred to mitigate effects of exposure.

Department personnel regularly utilize these services:
1. Immunizations for sworn employees.
2. Respiratory Medical Evaluation Questionnaires and pulmonary function tests for officers certified to use Respirators.
3. Vision tests and other examinations to develop baseline results and then to determine that personnel remain able to perform their assigned job functions.
4. Drug screens for officers becoming phlebotomists.
5. Annual physical exams for personnel involved in the eradication of clandestine labs, including SWAT, forensics lab and hazardous materials personnel.

In addition, the project will fund medical treatment, surveillance and follow-up services for exposures to the types of occupational hazards listed below which are based on the following OSHA and Department of Administration, Risk Management mandated programs:

| 1910.1200 | Hazardous Materials Communication |
| 1910.1450 | Exposure to Hazardous Chemicals |
| 1910.1025 | Occupational Exposure to Lead |
| 1910.95 | Occupational Exposure to Noise |

| | |
|---|---|
| 1910.120 | Hazardous Waste Operations and Emergency Response |
| 1910.1096 | Radiation |
| 1910.1000 | Air Contaminates |
| 1910.134 | Respiratory Protection |
| 1910.139 | Respiratory Protection for TB |
| 1910.1030 | Bloodborne Pathogens. |

Medical Emergencies Treatments and Follow-up Services

Under the OSHA civil penalties structure, failure to comply with OSHA medical surveillance mandates could result in multiple serious citations that range from $7,000 to $70,000 if deemed a willful violation.

Equipment and Supplies, $22,500:

1. Additional and replacement hearing protection earmuffs: Earmuffs are made available to personnel on the shooting ranges and in other areas with a high incidence of excessive noise such as firearm instructors, SWAT personnel, and print shop staff.
2. Additional and replacement eye protection for personnel using shooting ranges. Plans are to supplement the available stock annually with clear lenses and frames, coated lenses and frames, and eye wear cases.
3. Three additional paramedic grade trauma kits, including Automatic External Defibrillators (AEDs) to be distributed to the firearms ranges.
4. Replacement batteries, pads and other related supplies required for AED units.

Data System Support, $2,500:

The Safety Office continues to develop and enhance the database with plans to move it to a web-based application with limited access for identified staff outside of Safety Office personnel, through the Department's Intranet.

Cost savings were realized by developing the system utilizing an ACCESS desk-top application to identify the specific information needed to monitor and develop fundamental and timely reports. As a result of the initial application, reports have been posted to the Intranet which in turn have decreased the amount of time between when a vehicle collision occurs and when the vehicle is returned to service. We seek to complete this transition through the Department's IT department, however, specific development and other charges may be incurred for this process.

**Proposed Budget:**

| Description | Requested Allocation |
|---|---|
| **Job Specific Medical Services** | **$50,000** |
| Immunizations | |
| Baselines | |
|     Hearing | |
|     Vision | |
|     Respiratory | |
| Annuals | |
|     Physicals | |
|     Skin Tests | |
|     Hearing Tests | |
| Post-Exposure Medical | |
| Phlebotomy Drug Screens | |
| Other Medical Services | |
| **Equipment and Supplies** | **$22,500** |
| Eye Protection - | |
|     Night/Clear | |
|     Tinted | |
|     Case | |
| Trauma Kit | |
|     Supplies & Case | |
|     AED W/Pelican Case | |
| AED Supplies | |
|     Batteries | |
|     Pads | |
| Hearing Protection | |
|     Attenuating/Amplifying Earmuffs | |
| **Database Enhancement and Support** | **$2,500** |
| **TOTAL** | **$75,000** |

# Exhibit 17

# APPLICATION

# ARIZONA DPS RICO FUNDS

Applications for RICO funding will be solicited semi-annually (April and October). Projects approved for funding will begin in July and January respectively. Divisions can present projects to the Funding Committee outside of these funding cycles if an urgent need is identified.

**Requesting Bureau:** Human Resources

**Project Title:** Drug-Free Workplace (DFW) Program

**Project Coordinator:** Julie Trimbell, Human Resources Supervisor

**Project Budget Coordinator:** Vanessa Vanegas, Human Resources Assistant

**Total Funds Requested:** $31,510  $27,900

**Proposed Project:** Describe the proposed project and indicate which of the allowable expenditure categories it falls under. (RICO funds can be expended on activities calculated to enhance future investigations, substance abuse prevention/awareness programs, gang prevention programs, witness protection and law enforcement related training, equipment, facilities and operational expenses.)

The Drug-Free Workplace (DFW) Program was implemented on August 1, 1997 following a tragic event involving a department employee. In a continued effort for vigilance toward substance abuse in the workplace, the DFW Program reinforces and promotes the Department's commitment to provide a drug and alcohol-free workplace; a safe and healthy work environment that maintains the highest level of work ethics, law enforcement integrity and professionalism.

This memorandum is a request for RICO funding to continue the DFW Program for fiscal year 2010/2011. The request takes into account the random testing for the approximate 1,385 employees assigned to safety sensitive positions throughout the Department. It also includes costs associated with pre-employment drug testing of potential new hires and related expenses. **The total request for the DFW Program Budget for fiscal year 2010/2011 is $31,510.**

## Problem:

Substance and alcohol use/abuse in the workplace impairs the safety of the abusers, other Department employees and the citizens of the State of Arizona. Studies by expert authorities on safety and substance abuse issues in the workplace have shown that substance abuse decreases the productivity of employees, increases the incidence of work-related accidents, increases absenteeism, exposes the abusing employee and the Department to unnecessary liability and undermines public trust and confidence in the Department and its employees. This conduct is incompatible with the Department's mission and responsibility as a law enforcement agency.

1

The potential for substance abuse in the workplace is universal. Substance abuse in the workplace has a real impact on their bottom line. Substance abuse drains more than $100 Billion from American businesses every year. For example; **WORKERS' COMPENSATION:** 38% to 50% of all Workers' Compensation claims are related to substance abuse in the workplace; substance abusers file three to five times as many Workers' Compensation claims. **MEDICAL COSTS:** Substance abusers incur 300% higher medical costs than non-abusers. **ABSENTEEISM:** Substance abusers are 2.5 times more likely to be absent eight or more days a year. **LOST PRODUCTIVITY:** Substance abusers are 1/3 less productive. **EMPLOYEE TURNOVER:** It costs a business an average of $7,000 to replace a salaried worker. Companies who have a Drug Free Workplace Program will find that an investment in education, prevention, and assistance programs pays dividends for both the employer & the employee.

\* Source: 'Working Partners', National Conference Proceedings Report: sponsored by U.S. Dept. of Labor, the SBA, and the Office of National Drug Control Policy.

The Department of Public Safety is a leader in state government and the law enforcement community in its implementation of a Drug-Free Workplace Program. The existence of the DFW Program removes undesirable candidates from being hired through pre-employment drug testing. In accordance with Arizona Administrative Code R13-4-109, the Arizona Peace Officer Standards and Training Board may deny certified status or suspend or revoke the certified status of a peace office for the illegal use of marijuana, a dangerous drug, or a narcotic. Therefore to ensure compliance, the Department performs random drug testing of sworn employees. Positive drug and alcohol test results allow the Department to terminate undesirable employees, removing potential hazards to the Department and its employees.

**Proposed Budget:** Provide as much detail as possible. (Note: The approval of RICO funding for goods or services does *not* exempt the purchaser from State of Arizona procurement policies, i.e., the requirement to process a competitive bid for the requested goods or services, use of an existing contract vendor for those items, or request for approval to waive competition [per statute]. Brand names and model numbers referenced in the application for RICO funding will be utilized for illustrative purposes only to provide an estimated dollar amount for the funding request.)

**The total request for the DFW Program Budget for fiscal year 2010/2011 is $31,510.** Additional funds may be requested during the fiscal year if hiring efforts increase or additional civilian positions, which qualify for testing, are identified.

The following is a breakdown of the expenses that will be incurred.

1. All Department full-time, part-time, limited term, temporary and contract employees, as well as Department-administered task force members (which includes personnel from law enforcement agencies assigned to task forces), sworn reserves and Motorist Assist Drivers, working in safety-sensitive areas will theoretically be tested once every two years. The estimated total number of random drug tests required for the next program year is 693. Pre-employment testing is estimated for 240 candidates this next program year. The Drug and Alcohol vendor contract with Southwest Labs and Concentra Services has a per test fee of approximately $30. The cost for Medical Review Officer (MRO) services is $12 per test with an estimated 10 tests reviewed annually. Based on 933 drug tests and the MRO services for the fiscal year, the approximate total cost of testing is $28,110.

2. The training of supervisors and managers is essential for success of the program. Training will include information pertaining to collection site protocols, laboratory test analysis procedures, and signs and symptoms for identification of substance abusers - approximate cost, $500.

2

3.  Technical support/upgrades contract for the DFW ASSISTANT software (which is proprietary to Compliance Software) - $1500.

4.  Assigned personnel will travel to district offices to acquire input on program policies and procedures. Additionally, assigned personnel will do spot-check inspections of collection sites statewide - approximate in-state travel cost for 12 trips, $250.

5.  Assigned personnel will attend one training seminar on drug-free workplace issues - approximate cost, $500.

6.  Memberships in relevant drug-free workplace organizations, such as "Institute for a Drug-Free Workplace" - approximate annual cost, $300.

7.  Subscriptions, books, periodicals, leaflets, and pamphlets to aid in promoting the DFW Program and to keep Coordinator current on statutes, laws and changes to programs - $350.

**TOTAL: $31,510.00**

**Estimated Timetable:**

| Date | Expenditure Description | Amount |
|------|------------------------|--------|
| Q1 | DFW Program Operations | $ 7,680 |
| Q2 | DFW Program Operations | $ 7,780 |
| Q3 | DFW Program Operations | $ 8,530 |
| Q4 | DFW Program Operations | $ 7,520 |

**Budget:**

| | | |
|---|---|---|
| ( x ) | Administrative: | $ 28,110 |
| ( ) | Construction: | |
| ( x ) | Equipment: | $  1,500 |
| ( ) | Match Grants: | |
| ( x ) | Other Operating: | $  1,650 |
| ( ) | Personal Services | |
| ( ) | Civil Remedies: | |
| ( ) | Professional/Outside | |
| ( x ) | Travel – In State | $    250 |
| ( ) | Travel – Out State | |

25,325

| | | | |
|---|---|---|---|
| 1. | Drug and Alcohol Vendor Fees | $ 28,110 | $ 22,000 |
| 2. | Technical Support/Upgrades for ASSISTANT Software | $  1,500 | |
| 3. | In-State Travel | $    250 | reduce 50% |
| 4. | Education Training | $  1,000 | |
| 5. | Dues/Memberships | $    300 | |
| 6. | Books, Subscriptions & Publications | $    350 | |
| | Total RICO request for FY 10/11 | $31,510 | $825 |

**Concur:** _____    **Date:** _____
Lieutenant Colonel Steven Campbell

**Review:** _____    **Date:** _____
Grant Administration Secretary, Financial Services

4

# Exhibit 18

CID APPROVED FY 13 ———— #3680   5/22/2012

# APPLICATION

# ARIZONA DPS RICO FUNDS

Applications for RICO funding will be solicited semi-annually (April and October). Projects approved for funding will begin in July and January respectively. Divisions can present projects to the Funding Committee outside of these funding cycles if an urgent need is identified.

**Requesting Bureau:** Narcotics and Organized Crime

**Project Title:** Pinal Narcotics –Vehicle Replacement

**Project Coordinator:** Bruce Campbell

**Project Budget Coordinator:** ~~Willis Pierson~~ MARY CURFMAN

**Total Funds Requested**        $75,459.71

## Proposed Project

The Arizona Department of Public Safety currently assigns two full time narcotics detectives to a task force managed by the Pinal County Sheriff's office. DPS is responsible for the full costs of the two detectives assigned and as such needs to provide replacement equipment on a regular basis. Currently there is an immediate need for two vehicles, at least one being a heavy-duty 4X4 pickup truck and the other a full size SUV. One of the trucks currently in use has 141K miles. The other vehicle that will be replaced is a sedan with 91K miles and is not suited for the work environment.

## Proposed Budget:

| | |
|---|---|
| One Ford Expedition two-wheel drive, total delivered price | $31,587.15 |
| One Ford Super Duty F250 4X4, total delivered price | $30,872.56 |
| Two AEP standard buildup for police vehicles   Approximately $6500 x2 | $13,000.00 |
| Total | $75,459.71 |

# Exhibit 19

# INTERGOVERNMENTAL AGREEMENT
# FOR AGENCY PARTICIPATION IN THE
# PINAL COUNTY NARCOTICS TASK FORCE

This **INTERGOVERNMENTAL AGREEMENT** ("Agreement") is entered into this ____ day of _____, 2010 by and between **PINAL COUNTY**, a political subdivision of the State of Arizona ("County") and the **CITY OF COOLIDGE**, an Arizona municipal corporation ("City"), hereinafter collectively referred to as the **Parties**.

## RECITALS

**WHEREAS**, the Parties are authorized by A.R.S. Section 11-952 *et seq.* to enter into agreements for the joint exercise of any power common to the contracting parties as to governmental functions necessary to the public health, safety and welfare, and the proprietary functions of such public agencies; and

**WHEREAS**, the Pinal County Narcotics Task Force (the "Task Force") is a multi-agency, collocated task force that conducts complex investigations targeting major drug trafficking/producing organizations and methamphetamine laboratories in Pinal County; and

**WHEREAS**, the Task Force is one of many multi-agency efforts that is associated with the Federal Office of Drug Control Policy High Intensity Drug Trafficking Areas; and

**WHEREAS**, the County and the City desire to enter into this intergovernmental agreement as authorized under A.R.S. § 13-3872 and A.R.S. § 11-951.

## AGREEMENT

**THEREFORE**, the parties hereto agree as follows:

SECTION 1. <u>Definitions.</u>

(a)    "Party" means each of the governmental entities named in the preamble or such entities acting by their respective law enforcement agencies if the context so requires.

(b)    "Task Force" means the Pinal County Narcotics Task Force ("PCNTF"), a multi-agency unit supervised by County and headquartered at the Pinal County Sheriff's Office in Florence, Arizona.

(c)   "Chief Law Enforcement Officer" means that person who is the department head with peace officer authority (i.e. Sheriff or Chief) or his duly authorized representative having the primary responsibility for law enforcement within the jurisdiction or territory, whether designated by appointment or election.

SECTION 2.          Duration and Purpose.

Once executed, this agreement shall be in effect for five years from the date of recording.  The agreement shall be automatically renewed for like periods, until terminated pursuant to Paragraph 11. The purpose of this agreement is to obtain maximum efficiency in cooperative drug and narcotics related law enforcement operations, specifically by participation in the Task Force within Pinal County and each Municipality's jurisdiction pursuant to the authorization herein granted by the Chief Law Enforcement Officer and Governing Body of each Party.

SECTION 3.          Control and Supervision.

The Pinal County Sheriff's Office will provide operational supervision in the form of a qualified supervisor under the command of the Pinal County Sheriff's Office Criminal Investigations Bureau Commander.  This supervision extends to all Task Force personnel for the purposes of daily operations and assignments.

Each Party shall retain sole responsibility for its officer's personnel related issues including all disciplinary matters.  In the event that any conflict develops between the Parties concerning command and control of Task Force personnel, the Municipality will be given both immediate telephonic and written notice of the conflict, and the officer's/deputy's status as a Task Force member shall be immediately suspended until the Parties resolve the matter.

Each Party shall have sole discretion as to the officer/deputy recommended for participation in the Task Force.  However, the Pinal County Sheriff may, at any time during the term of this Agreement decline, refuse, or revoke the participation of an individual officer's/deputy's participation in the Task Force in his sole discretion.

SECTION 4.          Responsibility for Damages.

Each Party shall be responsible and liable for damages caused by its personnel during that Party's participation in the Task Force, and/or during the course of rendering mutual law enforcement assistance, and otherwise, as provided by law.

SECTION 5.          Insurance.

Each Party shall at all times provide and keep in full force and effect workers compensation and comprehensive liability insurance for itself, its law enforcement

2

personnel, and other employees with limits of not less than $2,000,000.00 per occurrence or claim. If requested, each Party shall furnish any other participating entity with certificates of insurance coverage or proof provided by a Risk Management Office if issued by governmental unit. No Party may cancel the insurance policies or change insurance limits or fail to renew the insurance policies without giving the other party at least thirty (30) calendar days advance written notice.

SECTION 6.        Liability and Indemnification.

Each party (as indemnitor) agrees to indemnify, defend and hold harmless the other party (as indemnitee) from and against all claims, losses, liability, costs, or expenses (including reasonable attorneys fees) arising out of bodily injury or death of any person or any property damage, but only to the extent that such claims which result in vicarious, derivative or other form of liability to the indemnitee, are caused by the act, omission, negligence, misconduct, or other fault of the indemnitor, its officers, officials, agents, employees or volunteers.

SECTION 7.        Equipment.

The Pinal County Sheriff's Office, at its Florence Headquarters, will provide a workstation and necessary materials to complete office-based tasks, including a computer, desk telephone, pager and a cellular telephone for all Task Force members.   In addition, the Task Force will provide a vehicle, any needed maintenance and all fuel to the Participating Party during the term of this Agreement. The Participating Party shall provide its assigned personnel to with all other tactical equipment necessary for carrying out law enforcement operations, including weapons, ballistic vests and other protective equipment as determined by the Task Force Supervisor.

SECTION 8.        Reports.

All investigative and intelligence reports generated as a result of each Party's participation in the Task Force shall be maintained for electronic and hard copy storage and/or dissemination at the Pinal County Sheriff's Office. Reports may be made available to any Participating Party upon written request to, and approval from, the Task Force Supervisor.  All administrative reports generated, such as training records, time sheets, etc., shall be distributed to each participating agency to facilitate that party's administrative functions, including payroll.  Necessary forms or documentation shall be provided to the Task Force Supervisor, or designee, during each Party's participation in the Task Force.

SECTION 9.        Finances.

Each Party shall secure and provide to/for the Task Force payment of any agreed upon costs and expenses necessary for the Task Force to perform its

mission, as permissible within each Party's budget. If permitted by the terms of the grant, grant funding, if available, may be utilized to finance the Parties' participation in the Task Force.

SECTION 10.        Anti-Racketeering Fund Asset Sharing.

At least annually, the Parties will meet with the Pinal County Attorney, or designee, to determine the nature and amount of funds and/or assets obtained through investigations generated by the Task Force. At that time, the Sheriff and Chiefs of Police of all the participating Task Force agencies will establish an equitable asset-sharing plan for the funds or assets, utilizing statutory or regulatory anti-racketeering asset expenditure requirements. Available funds or assets shall be first allocated to Task Force requirements. Remaining funds or assets either may be retained in the Anti-Racketeering Fund for future use or distributed to participating agencies by agreement of the Sheriff and Chiefs of Police of all the participating Task Force agencies. Any funds distributed to a participating agency shall be reported and accounted to the Sheriff by the agency based on statutory or regulatory anti-racketeering asset expenditure requirements.

SECTION 11.        Termination.

Either party may terminate this Agreement at any time by providing thirty (30) calendar days written notice of termination to the other Party. In the event of such termination, each party shall retain possession of its separately owned equipment and property. All equipment purchased with Task Force funds, including grants or Anti-Racketeering funds shall be retained by the Task Force. In the event that the Task Force is dissolved, remaining funds or assets shall be distributed to participating agencies by agreement of the Sheriff and Chiefs of Police of all the participating Task Force agencies.

Periodic and/or temporary withdrawal of any Party's assigned officers/deputies shall not operate as a termination unless the formal, written notice of termination is served as set forth above.

SECTION 12.        Employment Status and Worker's Compensation.

The Parties shall each provide worker's compensation insurance, salary, benefits, weapons, ammunition and uniforms for their respective employees. The single exception to this provision is that the Task Force will reimburse City for any employee overtime pay should a Task Force activity that has been or is approved in advance by a Task Force supervisor cause any City employee to work over City's definition of hours worked for the purposes of overtime calculation.  Except as otherwise provided by law, specifically A.R.S. § 23-1022(D), in the performance of this Agreement both Parties hereto will be acting in their individual governmental capacities and not as agents, employees, partners, joint ventures, or associates of each other.  The employees, agents, or subcontractors of one Party shall not be

4

deemed or construed to be the employees or agents of the other Party. The primary employer shall be solely liable for payment of worker's compensation benefits or liable for any damages owed to an employee who has opted out of worker's compensation coverage. Any Agency participating in this Task Force agrees to provide any posting and notice to the employees as required A.R.S. §23-1022(E) or otherwise provided by law.

SECTION 13.    Nondiscrimination.

The Parties to this Agreement shall comply with all applicable provisions of state and federal non-discrimination laws and regulations including, but not limited to, State Executive Order No. 99-A, which mandates that all persons, regardless of race, religion, sex, age, national origin or political affiliation shall have equal access to employment opportunities and all other federal and state employment and educational opportunity laws, rules and regulations, including the Americans with Disabilities Act. No Party shall engage in any form of illegal discrimination with respect to applications for employment or student status or employees or students.

SECTION 14.    Entire Agreement.

This Agreement contains the entire understanding of the Parties hereto. There are no representations or other provisions other than those contained herein, and any amendment or modification of this Agreement shall be made only in writing and signed by the parties to this Agreement.

SECTION 15.    Invalidity of Part of the Agreement.

The Parties agree that should any part of this Agreement be held to be invalid or void, the remainder of the Agreement shall remain in full force and effect and shall be binding upon the Parties.

SECTION 16.    Governing Law and Venue.

The laws of the State of Arizona shall govern this Agreement. This Agreement shall incorporate by reference all laws governing the intergovernmental agency agreements and mandatory contract provisions of state agencies required by statute or executive order. Venue for disputes among the Parties to this agreement will be in the Pinal County Superior Court of the State of Arizona, unless otherwise agreed upon by the impacted parties and each party waives the right to change venue to any other county.

SECTION 17.    Conflict of Interest.

The Parties acknowledge that this Agreement is subject to cancellation provisions pursuant to A.R.S. § 38-511, as amended, the provisions of which are incorporated herein and made a part hereof.

SECTION 18.        Notices.

All notices, requests for payment, or other correspondence between the Parties regarding this Agreement shall be mailed or delivered to the respective Parties at the public address listed for the senior law enforcement official for that public agency.

SECTION 19.        Record Retention.

To the extent required by law, the parties agree to abide by the record retention provisions of A.R.S. §§ 35-214 and 35-215.

IN WITNESS WHEREOF, the Parties hereto have executed this AGREEMENT on the date written below.

PARTIES TO THIS INTERGOVERNMENTAL AGREEMENT

| | |
|---|---|
| _____ | 9-22-2010 |
| **Date** | **Date** |
| **PINAL COUNTY** | **CITY of COOLIDGE** |
| By:_____ | By:_____ |
| Chief Elected Official | Chief Elected Official |
| By:_____ | By:_____ |
| County Manager | City Manager |
| By:_____ | By:_____ |
| County Sheriff | Chief of Police |

ATTEST:                              ATTEST:

_____        _____
   County Clerk                         City Clerk

In accordance with A.R.S. § 11-952, this contract has been reviewed by the undersigned who has determined that this contract is in appropriate form and within the powers and authority granted to each respective public body.

This _____ day of _____, 2010.          This 23ʳᵈ day of Sept. , 2010.

_____          _____
Joe Albo                                                       Dennis Fitzgibbons
Deputy Pinal County Attorney                      City Attorney

# Exhibit 20



# NEWS RELEASE

## FOR IMMEDIATE RELEASE

OFFICE OF THE PINAL COUNTY ATTORNEY
Contact: Jim Knupp
Public Information Officer
520.866.6573
jim.knupp@pinalcountyaz.gov

## Pinal County Attorney Lando Voyles announces $188k awarded to semiannual RICO Community Outreach Funding recipients

**FLORENCE, AZ (9/4/13)** – Pinal County Attorney Lando Voyles announces organizations receiving RICO Community Outreach Funding from PCAO.

Racketeering Influenced and Corrupt Organizations (RICO) Funding derives from the forfeiture of money and property used or gained through criminal activities. This funding is then allocated to law enforcement agencies for use as statutorily permitted.

After taking office, Pinal County Attorney Lando Voyles formalized the process by which groups and non-profits apply for and receive RICO funding by creating a semi-annual review process. The review process ensures RICO moneys are targeted toward those organizations promoting substance abuse prevention and education and gang prevention.

Pinal County Attorney Voyles said, "To properly administer justice, we must lift up and assist victims and work to prevent further crime and victimization. By formalizing the review process for RICO applications, PCAO ensures only those programs effectively working in the prevention or education of drug abuse and gang prevention receives funding. Recipients of this funding all work in one way or another to accomplish those goals and I thank them for their dedication to improving the lives of Pinal families."

The following organizations received RICO Community Outreach Funding from the Pinal County Attorney's Office:

Central Arizona College
Boys & Girls Clubs of the Casa Grande Valley
Gabriel's Angels
Maricopa Ak-chin CAASA
Miss City of Maricopa Scholarship Organization
Oracle Softball League
San Tan Valley American Legion, Post 97
San Tan Valley Substance Abuse Coalition

Teen Challenge of Arizona, Home of Hope
Mammoth Hayden Softball League
Global Teen Challenge
Paladin Sport Outreach
Barcelona AZ-Maricopa Soccer Club
Celebrating Women of Today, United Way of Pinal County
Maricopa High School Orchestra
M.A.S.H. Substance Abuse Coalition
Coolidge Hope Women's Center
Family First Pregnancy Care Center
Against Abuse, Inc.
Introduction to Criminal Justice, Poston Butte High School
San Tan Valley PolarFest
Maricopa Mustangs Soccer Club
Casa Grande Pony League Baseball

For more information, contact Jim Knupp at 520.866.6573 or by email at jim.knupp@pinalcountyaz.gov.

### #



# Exhibit 21



**OFFICE OF INTERNAL AUDIT**

# REPORT TO THE
# BOARD OF SUPERVISORS

# COUNTY ATTORNEY
# ANTI-RACKETEERING FUND
# AUDIT

**Kate Witek, CIA, CFE, CRMA, CLEA**
**Internal Audit Officer**

**September, 2014**

# TABLE OF CONTENTS

Overall Conclusion     3

Audit Scope and Methodology     5

Background     5

## AUDIT OBSERVATIONS AND RECOMMENDATIONS

A. Allowable expenditures and required reporting of anti-racketeering funds     7

B. Award guidelines for community-based outreach     8

C. Allowable expenditures using federal grant funded program income     9

D. Allowable expenditures using Equitable Sharing proceeds     11

E. Anti-racketeering funds in Annual Expenditure Limitation report     12

Appendix I     14

Appendix II     15 - 19

Attachment:  Management Response and Action Plan     20

**Pete Rios**
Supervisor, District 1

**Cheryl Chase**
Supervisor, District 2

**Stephen Miller**
Supervisor, District 3



PINAL · COUNTY
*wide open opportunity*

**Chairman Anthony Smith**
Supervisor, District 4

**Vice-Chairman Todd House**
Supervisor, District 5

Date:       September 29, 2014
To:         **Pinal County Board of Supervisors**
From:       **Office of Internal Audit**
Subject:    **Anti-racketeering fund audit**

---

The Pinal County Office of Internal Audit has completed an audit of the internal controls for the Pinal County Attorney's office anti-racketeering (RICO) funds. The audit was included in the FY 2014-2015 Internal Audit Plan approved by the Pinal County Board of Supervisors. The Board of Supervisors is charged with supervising the official conduct of all county officers and inspecting their books and accounts; as per A.R.S §11-251 (1). The audit was conducted in accordance with Generally Accepted Government Auditing Standards (GAGAS). These standards require the audit is planned and performed to obtain sufficient, appropriate evidence to provide a reasonable basis for findings and conclusions based on audit objectives. The auditor believes the evidence obtained provides a reasonable basis for findings and conclusions based on audit objectives.

The primary objective of this audit was, "To determine if internal controls are designed to ensure the orderly and efficient conduct of business; the completeness and accuracy of accounting records; and compliance with appropriate policies and procedures" Specific audit objectives were to:

    A.  Review major enabling laws and determine compliance criteria

    B.  Verify compliance with RICO criteria

    C.  Analyze controlling Attorney General Opinion I90-013 (Application of the Constitutional expenditure limitation for RICO funds)

    D.  Examine internal controls for RICO fund financial processes

### Conclusion

The overall conclusion is the County Attorney's office (Office) has designed internal controls to ensure the orderly and efficient conduct of business; for example, all transactions in anti-racketeering funds are authenticated through the County Attorney's office, and the office verifies non-profit status for community outreach donations; however, Internal Audit identified the following areas for improvement:

- Community-based outreach donation guidelines
- Allowable expenditures using federal grant funded program income
- Allowable use of Equitable Sharing proceeds
- Anti-racketeering funds in Annual Expenditure Limitation report

Recommendations for improvements include:

1. Internal Audit recommends:

- The County Attorney's office considers requiring all entities with RICO funds under their administrative control adhere to Community Outreach award guidelines established by the Pinal County Attorney, to minimize county liability.

- The County Attorney's office document program compliance with all guideline criteria or note exceptions.  A checklist based on guideline criteria included in recipient files would provide easy access to all compliance information.

2. Internal Audit recommends federal grant program income be accounted for in a manner to readily identify grant generated income and expenditures.

3. Internal Audit recommends:

- The Pinal County Attorney's office and the Pinal County Sheriff office review and adhere to the Guide to Equitable Sharing for State and Local Law Enforcement Agencies regarding community based program donations and follow all policies outlined in the Guide.

- The County Attorney, the County Sheriff, and the County Finance Director, review administration of the federal equitable sharing fund and integrate the reconciliation process into a formal policy and procedure.

4. Internal Audit recommends the Pinal County Finance Director ensures anti-racketeering monies are properly reported in the Annual Expenditure Limitation report.

Internal Audit would like to thank the management and staff of the Pinal County Attorney's office, and the Pinal County Sheriff's office, for their assistance and cooperation during the course of this audit.  The following report provides additional details of audit observations and recommendations.

**Audit Scope and Methodology**

The scope of the audit was to determine if the County Attorney's office has designed internal controls to ensure the orderly and efficient conduct of business; the completeness and accuracy of accounting records; and compliance with appropriate policies and procedures.   The following methodologies were used to complete the examination:

- Review and analyze financial reports and data for FY2013 through FY2014

- Review applicable federal and state laws and regulations

- Review written internal policies and procedures

- Analyze department RICO expenditures for compliance with applicable laws and regulations

- Interview department management and staff

- Analyze Arizona Criminal Justice grant agreements and determine compliance

- Review RICO expenditure reports submitted to the Arizona Criminal Justice Commission (ACJC)

- Analyze compliance of report to applicable state law

- Review Equitable Sharing Agreement and Certification reports submitted to the U. S. Department of Justice (DOJ)

- Analyze compliance of report expenditures to applicable federal equitable sharing guidelines

**Background**

In 1970, the federal Racketeer Influenced and Corrupt Organizations Act[1] (RICO) criminalized a pattern of racketeering activity under a list of federal crimes.  The law allowed assets (property, vehicles, and money) derived from, or involved in racketeering crimes, to be forfeited to an individual harmed by the crime, and the federal agency investigating and prosecuting the crime.  The federal Department of Justice administers RICO accounts in the Department of Treasury.

Arizona enacted a state anti-racketeering law in 1977. The original version of the law instructed counties could (may) deposit any funds generated by the enforcement of federal and state RICO laws directly into the county general fund.  A subsequent version of the law enacted in 1987, (A.R.S. §13-2314.03) mandated (shall) the county Board of Supervisors establish a County RICO fund, and directed the fund be administered by the County Attorney.  Administrative duties are not defined.  A complete chronological listing of all statutory revisions related to Arizona state RICO laws, is provided in Appendix I, on page 14 of this report.

The current county RICO law, Arizona state statute A.R.S. §13-2314.03 Section (C) states, "Any monies received by any department or agency of this state or any political subdivision of this state as a result of participation in any investigation or prosecution, whether by final judgment, settlement or otherwise, shall be deposited in the (RICO) fund."  This includes all forfeiture proceeds generated by the County Attorney's office, the County Attorney's Drug Prosecution program, the Pinal

---

[1] http://www.justice.gov/usao/eousa/foia_reading_room_/usam/title9/110mcrm.htm

County Sheriff office, the Pinal County Narcotics Task Force, and all local municipal police departments.

Due to a requirement in federal law, two funds for forfeitures proceeds have been established; one for state and local anti-racketeering proceeds and one for federal equitable sharing proceeds. Equitable sharing proceeds are received from participation in a multi-agency task force directed by a federal agency. Program income is generated through the federally funded portion of forfeiture proceeds received by local task force operations.



Equitable sharing proceeds are annually reported to the federal Department of Justice. Reports are reviewed and signed by the Chairman of the Pinal County Board of Supervisors. State revenues and expenditures are reported to the Arizona Criminal Justice Commission.[2] The following table shows reported federal and state information for Pinal County departments for the past three years.

| Fiscal Year | 2012 | 2013 | 2014 |
|---|---|---|---|
| Federal Equitable Sharing revenue | $405,925.54 | $322,968.18 | $ 79,519.89 |
| State Revenues (from County budget) | $2,151,411.00 | $2,123,894.00 | $1,324,495.00 |

---

[2] http://azcjc.gov/ACJC.Web/finance/ricomain.aspx

## AUDIT OBSERVATIONS AND RECOMMENDATIONS

**A.  Allowable expenditures and required reporting of state/local anti-racketeering funds**

**Criteria -** The only legal parameters discussing the allowable expenditure of forfeiture proceeds deposited in the state/local RICO fund is in state statute A.R.S. 13-2413.03 Section (E).[3] The statute reads, "*Monies in the fund **may** be used for the funding of gang prevention programs, substance abuse prevention programs, substance abuse education programs, and witness protection pursuant to section 11-536, or for any purpose permitted by federal law relating to the disposition of any property that is transferred to a law enforcement agency.  Monies in the fund **may** be used for the investigation and prosecution of any offense included in the definition of racketeering in section 13-2301, subsection D, paragraph 4 or section 13-2312, including civil enforcement.*"

The permissive language (may) in this statute leaves the decision of expenditures of anti-racketeering proceeds to the prosecuting or investigating agency's discretion without prescribing any parameters; for example, all of the forfeiture proceeds in the state/local RICO fund may be used for community-based outreach donations.

The requirement to use "remaining" monies in the fund to reimburse the County for investigation and prosecution costs was removed from statute in 1994.  See a complete chronology of statutory changes on page fourteen (14) of this report, (Appendix I).

**Condition -** The Pinal County Attorney's office (PCAO) is required by statute (A.R.S. 13-2413.03 Sections F and G) to file quarterly reports of revenues and expenditures for anti-racketeering funds with the Arizona Criminal Justice Commission (ACJC).[4]   Internal Audit reviewed ACJC reports from April 1, 2013 through March 30, 2014, and determined the County Attorney's office has filed all required reports for the period under review.

**Recommendation - No recommendation**

Expenditures reported for all Pinal County law enforcement included in ACJC reports reviewed totaled $2,261,637.  The following chart shows expenditures reported by category.



[3] http://www.azleg.state.az.us/ars/13/02314-03.htm
[4] http://www.azleg.state.az.us/ars/13/02314-03.htm

## B. Award guidelines for community-based outreach

The County Attorney's office website explains Community Outreach is monies received from anti-racketeering activities awarded to non-profit community organizations that educate and assist, "in drug and gang activity prevention." Internal Audit analyzed community outreach awards issued on behalf of the County Attorney's office, the County Sheriff's office and the Pinal County Narcotics Task Force, from January 12, 2012 to April 16, 2014. Total monies expended for community outreach awards were $1,720,253. A complete listing of these awards can be found on pages 15 through 19, (Appendix II).

**Criteria –** The County Attorney has developed a required list of information a community agency needs to submit to be considered for RICO Community Outreach funds.[5] These guidelines include nine criteria; such as, a description of program participants, program budget information, and information about program hiring and screening of staff and volunteers who interact with juveniles. The office also requires and maintains documented approval and verification of nonprofit status (EIN numbers).

Internal Audit reviewed a sample of community outreach files for fiscal year 2014, maintained by the County Attorney's office. Expenditures reviewed totaled approximately $389,200. All files contained documented approval for expenditures; however, determining compliance with all criteria was difficult since some files did not include required documentation and did not provide an explanation of why the information was missing. For example, some files did not include a description of program participants, or an explanation of the process in place for hiring staff or screening volunteers even though they appeared to be programs that interacted with juveniles; such as, Arizona Public Safety Foundation, Reach USA, and Copper Basin YMCA.

**Condition –** The County Attorney's office is the only office following these guidelines. The County Attorney does not require other law enforcement entities to follow the guidelines. If the chief law enforcement officer of a participating law enforcement entity approves their community-based outreach expenditures, and the funds are available, the County Attorney's office confirms the entity has a nonprofit tax ID number and pays the requested expenditure.

**Cause –** State statute requires anti-racketeering funds are to be administered by the County Attorney; however, administrative duties are not defined. As a result, the Pinal County Attorney does not require adherence to community-based outreach guidelines developed by the office.

**Effect –** Not requiring all Pinal County departments to follow guidelines developed by the County Attorney's office; such as, confirming hiring and screening of staff and volunteers who interact with juveniles in sponsored organizations could expose the County to unnecessary liability.

### Recommendation #1

*Internal Audit recommends:*

- *The County Attorney's office consider requiring all county entities with RICO funds under their administrative control adhere to the Community Outreach award guidelines established by the Pinal County Attorney, to minimize county liability.*

- *The County Attorney's office document program compliance with all guideline criteria or note exceptions. A checklist based on guideline criteria included in recipient files would provide easy access to all compliance information.*

---

[5] http://www.pinalcountyaz.gov/CountyAttorney/Pages/RICOCommunityOutreachFund.aspx

## C.  Allowable expenditures using federal grant funded program income

While state statute leaves the decision of how and where to expend state and local forfeiture proceeds to the prosecuting or investigating agency's discretion; federal grant regulations are more restrictive.

According to the Arizona 2013 Enhanced Drug and Gang Enforcement (EDGE) report,[6] the PCAO Drug Prosecution program handles drug and gang prosecutions for the Pinal County Narcotics Task Force (see below). The program has twenty-five (25) full-time employees. Funding for the program is provided by the County general fund, federal grants and state grants. Program income is used to provide required grant matching funds.



The Pinal County Narcotics Task Force (PCNTF)[7] is a local multi-agency task force.   Page sixty-three (63) of the EDGE report states the task force is "… administered by the Pinal County Sheriff Office." The program has twenty-four fulltime employees and one part-time employee (24.5).  Funding for the program is provided by the County general fund, federal grant funds (Byrne/JAG), and state (ACJC) grants funds.   Program income is used to provide required matching funds.



A grant agreement (DC-14-019) between Pinal County, the Arizona Criminal Justice Commission, and the federal Department of Justice; accepting Federal (Byrne/JAG) and state (ACJC) grant funds to partially pay for operating costs of the Pinal County Narcotics Task Force (PCNTF), is annually approved by the Pinal County Board of Supervisors.  In fiscal year 2013, Pinal County received $151,343 in grant awards.  The agreement is through the Pinal County Sheriff's office.  According to intergovernmental agreements with other law enforcement entities, task force members are under the, "… command of the Pinal County Sheriff's Office Criminal Investigations Bureau Commander," and Pinal County agrees to provide office space, equipment, and vehicles (including fuel and maintenance) for all task force members.

Additionally, the Pinal County Board of Supervisors approves a grant agreement (DC-14-004) between Pinal County, the Arizona Criminal Justice Commission (ACJC) and the federal Department of Justice (DOJ).  The agreement is through the Pinal County Attorney's office (PCAO) and establishes a Drug Prosecution Program within the PCAO.  According to the Arizona

---

[6] http://azcjc.gov/ACJC.Web/Pubs/Home/Edge%20Report%202013.pdf
[7]
http://pinalcountyaz.gov/SHERIFF/ORGANIZATIONS/CRIMINALINVESTIGATIONSBUREAU/Pages/NarcoticsTaskForce.aspx

Enhanced Drug and Gang Enforcement (EDGE)[8] report, the program provides drug and gang case prosecution for PCNTF.  In fiscal year 2013, the unit received $198,598 in federal and state grant awards.

**Criteria -** Section sixty-nine (69) in both grant award agreements states, "… all income generated as a direct result of this award shall be deemed program income," and accounted for and used for the purposes stated in the Office of Justice Programs (OJP) Financial Guide (Guide).[9]   Uses for program income are restricted to (1) advance program objectives; (2) refund back to the awarding agency; or (3) provide grant match monies.  Office of Justice Financial Guide, Section 3.4 *Program Income,* states, "Any income you make from your award is considered program income."  The Guide specifically states attorney's fees or costs, and asset forfeitures, are program income.

Internal Audit discussed this issue with the State Arizona Criminal Justice Commission (ACJC) Program Manager (the grant award agency) and learned the Commission uses a program income formula to compute the percentage of program employees that are federally-funded, and applies the same percentage to forfeiture proceeds generated by the program to determine federal "program income.' For example, seven percent (7%) of the PCAO Drug Prosecution program employees are funded using federal grant monies, so only seven percent (7%) of forfeiture proceeds are deemed federal 'program income' and subject to restricted use.   Internal Audit verified current grant matching funds are sufficient to account for the federal portion of 'program income.'

Also, federal guidelines require award recipients to submit a financial report (SF-425) showing actual funds spent.   Internal Audit confirmed the Arizona Criminal Justice Commission files this report for Pinal County.  Additionally, Internal Audit discussed language in Section (12) with the ACJC Grant Program Manager, that requires, "…Grantee must ensure that funds from this award are not commingled with funds from any other source;" to determine if this was a state or local requirement for these funds.

**Condition -** The County Attorney's office deposits all RICO seizure and forfeiture proceeds, including those generated through investigations and prosecution activities conducted by federal grant funded programs; such as, the Pinal County Narcotics Task Force and the Pinal County Attorney's office Drug Prosecution program, into the state/local RICO fund.   These deposits comprise the majority of monies used for community-based outreach donations.

**Cause -** Monies received by the Pinal County Attorney's office for investigations and prosecution activities are separated by entity; for example, PCNTF or PCAO, but are not separated by grant program income; unless the money is a result of participation in a federal task force.   Federal equitable sharing proceeds are discussed in the following observation (C).

**Effect –** Current practices depositing program income into the state/local anti-racketeering fund are not compliant with federal grant guidelines prohibiting commingling.  The Arizona Criminal Justice Commission grant Program Manager suggested separation of these monies is strongly preferred.

### *Recommendation #2*

> *Internal Audit recommends federal grant program income be accounted for in a manner to readily identify grant generated income and expenditures.*

---

[8] http://staging.azcjc.gov/ACJC.Web/pubs/Edge%20Report%202013.pdf
[9] http://ojp.gov/financialguide/index.htm

10

## D. Allowable expenditures using Equitable Sharing proceeds

**Criteria –** Equitable sharing proceeds[10] can be applied for, and received, as the result of participating in a multi-agency task force directed by a federal agency that generates forfeiture proceeds.

The criteria for allowable use for federal equitable sharing proceeds are discussed in detail in the 2009 U.S. Department of Justice Guide to Equitable Sharing (Guide).[11]  Allowable uses for federal equitable sharing anti-racketeering proceeds include; expenditures for law enforcement equipment, training, improvement of detention facilities, drug and gang awareness programs by law enforcement agencies, and support of community-based programs.



**Sharing the Assets**
Payouts to states of 'equitable sharing' funds from federal asset seizures are growing.

Sources: Justice and Treasury departments

At the time audit fieldwork was conducted, the 2009 Guide restricted support of community-based programs to fifteen percent (15%) of the total of shared monies received in the last two fiscal years.  A law enforcement agency was allowed to purchase supplies, equipment and/or services for eligible community-based programs; or reimburse such programs for eligible expenditures with a valid, itemized receipt.  Under permissible uses, Section VIII (m) the guide stated, "Law enforcement agencies are prohibited from making cash transfers or donations to support community-based programs."

The Pinal County Attorney's office has not received equitable sharing funds for the past three years; however, the Pinal County Sheriff's office currently participates in federal task force operations and, as a result, regularly requests and receives federal equitable sharing proceeds generated through task force activities.  As a requirement of receiving equitable sharing proceeds, the Pinal County Sheriff's office (PCSO) is required to submit an annual report to the U.S. Department of Justice.  The report must be approved by the County Board of Supervisors and signed by the Board Chairman.

**Condition –** Internal Audit reviewed PCSO's federal anti-racketeering reports for fiscal year end 2012 and 2013, and found expenditures to community-based programs on both reports.  Expenditures were to non-profit entities and did not exceed the allowable 15% of total shared monies received in the last two year; however, expenditures claimed ranged from $1,500 to $10,000 and were not for reimbursable expenses.  After a discussion with PCSO staff, Internal Audit confirmed these funds were used to make donations to community-based programs.

Currently, accounting for the federal equitable sharing fund is performed by the Pinal County Attorney's office; however, authorization for equitable sharing fund expenditures is left solely to the discretion of the Pinal County Sheriff's office (PCSO) and PCSO files the annual equitable sharing report.  The annual report is not reconciled to accounting records in the County Attorney's office.

**Cause -** Due to recent staff changes, Pinal County Sheriff office staff were not aware of the prohibition against making cash transfers or donations to support community-based programs.

**Effect –** According to the federal Guide non-compliance may subject the recipient agency to one or more of the following sanctions:

---

[10] http://online.wsj.com/news/articles/SB10001424053111903480904576512253265073870?mg=reno64-wsj&url=http%3A%2F%2Fonline.wsj.com%2Farticle%2FSB10001424053111903480904576512253265073870.html
[11] http://www.justice.gov/usao/ri/projects/esguidelines.pdf

1. Denial of an agency's sharing request;
2. Temporary or permanent exclusion from further participation in equitable sharing programs;
3. Offsets from future sharing in amounts equal to impermissible uses;
4. Civil enforcement action in U.S. District Court for breach of contract;
5. Federal criminal prosecution for false statements, or other sections of the criminal code, as applicable.

**Note - As of July 31, 2014, the support of community-based program section of the Federal Equitable Sharing guide was amended to allow donations to community-based programs but restricts the transferable amount to $25,000 annually.**

**Recommendation #3**

*Internal Audit recommends:*

- *The Pinal County Attorney's office and the Pinal County Sheriff office review and adhere to the Guide to Equitable Sharing for State and Local Law Enforcement Agencies regarding community-based program donations and follow all policies outlined in the Guide.*

- *The County Attorney, the County Sheriff, and the County Finance Director review administration of the federal equitable sharing fund and integrate the reconciliation process into a formal policy and procedure.*

**E. Anti-racketeering funds in Annual Expenditure Limitation report**

On June 3, 1980, Arizona voters approved Arizona Constitution Article IX, Sections 20 and 21,[12] prescribing an expenditure limitation for each county, city, town, and community college district. The purpose of this constitutional change was to limit future increases in expenditures. Allowable spending increases would be limited by a formula based on a number of factors; including but not limited to, a permanent base adjustment, population growth and annual inflation/deflation percentage.  State statute A.R.S. § 41-1279.07 directs the state Auditor General to prescribe a uniform expenditure reporting system for all political subdivisions.

**Criteria –** In 1991, the Arizona Auditor General requested a formal Attorney General (AG) Opinion regarding the application of the constitutional county expenditure limitations (AEL) to county anti-racketeering (RICO) monies.

The Attorney General issued Opinion (I90-013) determined some RICO monies were included in the expenditure limitations and some RICO monies were excluded from the expenditure limitations. The AG made a distinction between monies that are received as a reimbursement for prosecution and investigation costs (excluded) and monies that are received through forfeiture (included).

**Condition –** Pinal County may be incorrectly excluding anti-racketeering forfeiture proceeds (on line B.11) from the County Annual Expenditure Limitation amount claimed in the annual county Arizona Expenditure Limitation report (AELR) submitted to the State Auditor General.

Internal Audit reviewed the Pinal County Annual Expenditure Limitation Report for fiscal year end (FYE) June 30, 2013.  The examination is conducted by an independent accounting firm[13] and the

---

[12] http://www.auditorgen.state.az.us/Reports/Counties/Counties_UERS_FAQs.htm
[13] Walker and Armstrong, L.L.P.

public report was issued to the Arizona Auditor General and the Pinal County Board of Supervisors on April 25, 2014.

The report claimed $2,808,000 was excluded as "Refunds, reimbursements, and other recoveries." A note to the report (Note 10) states this amount consists of "…prior year voided warrants and refunds, insurance reimbursements, and recoveries for prosecution and investigation costs recorded as revenues in the County Attorney's anti-racketeering fund.  Such items are recorded as fines and forfeitures ($2,011,000), miscellaneous revenues ($187,000) and other financing uses ($610,000)."

Internal Audit contacted the Auditor General's office to discuss the report and received written confirmation regarding forfeiture revenues.  The office instructed, "…forfeiture revenues do not fit into the definition of any non-local revenue described in Article IX§20 of the Arizona Constitution.  Therefore, any forfeiture revenues received from the county attorney are not excludable."

Further, it did not appear anti-racketeering monies maintained in accounts for other political subdivisions were properly excluded on line B.3 under "Amounts received in the capacity of trustee, custodian or agent."

**Cause –** Instructions in the Uniform Expenditure Report System guide issued by the Auditor General discuss the Attorney General's Opinion and the exclusion or inclusion of anti-racketeering monies.  This information, and fund revenue sources, may need to be clarified to ensure future correct reporting of these monies.

**Effect –** The Auditor General defines an erroneous report as "…one that contains a material misstatement."  The dollar amount misreported is not material.

*Recommendation #4*

*Internal Audit recommends the Pinal County Finance Director ensures anti-racketeering monies are properly reported in the Annual Expenditure Limitation report.*

## APPENDIX I - Complete chronology of statutory changes

**1977 – (Establish State Organized Crime law)** Arizona Legislature enacted a massive revision to the state criminal code (Title 13) and added Organized Crime (Sections 13-2301 to 13-2308). Section 13-106 (Forfeiture) declared forfeitures provided under Title 13 were to follow specific procedures and stated if no claimant made the required proof of claim the court was to declare "the thing" forfeited to the state or political subdivision responsible for the forfeiture. The law also mandated, "…if the thing declared forfeited is money" the court "…shall order it deposited <u>to the credit of the general fund</u> of the state or political subdivision." The statute directed guns should be sold, and the money <u>deposited in the general fund</u>, and all other usable and unencumbered assets should be "…retained for official political subdivision law enforcement use…"

**1978 – (Add crimes)** Arizona RICO statutes were amended to add additional crimes

**1980 – (Approve constitutional county spending limit)** Arizona voters approved Constitution Article IX, prescribing an expenditure limitation for each county, city, town and community college district.

**1984 – (Establish a county anti-racketeering fund/permissive)** Arizona enacted A.R.S. 13-2314.03 directing, "The Board of Supervisors of a county **may** establish a county anti-racketeering revolving fund (CARF)," and "… any prosecution and investigation costs, including attorney fees, recovered for the county" as a result of the racketeering statutes, "…**may** be deposited, as directed by a court of competent jurisdiction" in the fund. The law further stated monies in excess of fifty thousand dollars ($50,000), "…**shall** be deposited in the county general fund." The monies "…**shall** be used for the investigation and prosecution …" of any racketeering offense.

**1987 – (Establish a county anti-racketeering fund/mandatory)** A.R.S. 13-2314.03, the County anti-racketeering revolving fund statutes was amended to require, "The board of supervisors of a county **shall** establish a county anti-racketeering revolving fund" and added the fund would be, "… **administered by the county attorney under the conditions and for the purposes provided by this section."** Additional changes in the statute included removing the court's direction; mandating any costs recovered by the county as a result of enforcement of racketeering offenses, "…**shall** be deposited in the fund…" and removed the language requiring monies exceeding fifty thousand be deposited in the county general fund. Additions to the statute allowed monies obtained as a result of federal or state forfeiture to be deposited in the fund, "for the benefit of the agency or agencies responsible for the enforcement action…" and retained the language requiring "…monies in the fund **shall** be used for the investigation and prosecution of any offense included in racketeering statutory sections. A new section (E) required the County Attorney to file a quarterly report with the Governor and the Legislature, of "…a full and complete account of specific receipts and disbursements from the fund"

**1991 – (Attorney General Opinion)** The Arizona State Auditor General requested, and received, an Attorney General's Opinion (I90-013) stating a constitutional county expenditure limitation, approved in 1980, did include some county anti-racketeering funds.

**1991- (Adding additional fund uses)** A.R.S. 13-2314.03 was amended to add Section (D), "**Monies in the fund may be used for the funding of gang prevention programs, substance abuse prevention programs and substance abuse education programs….**" The word "remaining" was added to the fund uses section (D) which now read, "The <u>remaining</u> monies in the fund **shall** be used for the investigation and prosecution of any offense…" The amendment also allowed the County Attorney and/or the political subdivision to transfer money to the state drug and gang policy council and changed the reporting requirement section.

**1994 – (Significant changes including adding new fund sources, removing requirement to use the fund for investigation and prosecution, and add witness protection)** A.R.S. 13-2314.03 was amended by two separate bills. The first legislation was significant, adding a Section (C) that expended fund revenue sources stating, "**Any** monies received by **any** department or agency of this state or **any** political subdivision of this state from **any** department or agency of the United States or another state as a result of participation in **any** investigation or prosecution, whether by final judgment, settlement or otherwise, shall be deposited in the fund established by this section or section 13-2314.01 (State anti-racketeering fund)" A new Section (D) was amended to add any monies obtained as a result of forfeiture by the county attorney under this title or "<u>**under federal law**</u> shall be deposited in the fund…" and allowed the fund to accrue interest. A new Section (E) (which was the old Section D) was amended to include, "Monies in the fund may be used for funding gang prevention programs, substance abuse programs, and substance abuse education programs, or for any purpose permitted by federal law relating to the disposition of any property that is transferred to a law enforcement agency." The word **"remaining"** was removed and **shall** was changed to "…**may be used for the investigation and prosecution**…" of any offense in the racketeering section. The reporting section was also amended to add mostly clarifying language.

The second bill simply added "…**and witness protection pursuant to section 11-536**" to the revised list of permitted fund uses in the new Section (D).

## APPENDIX II (pages 15-19)

The following list identifies community outreach awards issued on behalf of the County Attorney's office, the Pinal County Narcotics Task Force, and the Pinal County Sheriff's Office, from January 12, 2012 to April 16, 2014.

| PINAL COUNTY ATTORNEY RICO COMMUNITY OUTREACH DONATIONS | | | |
|---|---|---|---|
| Payee | 2012 | 2013 | 2014 |
| Action Alliance Network Inc | $ 350.00 | | |
| Against Abuse, Inc | $ 6,000.00 | $ 10,000.00 | $ 3,000.00 |
| American Legion Auxiliary Unit 133 | | | $ 4,300.00 |
| Arizona Aces | $ 650.00 | | |
| Arizona Hammers Soccer Club | | $ 3,000.00 | |
| Arizona Public Safety Foundation | | $ 18,025.75 | $ 366,753.00 |
| Arizona Rural Education Alliance | $ 7,200.00 | | |
| AZ Coalition Against Domestic Violence | | $ 1,500.00 | |
| AZ Rage Baseball Club | | | $ 1,000.00 |
| Bank Of America | $ 131.87 | | |
| Barcelona AZ | | | $ 1,000.00 |
| Black And Gold Youth Football League | $ 1,000.00 | | $ 1,000.00 |
| Blazers Softball | $ 800.00 | | $ 1,000.00 |
| Boy Scouts of America | | | $ 300.00 |
| Boys & Girls Club Of Casa Grande | $ 18,075.00 | $ 25,001.00 | |
| Boys & Girls Club Of The East Valley | | | $ 13,000.00 |
| BPOE San Manuel Elks | | | $ 2,000.00 |
| Casa Grande Alliance | $ 1,500.00 | | |
| Casa Grande Chamber Of Commerce | | $ 100.00 | |
| Casa Grande Heat | $ 1,000.00 | | |
| Casa Grande Pony League | | $ 3,000.00 | |
| Celebrating Women Of Today And Tomorrow Conference | $ 1,000.00 | | |
| Central Arizona College Foundation | | $ 27,100.00 | $ 12,500.00 |
| Central AZ College | $ 2,100.00 | | |
| Cesar E. Chavez Memorial Committee Of Pinal County | $ 3,000.00 | | |
| Circle Cross Ranch K-8 School | | | $ 400.00 |
| City Of Coolidge | | $ 825.00 | |
| City Of Maricopa | $ 8,003.00 | $ 500.00 | |
| Colossal Cave Mountain Park | $ 135.00 | | |
| Community Action Human Resources Agency | $ 6,000.00 | $ 100.00 | |
| Community Alliance Against Family Abuse | | $ 1,150.00 | |
| Community Outreach Of Robson Ranch | | $ 4,000.00 | $ 5,000.00 |
| Coolidge Chamber Of Commerce | $ 15.00 | | |
| Coolidge Police Dept | | $ 75.00 | |
| Coolidge Volunteer Firefighter | $ 750.00 | | |
| Coolidge Youth Coalition | $ 7,800.00 | | |
| Copper Basin Chamber Of Commerce | $ 25.00 | | |
| Copper Basin YMCA | | $ 10,400.00 | $ 1,000.00 |
| Copper Town Assoc | | $ 40.00 | |
| Corazon De Latino Unidos | $ 2,000.00 | $ 1,000.00 | |
| County Of Salt Lake | | | $ 1,000.00 |
| DARE For The Kids Of Apache Junction | $ 1,500.00 | | |
| East Valley Boys & Girls Club, A.J. | $ 20,500.00 | | |
| Eastern Pinal Regional Coalition | $ 5,000.00 | $ 1,000.00 | |
| El Centro For The Study Of Primary & Secondary | $ 10,000.00 | | |
| Eloy Crush ASA Softball Club | $ 1,500.00 | | |
| Eloy Governor's Alliance Against Drugs | $ 1,000.00 | | |
| Environmental Concerns Organization Inc | $ 21,000.00 | $ 2,000.00 | |
| Family First | $ 100.00 | $ 20.00 | |
| Family First Pregnancy Care Center | | $ 5,000.00 | |
| FBINAA - AZ CHAPTER | | | $ 1,000.00 |

| PINAL COUNTY ATTORNEY'S OFFICE RICO COMMUNITY OUTREACH DONATIONS  (continued) | | | |
|---|---|---|---|
| Payee | 2012 | 2013 | 2014 |
| FC Barcelona Penya La Arizona | | $ 5,000.00 | |
| Florence Football Booster Club | | | $ 1,000.00 |
| Florence Fudge Company | | $ 500.00 | |
| Florence High School | $ 2,500.00 | $ 5,000.00 | |
| Florence Little League | $ 300.00 | $ 200.00 | |
| Florence True Value Hardware | $ 253.31 | | |
| Florence Unified School District | | | $ 2,000.00 |
| Friends Of Apache Junction | | | $ 50.00 |
| Friends Of Oracle State Park | $ 2,500.00 | | |
| Friends Of San Tan Mountain Regional Park | $ 1,000.00 | | |
| Gabriel's Angels | | $ 10,000.00 | |
| Global Teen Challenge | | $ 5,000.00 | |
| Grand Canyon Council-Boy Scouts Of America | | $ 2,500.00 | |
| Greater San Tan Chamber Of Commerce | | $ 5,500.00 | |
| Hayden High School | $ 585.00 | | |
| HOHP-Honoring/Hiring/Helping Our Heroes Of Pinal | | | $ 10,000.00 |
| Hope Womens Center | | $ 8,960.00 | |
| Imagine Eagles Wrestling Club | $ 1,000.00 | | |
| Inter-Agency Council Of Pinal County | $ 2,000.00 | | |
| J.O. Combs Unified School Dist. | | | $ 197.20 |
| Mammoth Little League | $ 500.00 | $ 200.00 | |
| Mammoth Thunder | $ 500.00 | | |
| Mammoth/Hayden ASA Softball League | | $ 1,000.00 | |
| Maricopa 1ST Ward | | $ 1,000.00 | $ 1,000.00 |
| Maricopa Ak-Chin CAASA | $ 12,000.00 | $ 17,000.00 | |
| Maricopa American Legion Auxiliary Unit 133 | | $ 500.00 | |
| Maricopa Dance And Fitn3ess 2 LLC | | $ 10,000.00 | |
| Maricopa Golf Classic | | $ 500.00 | $ 1,000.00 |
| Maricopa Little League | | $ 5,001.00 | |
| Maricopa Police Foundation Inc | | $ 600.00 | |
| Maricopa Unified School District | | $ 2,500.00 | |
| Maricopa Wells Middle School | $ 500.00 | | |
| MASH Anti Substance Abuse Coalition | | $ 10,700.00 | $ 4,560.00 |
| Miners Football Team | $ 3,000.00 | | |
| Miss City Of Maricopa | | $ 5,000.00 | |
| Mothers Against Drunk Driving | | $ 600.00 | |
| National Organization Of Parents Of Murdered Children | | $ 500.00 | |
| National Resource Education Center | $ 2,500.00 | | |
| National Latino Children's Institute | $ 1,100.00 | | |
| Natural Resource Education Center | | | $ 2,500.00 |
| Old Town Custom Framing And Gifts | $ 235.14 | $ 435.91 | |
| One More Step Coalition | $ 2,000.00 | | $ 2,500.00 |
| Optimist International | $ 2,000.00 | | |
| Oracle Schools PTO | $ 500.00 | | |
| Oracle Softball League | $ 500.00 | $ 500.00 | |
| Over The Top RC | $ 500.00 | $ - | |
| Paladin Sports Outreach | | $ 10,000.00 | |
| Pan De Vida | $ 5,000.00 | | |
| Pinal Council For CASA/Foster Inc | $ 1,000.00 | $ 100.00 | |
| Pinal County Juvenile Community Advisory Board | $ 1,250.00 | | |
| Pinal County Town Hall | $ 1,000.00 | $ 175.00 | |
| Pinal Gila Community Child Services | | $ 500.00 | |
| Pinal Hispanic Council | $ 4,300.00 | | $ 2,000.00 |
| Polarfest | $ 500.00 | $ 1,000.00 | |
| Poston Butte High School | $ 2,500.00 | $ 14,000.00 | |
| Project Harmony | | | $ 1,000.00 |
| Rancho Linda Vista Oracle Art | $ 3,200.00 | | |

16

| PINAL COUNTY ATTORNEY'S OFFICE RICO COMMUNITY OUTREACH DONATIONS (continued) | | | |
|---|---|---|---|
| Payee | 2012 | 2013 | 2014 |
| Ray Bearcat Booster Club | $ 5,000.00 | | $ 1,000.00 |
| Ray High School | $ 750.00 | | |
| Reach USA | | $ 5,000.00 | |
| Rebels 16 Under | $ 2,000.00 | | |
| Red Rock Elementary School | $ 91.33 | | |
| Rotary Club Of Maricopa | $ 6,000.00 | | |
| Saddlebrooke Rotary Club Foundation | | | $ 100.00 |
| San Manuel Elks Lodge #2007 | $ 2,500.00 | $ 5,001.00 | |
| San Manuel Girls Softball League | $ 500.00 | $ 200.00 | |
| San Manuel Little League | $ 500.00 | $ - | |
| San Tan Valley American Legion | $ 4,500.00 | $ 1,000.00 | |
| San Tan Valley Little League | | $ 5,000.00 | |
| San Tan Valley Substance Abuse Coalition | $ 13,000.00 | $ 7,950.00 | $ 7,200.00 |
| San Tan Youth Football League | $ - | $ 10,000.00 | |
| Santa Cruz Union High School | $ 1,500.00 | | |
| Sea Lions Swim Team | $ 6,000.00 | | |
| Seeds Of Hope Inc | $ 500.00 | | |
| Silent Witness Of Casa Grande | $ 6,000.00 | | |
| Spartan Promotional Group | $ 6,009.88 | | |
| Superior Little League | $ 300.00 | $ 300.00 | $ 1,000.00 |
| Superior Substance Abuse Coalition | $ 1,500.00 | | |
| Teen Challenge-Home Of Hope | | $ 30,216.00 | $ 5,448.00 |
| Town Of Superior | $ 5,000.00 | | |
| Tri City Archers Association | $ 1,500.00 | | |
| Tucson Youth Sports Club, Inc | $ 1,250.00 | | |
| United Way Of Pinal County | | $ 1,000.00 | |
| Valley Of The Sun YMCA | | $ 1,000.00 | |
| Wells Fargo - Credit Card | $ 453.02 | | |
| YMCA | $ 5,000.00 | | |

| PINAL COUNTY SHERIFF'S OFFICE RICO COMMUNITY OUTREACH DONATIONS | | | |
|---|---|---|---|
| Payee | 2012 | 2013 | 2014 |
| Adelante Juntos Coalition | | $ 5,000.00 | |
| Against Abuse, Inc | $ 5,000.00 | $ 1,500.00 | |
| American Legion Auxiliary Unit 133 | | $ 2,500.00 | $ 5,000.00 |
| Arizona Public Safety Foundation | | $ 75,000.00 | $ 1,500.00 |
| ASIS International Phoenix Chapter | | $ 1,000.00 | |
| AZ Quicksilver | | $ 1,000.00 | |
| AZ Rage Baseball Club | | $ 2,000.00 | |
| Bearcat Booster Club | | $ 2,500.00 | |
| Boys & Girls Club Of The East Valley | | $ 2,500.00 | $ 5,000.00 |
| BPOE San Manuel Elks | | | $ 5,000.00 |
| Brian Terry Foundation | | $ 5,000.00 | |
| Calvary Chapel Of Coolidge | | $ 2,000.00 | |
| Casa Grande Heat | | $ 1,000.00 | |
| Casa Grande Pony League | | $ 3,000.00 | |
| Casa Grande Rotary Club | | $ 2,500.00 | |
| Casa Grande Union High School District | | $ 2,000.00 | |
| Community Outreach Of Robson Ranch | | $ 1,000.00 | |
| Coolidge Unified School District | | $ 5,000.00 | |
| Coolidge Youth Coalition | | $ 10,000.00 | |
| Copper Basin YMCA | | $ 10,800.00 | |
| Entertainment Special Productions Inc | | $ 500.00 | |
| Florence Baptist Church | | $ 2,500.00 | |
| Florence High School | | $ 7,500.00 | |
| Florence K-8 | | $ 1,500.00 | |

| PINAL COUNTY SHERIFF'S OFFICE RICO COMMUNITY OUTREACH DONATIONS (continued) | | | |
|---|---|---|---|
| Payee | 2012 | 2013 | 2014 |
| Florence Little League | | $ 2,500.00 | |
| Friends Of San Tan Mountain Regional Park | | $ 1,500.00 | |
| Girl Scout Troop #1571 | | $ 3,000.00 | |
| Girl Scout Troop #2067 | | $ 2,500.00 | |
| Global Teen Challenge | | $ 20,000.00 | |
| Harvest Track Classic | | $ 1,000.00 | |
| Hope Womens Center | | $ 2,500.00 | |
| Living Word Chapel | | $ 2,500.00 | |
| Mammoth Christian Youth Center | | $ 5,000.00 | |
| Mammoth/Hayden ASA Softball League | | $ 2,000.00 | |
| Maricopa 1ST Ward | | $ 1,001.00 | |
| Maricopa High School | | $ 5,000.00 | |
| Maricopa Little League | | $ 5,000.00 | |
| Maricopa Mustangs Soccer Club | | $ 3,000.00 | |
| Medreturn | | $ 111.44 | $ 995.00 |
| Mission Heights Phantom Football | | $ 2,500.00 | |
| Operation Graduation | | $ 5,000.00 | $ 5,000.00 |
| Oracle Little League | | $ 1,000.00 | |
| Pappas Kids Schoolhouse Foundation | | $ 2,000.00 | |
| Parents Of Murdered Children Inc - Valley Of The Sun Chapter | | $ 5,000.00 | |
| Pinal Council For CASA/Foster Inc | $ 3,000.00 | $ 3,000.00 | |
| Poston Butte High School | $ 5,000.00 | $ 10,000.00 | $ 17,500.00 |
| Poston Butte High Theatre Booster | | $ 11,500.00 | |
| Poston Butte Youth Football And Cheer | | $ 5,000.00 | |
| Poston Butte Youth Football Association | | $ 5,000.00 | $ 10,000.00 |
| Reach USA | | $ 15,000.00 | |
| Saddlebrooke Rotary Club Foundation | | $ 1,000.00 | |
| Safe Journey House | | $ 2,500.00 | |
| San Manuel Elks Lodge #2007 | | $ 5,000.00 | |
| San Tan United Sports Academy | | $ 12,500.00 | |
| San Tan Valley American Legion | | $ 16,500.00 | |
| San Tan Valley Little League | | $ 15,000.00 | $ 10,000.00 |
| San Tan Youth Football League | | $ 5,000.00 | |
| Santa Cruz Union High School | | $ 3,000.00 | |
| Santa Cruz Valley Little League | | $ 2,000.00 | |
| SNAP | | $ 2,500.00 | |
| Stranfield Elementary School | | $ 2,500.00 | |
| Superior High School Robotics Program | | $ 2,500.00 | |
| Superior Junior/Senior High | | $ 5,000.00 | |
| Superior Little League | | $ 6,000.00 | |
| Superior Substance Abuse Coalition | | $ 5,000.00 | |
| Superior Unified School District | | $ 5,000.00 | |
| Teen Challenge-Home Of Hope | | $ 15,000.00 | |
| Town Of Superior | | $ 5,000.00 | |
| Town Of Superior Recreation Program | | $ 15,000.00 | |
| Tucson League Of Mexican American Women | | $ 300.00 | |
| Usual Suspects LEMC-Arizona | | $ 5,000.00 | |
| Veterans Of Foreign Wars, District 10 | | $ 5,000.00 | |
| Winged Hope Family Advocacy Foundation | | $ 10,000.00 | |
| Wings Of Life | | $ 5,000.00 | |

| PINAL COUNTY NARCOTICS TASK FORCE RICO COMMUNITY OUTREACH DONATIONS | | | |
|---|---|---|---|
| Payee | 2012 | 2013 | 2014 |
| Against Abuse, Inc | $ 5,000.00 | $ 4,000.00 | |
| Arizona Public Safety Foundation | | | $ 15,000.00 |
| Boy Scouts of America | | | $ 3,000.00 |
| Boys & Girls Club Of Casa Grande | $ 20,400.00 | $ 25,000.00 | |
| Casa Grande Pony League | $ 3,000.00 | | |
| Casa Grande Pony Little League | | | $ 3,000.00 |
| Central AZ College | $ 500.00 | | |
| Community Outreach Of Robson Ranch | | $ 5,000.00 | $ 6,000.00 |
| Coolidge Youth Coalition | $ 5,500.00 | | $ 5,000.00 |
| Eastern Pinal Regional Coalition | $ 2,500.00 | | |
| Family First Pregnancy Care Center | | $ 1,000.00 | |
| FBINAA - AZ CHAPTER | | $ 2,000.00 | |
| First Assembly Of God | | $ 5,000.00 | |
| Florence High School | | $ 7,500.00 | |
| Florence K-8 | $ 500.00 | | |
| Florence Unified School District | $ 5,000.00 | | $ 1,500.00 |
| Friends Of San Tan Mountain Regional Park | | | $ 1,000.00 |
| Grand Canyon Council-Boy Scouts Of America | | $ 3,000.00 | |
| Honey Badger Girls Club | | $ 1,000.00 | |
| Mammoth San Manuel Unified School Dist | | $ 2,000.00 | |
| Pinal Council For CASA/Foster Inc | $ 5,000.00 | | |
| Pinal County Juvenile Community Advisory Board | $ 5,000.00 | | $ 5,000.00 |
| Pinal County Mounted Posse | $ 500.00 | | |
| Polarfest | $ 500.00 | $ 1,000.00 | |
| Poston Butte High School | $ 5,000.00 | $ 4,000.00 | |
| Reach USA | | $ 5,000.00 | $ 10,000.00 |
| San Tan Foothills High School | $ 2,500.00 | | |
| San Tan Valley Little League | $ 5,000.00 | | |
| San Tan Valley Substance Abuse Coalition | | $ 6,350.00 | |
| Santa Cruz Union High School | $ 1,000.00 | | |
| Special Olympics Arizona | $ 1,000.00 | | |
| Teen Challenge-Home Of Hope | | | $ 10,000.00 |
| Town Of Superior | $ 5,000.00 | | |
| Tri City Archers Association | | $ 2,000.00 | |
| Tucson League Of Mexican American Women | | $ 300.00 | |
| Valley Of The Sun YMCA | | | $ 10,000.00 |

| Audit Recommendation | Concur (Yes or No) | Management's Response and Action Plan | Target Date | Individual(s) Responsible |
|---|---|---|---|---|
| *1. Internal Audit recommends:*<br><br>▪ *The County Attorney's office consider requiring all county entities under their administrative control adhere to the Community Outreach award guidelines established by the Pinal County Attorney, to minimize county liability.*<br><br>▪ *The County Attorney's office document program compliance with all guideline criteria or note exceptions. A checklist based on guideline criteria included in recipient files would provide easy access to all compliance information.* | Yes | Pinal County Attorney Lando Voyles established and implemented a formal process, for review and approval of RICO Community Outreach Fund requests, after taking office in January, 2013. This included the development of the RICO Community Outreach Fund Guidelines, Application, and Memorandum of Understanding, as part of a comprehensive process that would ensure that proper controls and procedures were followed in the review and approval of RICO Community Outreach Fund requests made to the Pinal County Attorney's Office (PCAO). While PCAO has adopted these sound guidelines and procedures for its management of the RICO Community Outreach Fund, such measures are not statutorily required. Furthermore, other law enforcement entities whose RICO monies are included under the fiduciary care of the PCAO cannot be statutorily required to follow such guidelines and procedures.<br><br>The PCAO will recommend that such guidelines and protocols be adopted by the respective participating law enforcement entities.<br><br>The guidelines developed by the PCAO for the RICO Community Outreach Fund require certain criteria for program funding approval. A review committee meets twice a year to carefully evaluate and discuss each application and to determine program awards. The PCAO makes best efforts to ensure that recipients of Community Outreach Funds follow established guidelines and maintain program compliance. Recipients are required to sign a Memorandum of Understanding acknowledging the guidelines and program requirements for acceptance of Community Outreach Funds. Although not required, PCAO will make an effort, depending on staffing availability, to review and/or audit recipient financial records on a case-by-case basis. | Immediate and Ongoing | Dwight Fujimoto<br><br>Chief of Staff |

| Audit Recommendation | Concur (Yes or No) | Management's Response and Action Plan | Target Date | Individual(s) Responsible |
|---|---|---|---|---|
| *2. Internal Audit recommends federal grant program income be accounted for in a manner to readily identify grant generated income and expenditures.* | Yes | The Arizona Criminal Justice Commission (ACJC) informed PCAO that it is not necessary to maintain a separate account for income generated by federal grant funded activities.  The requirement is to maintain records in such a manner the income and expenditures of the grant generated income be readily identifiable.  The program income is explicitly identified, calculated and reported monthly to ACJC and included on the annual report for all of PCAO's federal grants. | Immediate and Ongoing | Dwight Fujimoto  Chief of Staff |
| *3. Internal Audit recommends:*<br><br>▪ *The Pinal County Attorney, and the Pinal County Sheriff, review and adhere to the Guide to Equitable Sharing for State and Local Law Enforcement Agencies regarding community-based program donations and follow al policies outlined in the Guide.*<br><br>▪ *The County Attorney, the County Sheriff, and the County Finance Director review administration of the federal equitable sharing fund and integrate the reconciliation process into a formal policies and procedures.* | Yes | Since taking office in January, 2013, Lando Voyles has ensured that the Pinal County Attorney's Office maintains adherence to policies governing the use of federal and state forfeiture monies including the disbursement of equitable sharing funds to community based programs. The Pinal County Attorney's Office will continue to ensure that community based program donations from federal and/or state forfeiture monies are made pursuant to governing policies and guidelines.<br><br>The Pinal County Attorney's Office has adopted a formal policy and process for reconciling federal equitable sharing funds for the Pinal County Sheriff's Office and Pinal County Narcotics Task Force accounts under their administration. | Immediate and Ongoing | Dwight Fujimoto  Chief of Staff |
| *4. Internal Audit recommends the Pinal County Finance Director ensures anti-racketeering monies are properly reported in the Annual Expenditure Limitation report.* | Yes | The Pinal County Finance Department seeks to comply with all statutorily mandated requirements including, but not limited to the Annual Expenditure Limitation report. Additional steps will be implemented to ensure that all anti-racketeering monies are properly reported in the Annual Expenditure Limitation report. | December 31, 2014 | Levi D. Gibson  Finance Director |

# Exhibit 22

# QuickZoom Report
7/1/13 Through 9/30/13

10/21/13

Page 1

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|------|---------|-----|-------------|------|----------|----|--------|
| 7/2/13 | State Ac... | 93326279 | ADT Security Systems Inc | Voyles home 16942727... | 6 Prof:z Other/PCA | R | -55.99 |
| 7/25/13 | State Ac... | 93327593 | ADT Security Systems Inc | Voyles home 16942727... | 6 Prof:z Other/PCA | R | -55.99 |
| 8/13/13 | State Ac... | 93328542 | PTS Of America | prisoner extradition | 6 Prof:z Other/PCA | R | -2,637.00 |
| 8/29/13 | State Ac... | 93329860 | ADT Security Systems Inc | Voyles home 16942727... | 6 Prof:z Other/PCA | R | -55.99 |

TOTAL 7/1/13 - 9/30/13     -2,804.97

TOTAL INFLOWS     0.00
TOTAL OUTFLOWS     -2,804.97

NET TOTAL     -2,804.97

# Exhibit 23

SEPTEMBER 2013

State Account                                                                    Page 1
10/21/13
Reconciliation Summary


BANK STATEMENT -- CLEARED TRANSACTIONS:

Previous Balance:                                                              2456566.39

    Checks and Payments                    63   Items              -208,686.02
    Deposits and Other Credits             9   Items               157,645.70
    Service Charge                         0   Items                     0.00
    Interest Earned                        1   Item                    989.72

Ending Balance of Bank Statement:                                              2406515.79


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

Cleared Balance:                                                               2406515.79

    Checks and Payments                    9   Items               -16,918.15
    Deposits and Other Credits             1   Item                    413.40


Register Balance as of 9/30/13:                                               2390011.04
    Checks and Payments                    0   Items                     0.00
    Deposits and Other Credits             1   Item                  5,879.40


Register Ending Balance:                                                       2395890.44

*[handwritten:]* Fed Deposit     −2762.45

*[handwritten:]* in State   Treas. acct in Error Sent notice to Finance & Treasurer

*[handwritten:]* 2,387058.59

SEPTEMBER 2013

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

### Cleared Checks and Payments

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 3/26/13 | 93317... | Casa Grande Union High Sch... | VOID 09/17/13 | 2 Anti-Drug/CommunityPr... | R | -1,000.00 |
| 4/16/13 | 93319... | Boys & Girls Club Of Casa Gr... | | 2 Anti-Drug/PCNTF | R | -25,000.00 |
| 6/4/13 | 93323... | Coolidge Youth Coalition | SADD/ CYC | 2 Anti-Drug/PCSO | R | -5,000.00 |
| 6/13/13 | 93324... | Poston Butte High Theatre B... | booster club | 2 Anti-Drug/PCSO | R | -10,000.00 |
| 6/18/13 | 93324... | Friends Of San Tan Mountain... | Haunted Halloween Bash | 2 Anti-Drug/PCSO | R | -1,000.00 |
| 9/3/13 | 93330... | Tempe Camera Repair Inc | camera - PIO | 9 Equip:a Office Equip./C... | R | -1,406.82 |
| 9/3/13 | 93330... | Scottsdale Healthcare | PO 226762 | 8 Oper:a Evidence/PCA | R | -4,737.00 |
| 9/3/13 | 93330... | Community Alliance Against ... | tee sponsorship | 2 Anti-Drug/CommunityPr... | R | -100.00 |
| 9/3/13 | 93330... | Corazon De Latinos Unidos | | 2 Anti-Drug/CommunityPr... | R | -1,000.00 |
| 9/3/13 | 93330... | National Business Furniture Llc | | 9 Equip:a Office Equip./E... | R | -3,364.01 |
| 9/4/13 | JE | JE 15551 RECORD TRAVEL ... | | 7 Trav:Out-Side/PCSO | R | -7,037.03 |
| 9/4/13 | 93330... | Wells  Fargo - Salary | VICTOR ESPINOZA | 5 Personal Serv:a Salary/... | R | -742.69 |
| 9/4/13 | 93330... | Az State Retirement | | 5 Personal Serv:b ERE/P... | R | -217.88 |
| 9/4/13 | 93330... | Wells Fargo - Federal | | 5 Personal Serv:a Salary/... | R | -141.08 |
| 9/4/13 | 93330... | PC Emps Benefit Trust | | 5 Personal Serv:b ERE/P... | R | -302.66 |
| 9/5/13 | 93330... | City Of Coolidge | | 2 Anti-Drug/CommunityPr... | R | -75.00 |
| 9/5/13 | 93330... | Lynn Peavey Co | CSIPIX COMAPARATOR M... | 8 Oper:a Evidence/PCA | R | -99.00 |
| 9/5/13 | 93330... | Danny Bourland | | 7 Trav:Out-Side/PCA | R | -319.50 |
| 9/9/13 | 93330... | Bank Of America | PCARD PURCHASES | 3a Witness Pro./PCA | R | -1,279.25 |
| 9/10/13 | JE | JE19260 CRCT WF CARD R ... | | 7 Trav:In-State/PCA | R | -2,047.28 |
| 9/10/13 | 93330... | Against Abuse, Inc | | 2 Anti-Drug/PCNTF | R | -4,000.00 |
| 9/10/13 | 93330... | Against Abuse, Inc | taste of casa grande - 100 ti... | 2 Anti-Drug/CommunityPr... | R | -4,000.00 |
| 9/10/13 | 93330... | Scottsdale Healthcare | PO 226762 | 8 Oper:a Evidence/PCA | R | -1,748.00 |
| 9/10/13 | 93330... | SHI International | budget software | 8 Oper:o Software/PCSO | R | -40,206.47 |
| 9/10/13 | 93330... | Wist Office Products Co | black lateral files | 9 Equip:a Office Equip./P... | R | -322.75 |
| 9/10/13 | 93330... | Entertainment Special Produ... | | 2 Anti-Drug/PCSO | R | -500.00 |
| 9/10/13 | 93330... | Maricopa Police Foundation Inc | | 2 Anti-Drug/CommunityPr... | R | -600.00 |
| 9/10/13 | 93330... | Oracle Little League | | 2 Anti-Drug/PCSO | R | -1,000.00 |
| 9/10/13 | 93330... | Az Quicksilver | | 2 Anti-Drug/PCSO | R | -1,000.00 |
| 9/10/13 | 93330... | Janina Walters Hillgruber | | 8 Oper:c Training/PCA | R | -80.00 |
| 9/10/13 | 93330... | Ann Debellis | PCLEA meeting | 8 Oper:c Training/PCA | R | -145.88 |
| 9/10/13 | 93330... | John Stevens | | 8 Oper:c Training/PCA | R | -53.14 |
| 9/11/13 | 93330... | Az Counties Insurance Pool | workman's comp | 5 Personal Serv:b ERE/P... | R | -11.23 |
| 9/12/13 | 93330... | Oracle Softball League | | 2 Anti-Drug/CommunityPr... | R | -500.00 |
| 9/12/13 | 93330... | Casa Grande Chamber Of Co... | | 2 Anti-Drug/CommunityPr... | R | -100.00 |
| 9/12/13 | 93330... | MARICOPA Unified School D... | | 2 Anti-Drug/CommunityPr... | R | -2,500.00 |
| 9/12/13 | 93330... | Az Coalition Against Domesti... | | 2 Anti-Drug/CommunityPr... | R | -1,500.00 |
| 9/12/13 | 93330... | Verizon Wireless | | 8 Oper:d Communication/... | R | -44.83 |
| 9/12/13 | 93330... | Family First | | 2 Anti-Drug/CommunityPr... | R | -20.00 |
| 9/12/13 | 93330... | Coolidge Police Dept | GAIN Event | 2 Anti-Drug/CommunityPr... | R | -75.00 |
| 9/13/13 | 93330... | Wells  Fargo - Credit Card | voyles | 7 Trav:Out-Side/PCA | R | -1,492.12 |
| 9/17/13 | 93330... | APAAC | 2013 felony intermediate ad... | 8 Oper:c Training/PCA | R | -35,156.05 |
| 9/17/13 | 93330... | Childhelp, Inc | PO 226778 | 8 Oper:a Evidence/PCA | R | -600.00 |
| 9/17/13 | 93330... | Southern Arizona Children's ... | PO 226783 | 8 Oper:a Evidence/PCA | R | -450.00 |
| 9/17/13 | 93330... | Az State Retirement | | 5 Personal Serv:b ERE/P... | R | -275.74 |
| 9/18/13 | 93330... | Wells  Fargo - Salary | VICTOR ESPINOZA | 5 Personal Serv:a Salary/... | R | -945.27 |
| 9/18/13 | 93330... | Wells Fargo - Federal | | 5 Personal Serv:a Salary/... | R | -179.46 |
| 9/18/13 | 93330... | PC Emps Benefit Trust | | 5 Personal Serv:b ERE/P... | R | -302.66 |
| 9/19/13 | 93331... | Community Alliance Against ... | dance against family abuse ... | 2 Anti-Drug/CommunityPr... | R | -50.00 |
| 9/19/13 | 93331... | AZ Dept Of Revenue | tax - 2300215 | 8 Oper:b Supplies/PCA | R | -152.60 |
| 9/19/13 | 93331... | AZ Emergency Products | helmet radio pcso | 9 Equip:d Communication... | R | -1,213.20 |
| 9/19/13 | 93331... | Covert Track GPS | PO 2266881 | 9 Equip:c Surveillance/PC... | R | -4,739.01 |
| 9/19/13 | 93331... | San Tan Youth Football Leag... | | 2 Anti-Drug/PCSO | R | -5,000.00 |
| 9/19/13 | 93331... | San Tan Youth Football Leag... | | 2 Anti-Drug/CommunityPr... | R | -10,000.00 |
| 9/19/13 | 93331... | PHOENIX CHILDRENS MEDI... | BPO 226770 | 8 Oper:a Evidence/PCA | R | -5,882.00 |
| 9/24/13 | 93331... | Florence Blade Reminder | PO 227646 | 8 Oper:g Advertising/PCA | R | -127.16 |
| 9/24/13 | 93331... | Scottsdale Healthcare | PO 226762 | 8 Oper:a Evidence/PCA | R | -1,470.00 |
| 9/24/13 | 93331... | Maricopa Little League | | 2 Anti-Drug/CommunityPr... | R | -5,001.00 |
| 9/24/13 | 93331... | MASH Anti Substance Abuse... | after school program | 2 Anti-Drug/CommunityPr... | R | -10,700.00 |
| 9/24/13 | 93331... | Tamatha Villar | reimb travel 07/27-07/31 Or... | 7 Trav:Out-Side/PCSO | R | -133.25 |

# SEPTEMBER 2013

State Account
10/21/13

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 9/24/13 | 93331... | Against Abuse, Inc | | 2 Anti-Drug/CommunityPr... | R | -1,000.00 |
| 9/26/13 | 93331... | Copper Town Assoc | | 2 Anti-Drug/CommunityPr... | R | -40.00 |
| 9/26/13 | 93331... | City Of Maricopa | | 2 Anti-Drug/CommunityPr... | R | -500.00 |

| Total Cleared Checks and Payments | | | | 63   Items | | -208,686.02 |
|---|---|---|---|---|---|---|

Cleared Deposits and Other Credits

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 9/4/13 | DEP | CGPD Forfeiture | Receipt 196656 | Cash:Sale of Prop./CGPD | R | 81,247.00 |
| 9/11/13 | DEP | CGPD Forfeiture | Receipt 196889 | Cash:Sale of Prop./CGPD | R | 50,000.00 |
| 9/11/13 | DEP | PCSO Forfeiture | Receipt 197163 | Cash:Cash Forfeiture/PC... | R | 1,012.00 |
| 9/17/13 | DEP | PCSO Forfeiture | Receipt 197161 | Cash:Cash Forfeiture/PC... | R | 1,311.00 |
| 9/17/13 | DEP | Eloy PD Forfeiture | Receipt 197107 | Cash:Sale of Prop./EPD | R | 2,275.70 |
| 9/17/13 | | Void CHECK #93317042-Cas... | | 2 Anti-Drug/CommunityPr... | R | 1,000.00 |
| 9/21/13 | | Void CHECK #93329553-Aga... | | 2 Anti-Drug/CommunityPr... | R | 8,000.00 |
| 9/24/13 | DEP | AJPD Forfeiture | Receipt 197378 | Cash:Sale of Prop./AJPD | R | 7,700.00 |
| 9/24/13 | DEP | CGPD Forfeiture | Receipt 197379 | Cash:Sale of Prop./CGPD | R | 5,100.00 |
| 9/30/13 | | Interest Earned | | Cash:Interest/PCA | R | 989.72 |

| Total Cleared Deposits and Other Credits | | | | 10   Items | | 158,635.42 |
|---|---|---|---|---|---|---|

| Total Cleared Transactions | | | | 73   Items | | -50,050.60 |
|---|---|---|---|---|---|---|

# SEPTEMBER 2013

State Account                                                                                                     Page 4
10/21/13

## Uncleared Transaction Detail up to 9/30/13

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Uncleared Checks and Payments**

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 11/6/12 | 93304... | Pinal Hispanic Council | Eloy Elementary | 2 Anti-Drug/CommunityPr... | | -300.00 |
| 2/21/13 | 93314... | SSI | 2 Sig Sauer P229 .40 cal pi... | 9 Equip:z Other/EPD | | -1,290.00 |
| 5/23/13 | 93322... | MAACO | 2008 Hummer Paint | 8 Oper:I Maint-Auto-Air/P... | | -2,066.15 |
| 6/4/13 | 93323... | Against Abuse, Inc | DV conf donation | 2 Anti-Drug/PCSO | | -1,500.00 |
| 6/4/13 | 93323... | Santa Cruz Valley Little League | | 2 Anti-Drug/PCSO | | -2,000.00 |
| 6/13/13 | 93324... | Public Agency Training Council | Reg: D. Bourland-Smartpho... | 8 Oper:c Training/PCA | | -695.00 |
| 7/1/13 | JE | JE 8786 QE 6/30/13 VICTIM ... | 4TH QTR FY13 | 1 Matching/PCA | | -7,995.00 |
| 7/2/13 | 93326... | Az Association Of Chief Of P... | | 8 Oper:c Training/PCA | | -536.00 |
| 7/3/13 | 93327... | Az Association Of Chief Of P... | | 8 Oper:c Training/AJPD | | -536.00 |

| | | Total Uncleared Checks and Payments | | 9   Items | | -16,918.15 |
|--|--|--|--|--|--|--|

**Uncleared Deposits and Other Credits**

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 8/2/13 | DEP | PCARD REIMBURSEMENT ... | | 7 Trav:Out-Side/PCA | | 413.40 |

| | | Total Uncleared Deposits and Other Credits | | 1   Item | | 413.40 |
|--|--|--|--|--|--|--|

| | | Total Uncleared Transactions | | 10   Items | | -16,504.75 |
|--|--|--|--|--|--|--|

## SEPTEMBER 2013

State Account
10/21/13

Page 5

### Uncleared Transaction Detail after 9/30/13

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Uncleared Checks and Payments** | | | | | | |
| Total Uncleared Checks and Payments | | | | 0   Items | | 0.00 |
| **Uncleared Deposits and Other Credits** | | | | | | |
| 10/1/13 | DEP | Maricopa PD Forfeiture | Receipt 197495 | Cash:Sale of Prop./Maric... | | 5,879.40 |
| Total Uncleared Deposits and Other Credits | | | | 1   Item | | 5,879.40 |
| **Total Uncleared Transactions** | | | | 1   Item | | 5,879.40 |

# Exhibit 24

AZ CORPORATION COMMISSION
FILED

MAY 0 4 2007

FILE NO. 1364559

AZ Corp. Commission

02018121

ARTICLES OF INCORPORATION OF

PINAL COUNTY SHERIFF'S OFFICE JUSTICE FOUNDATION, INC.

KNOWN BY ALL MEN BY THESE PRESENTS:

That we, the undersigned, have this day associated ourselves together for the purpose of forming a non-profit corporation under and pursuant to the laws of the State of Arizona and for that purpose do hereby adopt these Articles of Incorporation.

### ARTICLE I

NAME:     The name of the corporation shall be:

PINAL COUNTY SHERIFF'S OFFICE JUSTICE FOUNDATION, INC.

### ARTICLE II

AZ CORPORATION COMMISSION
FILED

MAY 16 2007

FILE NO. 1364559

The name and address of the incorporators are:

Jerald Monahan
514 E. Barrus
Casa Grande, AZ 85222

Raymond Roardink
PO Box 787
Arizona City, AZ 85223

Marcia Romano
326 N. Candlestick Dr.
Casa Grande, AZ 85222

Tresa Georgini
1567 N. Casa Bella Court
Casa Grande, AZ 85222

### ARTICLE III

PURPOSE:     The corporation initially intends its business to operate in the area known as the Florence which exists in Pinal County, Arizona. The principal place of business shall be 971 N. Jason Lopez Circle, Bldg. C, P.O. Box 867, Florence, Arizona 85232. The purpose for which this corporation is organized is the transaction of any or all lawful business for which nonprofit corporations may be incorporated under the laws of the State Arizona, as they may be amended from time to time.

### ARTICLE IV

CHARACTER OF AFFAIRS: To promote and assist in fund raising activities for volunteer groups associated with the Pinal County Sheriff's Department.

### ARTICLE V

No part of the net earning of the corporation shall inure to the benefit of, or be

-13645359

distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article IV.

## ARTICLE VI

Upon dissolution of the corporation, the Board of Directors shall, after paying or making provision for the payment of all of the liabilities of the corporation, dispose of all of its assets exclusively for the purposes of the corporation in such manner, or to such organizations organized and operated pursuant to § 501 (c)(3) of the Internal Revenue Code of 1954 or corresponding section of any -prior or future law. Any such assets not disposed of shall be disposed of by the Superior Court of the county in which the principal office of the corporation is then located, exclusively for such purpose or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purpose or similar purpose as described in Article IV.

## ARTICLE VIII

The power of indemnification under the Arizona Revised Statues shall not be denied or limited by the bylaws.

STATUTORY AGENCY: The name and address of the statutory agent of the corporation is:

> Tress S. Georgini
> GEORGINI LAW OFFICES, L.L.C.
> 3095 N. Lear Avenue
> PO Box 12542
> Casa Grande, AZ 85230

## ARTICLE IX

BOARD OF DIRECTORS: There shall be no less than four (4) directors. The names and addresses of the persons who are to serve as Directors until the first annual meeting of Directors or until their successors are elected and qualified are:

Jerald Monahan
514 E. Burrus
Casa Grande, AZ 85222

Raymond Roerdink
PO Box 787
Arizona City, AZ 85223

Marcia Romano
326 N. Candlestick Dr.
Casa Grande, AZ 85222

Tress Georghi
1567 N. Casa Bella Court
Casa Grande, AZ 85222

**NONPROFIT**
**CERTIFICATE OF DISCLOSURE**
**Pursuant to A.R.S. § 10-3202 (D)**

Pima County Sheriff's Office Justice Foundation
ENTITY (CORPORATE) NAME

A. Has any person serving either by election or appointment as officer, director, trustee, or incorporator in the corporation:
1. Been convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven-year period immediately preceding the execution of this Certificate?
2. Been convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses, or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the execution of this Certificate?
3. Been or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven-year period immediately preceding the execution of this Certificate wherein such injunction, judgment, decree or permanent order:
(a) Involved the violation of fraud or registration provisions of the securities laws of that jurisdiction; or
(b) Involved the violation of the consumer fraud laws of that jurisdiction; or
(c) Involved the violation of the antitrust or restraint of trade laws of that jurisdiction?

Yes ______ No ✓

B. IF YES, the following information MUST be attached:

1. Full name and prior name(s) used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7-year period).
5. Date and location of birth.
6. Social Security number.
7. The nature and description of each conviction or judicial action, date and location, the court and public agency involved and file or cause number of case.

C. Has any person serving as an officer, director, trustee or incorporator of the corporation, served in any such capacity in any other corporation in any jurisdiction on the bankruptcy, receivership, charter revocation, administrative dissolution or judicial dissolution of the other corporation?

Yes ______ No ✓

IF YOUR ANSWER TO THE ABOVE QUESTION IS "YES", YOU MUST ATTACH THE FOLLOWING INFORMATION FOR EACH CORPORATION:
1. Name and address of the corporation.
2. Full name, including alias and address of each person involved.
3. State(s) in which the corporation:
(a) Was incorporated.
(b) Has transacted business.
4. Dates of corporate operation.
5. A description of the bankruptcy, receivership or charter revocation, including the date, court or agency and the file or cause number of the case.

D. The fiscal year end adopted by the corporation is June 30th

Under penalties of law, the undersigned incorporators/officers declare that we have examined this Certificate, including any attachments, and to the best of our knowledge and belief it is true, correct and complete, and hereby declare as indicated above. THE SIGNATURE(S) MUST BE DATED WITHIN THIRTY (30) DAYS OF THE DELIVERY DATE.

BY [signature] DATE 05/1/07 BY [signature] DATE 5/1/07
TITLE PRESIDENT TITLE Board Vice President
BY Marcia D Romero DATE 5/1/2007 BY [signature] DATE 5/4/07
TITLE Board Secretary TITLE Incorporator

DOMESTIC CORPORATIONS: ALL INCORPORATORS MUST SIGN THE INITIAL CERTIFICATE OF DISCLOSURE.
(If more than four incorporators, please attach remaining signatures on a separate sheet of paper.)

If within sixty (60) days, any person becomes an officer, director, or trustee and the person was not included in this disclosure, the corporation must file an AMENDED certificate signed by all incorporators, or if officers have been elected, by a duly authorized officer.
FOREIGN CORPORATIONS: MUST BE SIGNED BY AT LEAST ONE DULY AUTHORIZED OFFICER OF THE CORPORATION.

CF: 0041 - Non-Profit
Rev: [illegible]

Arizona Corporation Commission
Corporations Division

AZ CORPORATION COMMISSION
FILED

MAY 0 4 2007

FILE NO. -13646869

01990574

ARTICLES OF INCORPORATION OF

PINAL COUNTY SHERIFF'S OFFICE JUSTICE FOUNDATION, INC.

KNOWN BY ALL MEN BY THESE PRESENTS:

That we, the undersigned, have this day associated ourselves together for the purpose of forming a non-profit corporation under and pursuant to the laws of the State of Arizona and for that purpose do hereby adopt these Articles of Incorporation.

## ARTICLE I

NAME:       The name of the corporation shall be:

### PINAL COUNTY SHERIFF'S OFFICE JUSTICE FOUNDATION, INC.

## ARTICLE II

The name and address of the incorporators are:

Jerald Monahan
514 E. Barrus
Casa Grande, AZ 85222

Raymond Rosedink
PO Box 767
Arizona City, AZ 85223

Marcie Romano
398 N. Candlestick Dr.
Casa Grande, AZ 85222

Tresa Georgini
1567 N. Casa Bella Court
Casa Grande, AZ 85222

## ARTICLE III

PURPOSE:   The purpose for which this corporation is organized is the transaction of any or all lawful business for which nonprofit corporations may be incorporated under the laws of the State Arizona, as they may be amended from time to time.

## ARTICLE IV

CHARACTER OF AFFAIRS: To promote and assist in fund raising activities for volunteer groups associated with the Pinal County Sheriff's Department.

## ARTICLE V

No part of the net earning of the corporation shall inure to the benefit of, or be

distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article IV.

## ARTICLE VI

Upon dissolution of the corporation, the Board of Directors shall, after paying or making provision for the payment of all of the liabilities of the corporation, dispose of all of its assets exclusively for the purposes of the corporation in such manner, or to such organizations organized and operated pursuant to § 501 (c)(3) of the Internal Revenue Code of 1954 or corresponding section of any -prior or future law. Any such assets not disposed of shall be disposed of by the Superior Court of the county in which the principal office of the corporation is then located, exclusively for such purpose or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purpose or similar purpose as described in Article IV.

## ARTICLE VIII

The power of indemnification under the Arizona Revised Statues shall not be denied or limited by the bylaws.

STATUTORY AGENCY: The name and address of the statutory agent of the corporation is:

Tresa S. Georgini
GEORGINI LAW OFFICES, L.L.C.
3085 N. Leer Avenue
PO Box 12542
Casa Grande, AZ 85230

## ARTICLE IX

BOARD OF DIRECTORS: There shall be no less than four (4) directors. The names and addresses of the persons who are to serve as Directors until the first annual meeting of Directors or until their successors are elected and qualified are:

Jerald Monahan
814 E. Bemus
Casa Grande, AZ 85222

Raymond Roerdink
PO Box 787
Arizona City, AZ 85223

Marcia Romano
326 N. Candlestick Dr.
Casa Grande, AZ 85222

Tresa Georgini
1587 N. Casa Bella Court
Casa Grande, AZ 85222

- 13248359

I, Tresa S. Georgini, having been designated to act as Statutory Agent, hereby consent to act in that capacity until removed, or resignation is submitted in accordance with the Arizona Revised Statutes.

DATE this 11th Day of April, 2007.

Tresa S. Georgini
GEORGINI LAW OFFICES, L.L.C.
3095 N. Lear Avenue
PO Box 12542
Casa Grande, AZ 85230

IN WITNESS WHEREOF, the Incorporators hereto set their hands this 11th Day of April, 2007.

Jerald Monahan (President)

Marcia Romano (Secretary)

STATE OF ARIZONA )
                          ) ss.
County of Pinal )

On this 11 day of April, 2007, before me, a Notary Public, personally appeared: JERALD MONAHAN and MARCIA ROMANO; known to me or satisfactory proven to be the person whose name is subscribed to the Articles of Incorporation and acknowledged that they executed the same for the purposes therein contained.

IN WITNESS THERETO, I hereunto set my hand and official seal.

My Commission Expires:                    Notary Public

# Exhibit 25

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

Department of the Treasury
Internal Revenue Service

▶ Do not enter Social Security numbers on this form as it may be made public  By law, the IRS generally cannot redact the information on the form
▶ Information about Form 990 and its instructions is at *www.IRS.gov/form990*

OMB No  1545-0047

**2013**

Open to Public Inspection

**A** For the 2013 calendar year, or tax year beginning 01-01-2013   , 2013, and ending 12-31-2013

| **B** Check if applicable | **C** Name of organization ARIZONA PUBLIC SAFETY FOUNDATION INC | **D** Employer identification number |
|---|---|---|
| ☐ Address change | | 26-0443429 |
| ☐ Name change | Doing Business As AZPSF INC | |
| ☐ Initial return | | |
| ☐ Terminated | Number and street (or P O  box if mail is not delivered to street address)  Room/suite 6499 S KINGS RANCH ROAD | **E** Telephone number |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code GOLD CANYON, AZ  85118 | |
| ☐ Application pending | | **G** Gross receipts $ 334,785 |

| **F** Name and address of principal officer | **H(a)** Is this a group return for subordinates? ☐ Yes ☑ No |
|---|---|
| | **H(b)** Are all subordinates included? ☐ Yes ☐ No If "No," attach a list  (see instructions) |

**I** Tax-exempt status:   ☑ 501(c)(3)   ☐ 501(c) ( ) ◀ (insert no )   ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶ www azpsf com

**H(c)** Group exemption number ▶

**K** Form of organization  ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶       **L** Year of formation 2007   **M** State of legal domicile  AZ

## Part I   Summary

| | | |
|---|---|---|
| **1** | Briefly describe the organization's mission or most significant activities To promote community involvement for crime prevention, education, safety and support for victims and survivors  To assist our citizens through security, empowerment and education | |

**2** Check this box ▶☐ if the organization discontinued its operations or disposed of more than 25% of its net assets

| | | | |
|---|---|---|---|
| **3** | Number of voting members of the governing body (Part VI, line 1a)  .   .   .   .   .   . | **3** | 9 |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b)  .   .   .   . | **4** | 9 |
| **5** | Total number of individuals employed in calendar year 2013 (Part V, line 2a)  .   .   .   . | **5** | 0 |
| **6** | Total number of volunteers (estimate if necessary)  .   .   .   .   .   .   .   .   . | **6** | 10 |
| **7a** | Total unrelated business revenue from Part VIII, column (C), line 12  .   .   .   .   .   . | **7a** | 0 |
| **b** | Net unrelated business taxable income from Form 990-T, line 34  .   .   .   .   .   .   . | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h)  .   .   .   .   .   .   . | 229,835 | 290,007 |
| **9** | Program service revenue (Part VIII, line 2g)  .   .   .   .   .   .   . | | 44,512 |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d)  .   .   . | 722 | 266 |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | 0 |
| **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12)  .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | 230,557 | 334,785 |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1–3 )  .   .   . | | 0 |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4)  .   .   .   . | | 0 |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10)  .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | 0 |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e)  .   .   .   . | | 0 |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ▶5,379 | | |
| **17** | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e)  .   .   .   . | 207,286 | 303,753 |
| **18** | Total expenses  Add lines 13–17 (must equal Part IX, column (A), line 25) | 207,286 | 303,753 |
| **19** | Revenue less expenses  Subtract line 18 from line 12  .   .   .   .   .   . | 23,271 | 31,032 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16)  .   .   .   .   .   .   .   .   .   .   . | 167,425 | 198,457 |
| **21** | Total liabilities (Part X, line 26)  .   .   .   .   .   .   .   .   .   .   . | | 0 |
| **22** | Net assets or fund balances  Subtract line 21 from line 20  .   .   .   .   . | 167,425 | 198,457 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | ****** Signature of officer | 2014-07-23 Date |
|---|---|---|
| | Joe Trasser President Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name GREGG M BUTLER | Preparer's signature | Date 2014-08-14 | Check ☐ if self-employed | PTIN P00472287 |
|---|---|---|---|---|---|
| | Firm's name ▶ BUTLER HANSEN PC | | | Firm's EIN ▶ 86-0842863 | |
| | Firm's address ▶ 1853 S Horne Suite 2 | | | Phone no  (480) 497-1250 | |
| | Mesa, AZ  85204 | | | | |

May the IRS discuss this return with the preparer shown above? (see instructions)  .   .   .   .   .   .   .   .   .   ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.       Cat No 11282Y       Form **990** (2013)

Case 2:15-cv-01386-DJH  Document 1-2  Filed 07/22/15  Page 62 of 129

| **Part III** | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III  .  .  .  .  .  .  .  .  .  .  .  .  □

1    Briefly describe the organization's mission

To promote community involvement for crime prevention, education, safety and support for victims and survivors  To assist our citizens
through security, empowerment and education

2    Did the organization undertake any significant program services during the year which were not listed on
the prior Form 990 or 990-EZ?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .    □ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O

3    Did the organization cease conducting, or make significant changes in how it conducts, any program
services?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .    □ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O

4    Describe the organization's program service accomplishments for each of its three largest program services, as measured by
expenses  Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others,
the total expenses, and revenue, if any, for each program service reported

4a   (Code                 ) (Expenses $          146,179    including grants of $                 ) (Revenue $          44,512 )

Provided and promoted public service opportunities, education, safety and support for crime prevention and assistance to victims and survivors of crime

4b   (Code                 ) (Expenses $          74,688    including grants of $                 ) (Revenue $                 )

Provide for the morale, welfare, recreation and relief of service providers and victims of crimes

4c   (Code                 ) (Expenses $          71,015    including grants of $                 ) (Revenue $                 )

Provided certain educational, service opportunites and community involvement activities for youth in the explorer program

4d   Other program services (Describe in Schedule O )
     (Expenses $                 including grants of $                 ) (Revenue $                 )

4e   **Total program service expenses ▶**          291,882

Case 1:15-cv-01386-DJH   Document 1-2   Filed 07/22/15   Page 63 of 129

**Part IV**    **Checklist of Required Schedules**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . . . . . . . . | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . . | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* . . . . . . . . . . . . . . . . . . . . . . | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . . . . . . . . . . . . . . . . . . | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . . | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . . . . . . . . . . . . . . . . . . . | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . . . . | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* . . . . . | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* . . . . . . . . . . . . . . . . . . . . . | **11a** | | No |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . . . | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . . . | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . . . . . | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | No |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* . . . . . . . . . . . . . . . . . . . . . . | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* . . . . . . . . . . . . . . . . . | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* . . . . | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . . . . . | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I (see instructions)* . . . . | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . . . | **18** | | No |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . . . . . . . . . . . . | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . . | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |

Case 1:15-cv-01386-D4H   Document 1-2   Filed 07/22/15   Page 64 of 129

**Part IV**   **Checklist of Required Schedules** *(continued)*

| | | | | |
|---|---|---|---|---|
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . | **21** | | No |
| 22 | Did the organization report more than $5,000 of grants or other assistance to individuals in the United States on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3) and 501(c)(4) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If so, complete Schedule L, Part II* . . . . . . . . . . . . . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions) | | | |
| a | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . | **28b** | | No |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . | **35b** | | No |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . . | **38** | Yes | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** | | | | |

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . ☐

| | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096 Enter -0- if not applicable . . | **1a** | | 0 | | | |
| b | Enter the number of Forms W-2G included in line 1a Enter -0- if not applicable | **1b** | | 0 | | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . | | | | **1c** | | |
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . | **2a** | | 0 | | | |
| b | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | | | **2b** | | |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | | | **3a** | | No |
| b | If "Yes," has it filed a Form 990-T for this year? If "No" to line 3b, provide an explanation in Schedule O . . . | | | | **3b** | | |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . . . . . . . . . . . . . . . . . . . . | | | | **4a** | | No |
| b | If "Yes," enter the name of the foreign country ▶ See instructions for filing requirements for Form TD F 90-22 1, Report of Foreign Bank and Financial Accounts | | | | | | |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | | **5a** | | No |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | | **5b** | | No |
| c | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . | | | | **5c** | | |
| 6a | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | | | **6a** | | No |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . | | | | **6b** | | |
| 7 | **Organizations that may receive deductible contributions under section 170(c).** | | | | | | |
| a | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . | | | | **7a** | | No |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | | | **7b** | | |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . | | | | **7c** | | No |
| d | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | | | | |
| e | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? . . . . . . . . . . . . . . . . . . . . . . . . | | | | **7e** | | No |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | | **7f** | | No |
| g | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . . | | | | **7g** | | No |
| h | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . | | | | **7h** | | No |
| 8 | **Sponsoring organizations maintaining donor advised funds and section 509(a)(3) supporting organizations.** Did the supporting organization, or a donor advised fund maintained by a sponsoring organization, have excess business holdings at any time during the year? . . . . . . . . . . . . . . | | | | **8** | | |
| 9 | **Sponsoring organizations maintaining donor advised funds.** | | | | | | |
| a | Did the organization make any taxable distributions under section 4966? . . . . . . . . . | | | | **9a** | | |
| b | Did the organization make a distribution to a donor, donor advisor, or related person? . . . . . . | | | | **9b** | | |
| 10 | **Section 501(c)(7) organizations.** Enter | | | | | | |
| a | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | | | |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | | | |
| 11 | **Section 501(c)(12) organizations.** Enter | | | | | | |
| a | Gross income from members or shareholders . . . . . . . . . | **11a** | | | | | |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) . . . . . . . . | **11b** | | | | | |
| 12a | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | | **12a** | | |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . . . . . . . . . . . . | **12b** | | | | | |
| 13 | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | | | |
| a | Is the organization licensed to issue qualified health plans in more than one state? **Note.** See the instructions for additional information the organization must report on Schedule O | | | | **13a** | | |
| b | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | | | | |
| c | Enter the amount of reserves on hand . . . . . . . . . | **13c** | | | | | |
| 14a | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | | **14a** | | No |
| b | If "Yes," has it filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . | | | | **14b** | | |

| **Part VI** | **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year . . . . . . . . . . . . . . . **1a** 9 | | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent . . . . . . . . . . . . . **1b** 9 | | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . | **2** | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . . | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . . . . . | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . . | **8b** | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . | **9** | | No |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | | No |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990 . . . . . | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . . . . . . | **12c** | | No |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . | **13** | | No |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . . | **14** | | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . . | **15a** | | No |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . . . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions) | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . | **16b** | | No |

## Section C. Disclosure

| | |
|---|---|
| **17** | List the States with which a copy of this Form 990 is required to be filed▶AZ |
| **18** | Section 6104 requires an organization to make its Form 1023 (or 1024 if applicable), 990, and 990-T (501(c) (3)s only) available for public inspection Indicate how you made these available Check all that apply ☑ Own website ☐ Another's website ☐ Upon request ☐ Other (explain in Schedule O) |
| **19** | Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year |
| **20** | State the name, physical address, and telephone number of the person who possesses the books and records of the organization ▶Ronald Krohmer  6499 S Kings Ranch Road 6-16 Gold Canyon, AZ  85118   (480) 292-1351 |

**Part VII** **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . ⌐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed  Report compensation for the calendar year ending with or within the organization's tax year

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation  Enter -0- in columns (D), (E), and (F) if no compensation was paid

● List all of the organization's **current** key employees, if any  See instructions for definition of "key employee "

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

List persons in the following order  individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons

☑ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A) Name and Title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W- 2/1099-MISC) | (E) Reportable compensation from related organizations (W- 2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Joe Trasser | 5 00 | X | | X | | | | 0 | 0 | 0 |
| President | 0 00 | | | | | | | | | |
| (2) Daniel Figueroa | 5 00 | X | | X | | | | 0 | 0 | 0 |
| Vice President | 0 00 | | | | | | | | | |
| (3) Alice Miller | 5 00 | X | | X | | | | 0 | 0 | 0 |
| Secretary | 0 00 | | | | | | | | | |
| (4) Erik Larson | 5 00 | X | | X | | | | 0 | 0 | 0 |
| Treasurer | 0 00 | | | | | | | | | |
| (5) Ron Krohmer | 5 00 | X | | X | | | | 0 | 0 | 0 |
| Finance Director | 0 00 | | | | | | | | | |
| (6) Daniel Hughes | 3 00 | X | | | | | | 0 | 0 | 0 |
| Director | 0 00 | | | | | | | | | |
| (7) Jana Johnson | 3 00 | X | | | | | | 0 | 0 | 0 |
| Director | 0 00 | | | | | | | | | |
| (8) Ruben Montano | 3 00 | X | | | | | | 0 | 0 | 0 |
| Director | 0 00 | | | | | | | | | |
| (9) Stormee Wallace | 3 00 | X | | | | | | 0 | 0 | 0 |
| Director | 0 00 | | | | | | | | | |

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and Title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**1b** Sub-Total . . . . . . . . . . . . ▶

**c** Total from continuation sheets to Part VII, Section A . . . . . ▶

**d** Total (add lines 1b and 1c) . . . . . . . . . . ▶ | | 0 | 0 | 0 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization▶0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization Report compensation for the calendar year ending with or within the organization's tax year

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶

| **Part VIII** | Statement of Revenue |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . ⌐

| | | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** | Federated campaigns . . | **1a** | | | | |
| | **b** | Membership dues . . . | **1b** | 2,520 | | | |
| | **c** | Fundraising events . . . . | **1c** | | | | |
| | **d** | Related organizations . . . | **1d** | | | | |
| | **e** | Government grants (contributions) | **1e** | | | | |
| | **f** | All other contributions, gifts, grants, and similar amounts not included above | **1f** | 287,487 | | | |
| | **g** | Noncash contributions included in lines 1a-1f $ | | | | | |
| | **h** | **Total.** Add lines 1a-1f . . . . . . . ▶ | | 290,007 | | | |
| **Program Service Revenue** | **2a** | Patrol Posse Services | Business Code 900099 | 44,512 | 44,512 | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | | | | | | |
| | **e** | | | | | | |
| | **f** | All other program service revenue | | | | | |
| | **g** | **Total.** Add lines 2a–2f . . . . . . . ▶ | | 44,512 | | | |
| **Other Revenue** | **3** | Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | 266 | 266 | | |
| | **4** | Income from investment of tax-exempt bond proceeds . . ▶ | | | | | |
| | **5** | Royalties . . . . . . . . . . . ▶ | | | | | |
| | **6a** | Gross rents | (i) Real / (ii) Personal | | | | |
| | **b** | Less rental expenses | | | | | |
| | **c** | Rental income or (loss) | | | | | |
| | **d** | Net rental income or (loss) . . . . . . ▶ | | | | | |
| | **7a** | Gross amount from sales of assets other than inventory | (i) Securities / (ii) Other | | | | |
| | **b** | Less cost or other basis and sales expenses | | | | | |
| | **c** | Gain or (loss) | | | | | |
| | **d** | Net gain or (loss) . . . . . . . . ▶ | | | | | |
| | **8a** | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c) See Part IV, line 18 . . | a | | | | |
| | **b** | Less direct expenses . . . | b | | | | |
| | **c** | Net income or (loss) from fundraising events . . ▶ | | | | | |
| | **9a** | Gross income from gaming activities See Part IV, line 19 . . . | a | | | | |
| | **b** | Less direct expenses . . . | b | | | | |
| | **c** | Net income or (loss) from gaming activities . . . ▶ | | | | | |
| | **10a** | Gross sales of inventory, less returns and allowances . | a | | | | |
| | **b** | Less cost of goods sold . . | b | | | | |
| | **c** | Net income or (loss) from sales of inventory . . ▶ | | | | | |
| | | Miscellaneous Revenue | Business Code | | | | |
| | **11a** | | | | | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | All other revenue . . . . | | | | | |
| | **e** | **Total.** Add lines 11a–11d . . . . . ▶ | | | | | |
| | **12** | **Total revenue.** See Instructions . . . . . ▶ | | 334,785 | 44,778 | 0 | 0 |

**Part IX** | **Statement of Functional Expenses**

Section 501(c)(3) and 501(c)(4) organizations must complete all columns  All other organizations must complete column (A)

Check if Schedule O contains a response or note to any line in this Part IX  .  .  .  .  .  .  .  .  .  .  .  .  ☑

| **Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.** | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to governments and organizations in the United States  See Part IV, line 21 | | | | |
| **2** Grants and other assistance to individuals in the United States  See Part IV, line 22 | | | | |
| **3** Grants and other assistance to governments, organizations, and individuals outside the United States  See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees  .  .  .  . | | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B)  .  .  .  . | | | | |
| **7** Other salaries and wages | | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions)  .  .  . | | | | |
| **9** Other employee benefits  .  .  .  .  .  . | | | | |
| **10** Payroll taxes  .  .  .  .  .  .  .  . | | | | |
| **11** Fees for services (non-employees) | | | | |
| **a** Management  .  .  .  .  .  . | | | | |
| **b** Legal  .  .  .  .  .  .  . | | | | |
| **c** Accounting  .  .  .  .  .  .  .  . | 900 | | 900 | |
| **d** Lobbying  .  .  .  .  .  .  .  . | | | | |
| **e** Professional fundraising services  See Part IV, line 17 | | | | |
| **f** Investment management fees  .  .  .  .  . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O )  .  .  .  .  . | | | | |
| **12** Advertising and promotion  .  .  .  . | 41,268 | 38,852 | 2,416 | |
| **13** Office expenses  .  .  .  .  .  . | 2,662 | 1,666 | 996 | |
| **14** Information technology  .  .  .  .  . | | | | |
| **15** Royalties  .  . | | | | |
| **16** Occupancy  .  .  .  .  .  .  .  . | | | | |
| **17** Travel  .  .  .  .  .  .  .  . | | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials  .  .  .  .  . | | | | |
| **19** Conferences, conventions, and meetings  .  .  . | 2,980 | 2,980 | | |
| **20** Interest  .  .  .  .  .  .  .  . | | | | |
| **21** Payments to affiliates  .  .  .  .  . | | | | |
| **22** Depreciation, depletion, and amortization  .  .  . | | | | |
| **23** Insurance  .  .  .  .  .  .  .  . | 842 | | 842 | |
| **24** Other expenses  Itemize expenses not covered above (List miscellaneous expenses in line 24e  If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O ) | | | | |
| **a** Shirts Uniforms Badges | 45,958 | 45,958 | | |
| **b** EmployeeVolunteer Appreciat | 45,581 | 45,581 | | |
| **c** Motels Meals & Travel | 38,504 | 38,504 | | |
| **d** Employee Relief | 33,152 | 33,152 | | |
| **e** All other expenses | 91,906 | 85,189 | 1,338 | 5,379 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 303,753 | 291,882 | 6,492 | 5,379 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation  Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

**Part X**   **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part X  . . . . . . . . . . . ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash–non-interest-bearing . . . . . . . . . . | 9,778 | **1** | 13,053 |
| | 2 | Savings and temporary cash investments . . . . . . . | 157,647 | **2** | 185,404 |
| | 3 | Pledges and grants receivable, net . . . . . . . . . | | **3** | |
| | 4 | Accounts receivable, net . . . . . . . . . . . | | **4** | |
| | 5 | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees Complete Part II of Schedule L . . . . . . . . . . . . . . . | | **5** | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions) Complete Part II of Schedule L | | **6** | |
| | 7 | Notes and loans receivable, net . . . . . . . . . . | | **7** | |
| | 8 | Inventories for sale or use . . . . . . . . . . . | | **8** | |
| | 9 | Prepaid expenses and deferred charges . . . . . . . . | | **9** | |
| | 10a | Land, buildings, and equipment cost or other basis Complete Part VI of Schedule D      **10a** | | | |
| | b | Less accumulated depreciation . . . . .      **10b** | | **10c** | |
| | 11 | Investments—publicly traded securities . . . . . . . . | | **11** | |
| | 12 | Investments—other securities See Part IV, line 11 . . . . . | | **12** | |
| | 13 | Investments—program-related See Part IV, line 11 . . . . . | | **13** | |
| | 14 | Intangible assets . . . . . . . . . . . . . . | | **14** | |
| | 15 | Other assets See Part IV, line 11 . . . . . . . . . | | **15** | |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 34) . . . . . | 167,425 | **16** | 198,457 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . . . . | | **17** | |
| | 18 | Grants payable . . . . . . . . . . . . . . . | | **18** | |
| | 19 | Deferred revenue . . . . . . . . . . . . . . | | **19** | |
| | 20 | Tax-exempt bond liabilities . . . . . . . . . . . | | **20** | |
| | 21 | Escrow or custodial account liability Complete Part IV of Schedule D . . | | **21** | |
| | 22 | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons Complete Part II of Schedule L . . . . . . . . | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | | **23** | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . . . | | **24** | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24) Complete Part X of Schedule D . . . . . . . . . . . . . . . | | **25** | |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . . . . . . . . | 0 | **26** | 0 |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117 (ASC 958), check here ▶ ☑ and complete lines 27 through 29, and lines 33 and 34.** | | | |
| | 27 | Unrestricted net assets . . . . . . . . . . . . . | 35,967 | **27** | 59,766 |
| | 28 | Temporarily restricted net assets . . . . . . . . . . | 131,458 | **28** | 138,691 |
| | 29 | Permanently restricted net assets . . . . . . . . . | | **29** | |
| | | **Organizations that do not follow SFAS 117 (ASC 958), check here ▶ ☐ and complete lines 30 through 34.** | | | |
| | 30 | Capital stock or trust principal, or current funds . . . . . . | | **30** | |
| | 31 | Paid-in or capital surplus, or land, building or equipment fund . . . . | | **31** | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds | | **32** | |
| | 33 | Total net assets or fund balances . . . . . . . . . . | 167,425 | **33** | 198,457 |
| | 34 | Total liabilities and net assets/fund balances . . . . . . . | 167,425 | **34** | 198,457 |

Case 2:15-cv-01386-DJH   Document 1-2   Filed 07/22/15   Page 72 of 129

**Part XI**   **Reconcilliation of Net Assets**

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . ☐

| | | |
|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . **1** | 334,785 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . **2** | 303,753 |
| 3 | Revenue less expenses Subtract line 2 from line 1 . . . . . . . . . . . . . . **3** | 31,032 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . **4** | 167,425 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . **9** | 0 |
| 10 | Net assets or fund balances at end of year Combine lines 3 through 9 (must equal Part X, line 33, column (B)) **10** | 198,457 |

**Part XII**   **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990    ☐ Cash  ☑ Accrual  ☐ Other _____<br>If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | Yes | |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both<br>☑ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both<br>☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| c | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | Yes | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | **3b** | | |

| SCHEDULE A | **Public Charity Status and Public Support** | OMB No 1545-0047 |
|---|---|---|
| (Form 990 or 990EZ) | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2013** |

Department of the Treasury
Internal Revenue Service

▶ **Attach to Form 990 or Form 990-EZ.** ▶ **See separate instructions.**
▶ **Information about Schedule A (Form 990 or 990-EZ) and its instructions is at** *www.irs.gov/form990.*

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| ARIZONA PUBLIC SAFETY FOUNDATION INC | 26-0443429 |

## Part I   Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is  (For lines 1 through 11, check only one box )

1  ☐  A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2  ☐  A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E )

3  ☐  A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4  ☐  A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state _____

5  ☐  An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II )

6  ☐  A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7  ☐  An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II )

8  ☐  A community trust described in **section 170(b)(1)(A)(vi)** (Complete Part II )

9  ☑  An organization that normally receives  (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See **section 509(a)(2).** (Complete Part III )

10  ☐  An organization organized and operated exclusively to test for public safety  See **section 509(a)(4).**

11  ☐  An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2)  See **section 509(a)(3).** Check the box that describes the type of supporting organization and complete lines 11e through 11h

    **a** ☐ Type I   **b** ☐ Type II   **c** ☐ Type III - Functionally integrated   **d** ☐ Type III - Non-functionally integrated

e  ☐  By checking this box, I certify that the organization is not controlled directly or indirectly by one or more disqualified persons other than foundation managers and other than one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2)

f  If the organization received a written determination from the IRS that it is a Type I, Type II, or Type III supporting organization, check this box  ☐

g  Since August 17, 2006, has the organization accepted any gift or contribution from any of the following persons?

|  |  | Yes | No |
|---|---|---|---|
| **(i)** A person who directly or indirectly controls, either alone or together with persons described in (ii) and (iii) below, the governing body of the supported organization? | 11g(i) |  |  |
| **(ii)** A family member of a person described in (i) above? | 11g(ii) |  |  |
| **(iii)** A 35% controlled entity of a person described in (i) or (ii) above? | 11g(iii) |  |  |

h  Provide the following information about the supported organization(s)

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 9 above or IRC section (see instructions)) | (iv) Is the organization in col (i) listed in your governing document? | | (v) Did you notify the organization in col (i) of your support? | | (vi) Is the organization in col (i) organized in the U S ? | | (vii) Amount of monetary support |
|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Yes | No | Yes | No | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Total** | | | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.    Cat No 11285F    Schedule A (Form 990 or 990-EZ) 2013

**Part II**   **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2009 | (b) 2010 | (c) 2011 | (d) 2012 | (e) 2013 | (f) Total |
|---|---|---|---|---|---|---|
| **1**   Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | | | | | | |
| **2**   Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **3**   The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **4**   **Total.** Add lines 1 through 3 | | | | | | |
| **5**   The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| **6**   **Public support.** Subtract line 5 from line 4 | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2009 | (b) 2010 | (c) 2011 | (d) 2012 | (e) 2013 | (f) Total |
|---|---|---|---|---|---|---|
| **7**   Amounts from line 4 | | | | | | |
| **8**   Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| **9**   Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| **10**   Other income  Do not include gain or loss from the sale of capital assets (Explain in Part IV ) | | | | | | |
| **11**   **Total support** (Add lines 7 through 10) | | | | | | |

| | | |
|---|---|---|
| **12**   Gross receipts from related activities, etc  (see instructions) | **12** | |

**13**   **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14**   Public support percentage for 2013 (line 6, column (f) divided by line 11, column (f)) | **14** | |
| **15**   Public support percentage for 2012 Schedule A, Part II, line 14 | **15** | |

**16a**   **33 1/3% support test—2013.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization   ▶☐

   **b**   **33 1/3% support test—2012.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization   ▶☐

**17a**   **10%-facts-and-circumstances test—2013.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts-and-circumstances" test  The organization qualifies as a publicly supported organization   ▶☐

   **b**   **10%-facts-and-circumstances test—2012.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts-and-circumstances" test  The organization qualifies as a publicly supported organization   ▶☐

**18**   **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions   ▶☐

## Part III    Support Schedule for Organizations Described in Section 509(a)(2)

(Complete only if you checked the box on line 9 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2009 | (b) 2010 | (c) 2011 | (d) 2012 | (e) 2013 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | 94,259 | 196,611 | 216,426 | 229,835 | 290,007 | 1,027,138 |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 **Total.** Add lines 1 through 5 | 94,259 | 196,611 | 216,426 | 229,835 | 290,007 | 1,027,138 |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| c Add lines 7a and 7b | | | | | | |
| 8 **Public support** (Subtract line 7c from line 6 ) | | | | | | 1,027,138 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2009 | (b) 2010 | (c) 2011 | (d) 2012 | (e) 2013 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | 94,259 | 196,611 | 216,426 | 229,835 | 290,007 | 1,027,138 |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | 149 | 734 | 1,034 | 722 | 266 | 2,905 |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| c Add lines 10a and 10b | 149 | 734 | 1,034 | 722 | 266 | 2,905 |
| 11 Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| 12 Other income Do not include gain or loss from the sale of capital assets (Explain in Part IV ) | | | | | | |
| 13 **Total support.** (Add lines 9, 10c, 11, and 12 ) | 94,408 | 197,345 | 217,460 | 230,557 | 290,273 | 1,030,043 |

**14 First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a 501(c)(3) organization, check this box and **stop here.** ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 15 Public support percentage for 2013 (line 8, column (f) divided by line 13, column (f)) | **15** | 99 720 % |
| 16 Public support percentage from 2012 Schedule A, Part III, line 15 | **16** | 99 000 % |

### Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| 17 Investment income percentage for **2013** (line 10c, column (f) divided by line 13, column (f)) | **17** | 0 280 % |
| 18 Investment income percentage from **2012** Schedule A, Part III, line 17 | **18** | 1 000 % |

**19a 33 1/3% support tests—2013.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☑

**b 33 1/3% support tests—2012.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**20 Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

| **Part IV** | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; and Part III, line 12. Also complete this part for any additional information. (See instructions). |
|---|---|

Case 2:15-cv-01386-DJH   Document 1-2   Filed 07/22/15   Page 76 of 129

| Facts And Circumstances Test | | |
|---|---|---|
| Return Reference | Explanation | |

Case 2:15-cv-01386-DJH   Document 1-2   Filed 07/22/15   Page 77 of 129

# SCHEDULE O
## (Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on
Form 990 or to provide any additional information.**
► **Attach to Form 990 or 990-EZ.**
► **Information about Schedule O (Form 990 or 990-EZ) and its instructions is at
www.irs.gov/form990.**

OMB No 1545-0047

# 2013

**Open to Public
Inspection**

Name of the organization
ARIZONA PUBLIC SAFETY FOUNDATION INC

Employer identification number

26-0443429

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990 governing body review Part VI line 11 | |
| Governing documents etc available to public Part VI line 19 | The governing documents, conflict of interest policy and financial statements are made ava ilable to the public through the organizations own website |
| List of other expenses Part IX line 24e | Expense Description Column(A) Column(B) Column(C) Column(D)Supplies 22,128 22,128Toys, Sch ool Supplies & Clothing 21,131 21,131Meetings, Meals & Per Diem 18,294 18,294Training & Co mpetitions 15,209 15,131 78Equipment 2,824 2,824Fund Raising 5,379 5,379Computer Supplies & Web Site 1,587 327 1,260Other Expenses 5,354 5,354 Totals 91,906 85,189 1,338 5,379 |

# Exhibit 26

JULY 2013

State Account                                                                           Page 1
9/27/2013

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 7/1/2013 | JE | JE 8786 QE 6/30/13 VICTIM ASSISTANCE GRANT...<br>memo:      4TH QTR FY13<br>cat:       1 Matching/PCA | 7,995.00 | | | 2,422,561.17 |
| 7/2/2013 | 93326... | Az Association Of Chief Of Police<br>SPLIT      8 Oper:c Training/PCA | 536.00 | | | 2,422,025.17 |
| | | 8 Oper:c Training/PCA<br>sept 2013 conf | 268.00 | | | |
| | | 8 Oper:c Training/CPD<br>Sept 2013 conf | 268.00 | | | |
| 7/2/2013 | 93326... | Bank Of America<br>memo:      PCARD PURCHASES<br>SPLIT      3a Witness Pro./PCA | 10,845.51 | R | | 2,411,179.66 |
| | | 3a Witness Pro./PCA | 1,428.94 | | | |
| | | 9 Equip:a Office Equip./PCA<br>flash drives | 916.00 | | | |
| | | 9 Equip:z Other:Other-Officer Safety Equip/PCSO<br>boots for Oklahoma | 588.42 | | | |
| | | 9 Equip:z Other/PCSO<br>Chainsaws for Oklahoma | 6,903.72 | | | |
| | | 8 Oper:b Supplies/PCA<br>office supplies | 892.54 | | | |
| | | 9 Equip:z Other:Other-Officer Safety Equip/PCA<br>belt holster | 115.89 | | | |
| 7/2/2013 | 93326... | AZ Dept Of Revenue<br>memo:      tax - 2469.52107<br>cat:       8 Oper:b Supplies/PCSO | 56.09 | R | | 2,411,123.57 |
| 7/2/2013 | 93326... | PCA Witness Protection<br>cat:       3a Witness Pro./PCA | 1,000.00 | R | | 2,410,123.57 |
| 7/2/2013 | 93326... | Corporate Job Bank<br>memo:      PO 226454 John J Foley-Temp Bureau Chief<br>cat:       6 Prof:k Management/PCA | 4,776.00 | R | | 2,405,347.57 |
| 7/2/2013 | 93326... | Les Chapman Transport<br>memo:      PO #226712<br>cat:       8 Oper:l Maint-Auto-Air/PCNTF | 5,283.50 | R | | 2,400,064.07 |
| 7/2/2013 | 93326... | ADT Security Systems Inc<br>memo:      Voyles home 169427270 07/13<br>cat:       6 Prof:z Other/PCA | 55.99 | R | | 2,400,008.08 |
| 7/2/2013 | 93327... | Florence True Value Hardware<br>memo:      graffiti removal program BPO223394<br>cat:       2 Anti-Drug/CommunityProject | 258.24 | R | | 2,399,749.84 |
| 7/2/2013 | 93327... | TELTECH<br>memo:      camera interview room Annex<br>cat:       9 Equip:c Surveillance/PCA | 453.32 | R | | 2,399,296.52 |
| 7/3/2013 | 93327... | Az Association Of Chief Of Police<br>SPLIT      8 Oper:c Training/AJPD | 536.00 | | | 2,398,760.52 |
| | | 8 Oper:c Training/AJPD<br>sept 2013 conf | 268.00 | | | |
| | | 8 Oper:c Training/FPD<br>Sept 2013 conf | 268.00 | | | |
| 7/9/2013 | DEP | AJPD Forfeiture<br>memo:      Receipt 194912<br>SPLIT      Cash:Cash Forfeiture/AJPD | | R | 26.25 | 2,398,786.77 |
| | | Cash:Cash Forfeiture/AJPD<br>CV201200063 DR121219001 | | | 19.69 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201200063 DR121219001 | | | 6.56 | |

JULY 2013

State Account                                                                                          Page 2
9/27/2013

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 7/9/2013 | JE | JE40913 RECORD CREDIT TO TRAVEL CARD-AP...<br>memo:    VOYLES<br>cat:    7 Trav:Out-Side/PCA | | R | 413.60 | 2,399,200.37 |
| 7/9/2013 | 9327085 | Blake King<br>memo:    per diem - VCPI Comm policing Conf- Las Vegas<br>cat:    7 Trav:Out-Side/PCSO | 159.50 | R | | 2,399,040.87 |
| 7/9/2013 | 93326... | Doug Brown<br>memo:    PATC-Leadership Las Vegas<br>cat:    7 Trav:Out-Side/PCSO | 248.50 | R | | 2,398,792.37 |
| 7/9/2013 | 93326... | Az State Retirement<br>SPLIT    5 Personal Serv:a Salary/PCA | 258.80 | R | | 2,398,533.57 |
| | | 5 Personal Serv:a Salary/PCA<br>ERE - employee contribution<br>5 Personal Serv:b ERE/PCA<br>ERE - employer contribution | 129.40<br><br>129.40 | | | |
| 7/9/2013 | 93326... | Wells Fargo - Federal<br>SPLIT    5 Personal Serv:b ERE/PCA | 168.22 | R | | 2,398,365.35 |
| | | 5 Personal Serv:b ERE/PCA<br>EMPLOYER CONTRIBUTION<br>5 Personal Serv:a Salary/PCA<br>employee contribution | 84.11<br><br>84.11 | | | |
| 7/9/2013 | 93326... | PC Emps Benefit Trust<br>memo:    medical insurance<br>SPLIT    5 Personal Serv:b ERE/PCA | 302.66 | R | | 2,398,062.69 |
| | | 5 Personal Serv:b ERE/PCA<br>ere - employer contribution<br>5 Personal Serv:a Salary/PCA<br>salary - employee contribution | 280.88<br><br>21.78 | | | |
| 7/9/2013 | 93326... | Wells Fargo - Salary<br>memo:    VICTOR ESPINOZA<br>cat:    5 Personal Serv:a Salary/PCA | 886.08 | R | | 2,397,176.61 |
| 7/9/2013 | 93327... | APAAC<br>memo:    Fel Inter. Adv. Course 06/24 - 06/28/2013 contribution<br>cat:    8 Oper:c Training/PCA | 17,884.87 | R | | 2,379,291.74 |
| 7/9/2013 | 93327... | Wells Fargo - Credit Card<br>SPLIT    7 Trav:Out-Side/PCA | 2,676.91 | R | | 2,376,614.83 |
| | | 7 Trav:Out-Side/PCA<br>VOYLES<br>7 Trav:Out-Side/PCA<br>WINTORY | 1,964.75<br><br>712.16 | | | |
| 7/9/2013 | 93327... | Medreturn<br>memo:    collection units<br>cat:    8 Oper:b Supplies/PCSO | 995.00 | R | | 2,375,619.83 |
| 7/9/2013 | 93327... | Arizona Public Safety Foundation<br>memo:    PCSO YOUTH EXPLORER #1875<br>cat:    2 Anti-Drug/PCSO | 20,000.00 | R | | 2,355,619.83 |
| 7/9/2013 | 93327... | Boys & Girls Club Of The East Valley<br>memo:    bowl a thon<br>cat:    2 Anti-Drug/AJPD | 200.00 | R | | 2,355,419.83 |
| 7/9/2013 | 93327... | Tucson League Of Mexican American Women<br>cat:    2 Anti-Drug/PCSO | 300.00 | R | | 2,355,119.83 |
| 7/18/2013 | DEP | CGPD Forfeiture<br>memo:    Receipt #195210<br>SPLIT    Cash:Sale of Prop./CGPD | | R | 14,347.60 | 2,369,467.43 |
| | | Cash:Sale of Prop./CGPD<br>CV201202317<br>Cash:Sale of Prop./PCA | | | 793.35<br><br>264.45 | |

JULY 2013

State Account
9/27/2013

Page 3

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| | | CV201202317 | | | | |
| | | Cash:Sale of Prop./CGPD | | | 7,461.45 | |
| | | CV201200022 | | | | |
| | | Cash:Sale of Prop./PCA | | | 2,487.15 | |
| | | CV201200022 | | | | |
| | | Cash:Sale of Prop./CGPD | | | 587.40 | |
| | | CV201203040 | | | | |
| | | Cash:Sale of Prop./PCA | | | 195.80 | |
| | | CV201203040 | | | | |
| | | Cash:Sale of Prop./CGPD | | | 1,340.25 | |
| | | CV201203387 | | | | |
| | | Cash:Sale of Prop./PCA | | | 446.75 | |
| | | CV201203387 | | | | |
| | | Cash:Sale of Prop./CGPD | | | 578.25 | |
| | | CV201202563 | | | | |
| | | Cash:Sale of Prop./PCA | | | 192.75 | |
| | | CV201202563 | | | | |
| 7/24/2013 | 1208160 | Wells Fargo - Salary<br>memo:     VICTOR ESPINOZA<br>cat:      5 Personal Serv:a Salary/PCA | 759.44 | R | | 2,368,707.99 |
| 7/25/2013 | | Sale Of Seized Assets - Fy13<br>SPLIT     Cash:Sale of Prop./PCA | | R | 90,259.68 | 2,458,967.67 |
| | | Cash:Sale of Prop./PCA | | | 5,114.69 | |
| | | Cash:Sale of Prop./PCNTF | | | 15,344.07 | |
| | | Cash:Sale of Prop./PCA | | | 7,066.22 | |
| | | Cash:Sale of Prop./PCSO | | | 21,198.65 | |
| | | Cash:Sale of Prop./CommunityProject | | | 3,140.54 | |
| | | Cash:Sale of Prop./PCSO | | | 652.00 | |
| | | Cash:Sale of Prop./PCSO | | | 15,463.81 | |
| | | Cash:Sale of Prop./PCNTF | | | 3,356.23 | |
| | | Cash:Sale of Prop./PCNTF | | | 7,427.51 | |
| | | Cash:Sale of Prop./PCNTF | | | 681.89 | |
| | | Cash:Sale of Prop./PCSO | | | 10,814.07 | |
| 7/25/2013 | 93327... | Challenger Space Center<br>memo:     poster contest prize<br>cat:      2 Anti-Drug/PCA | 370.00 | R | | 2,458,597.67 |
| 7/25/2013 | 93327... | Association Of Government Attorneys In Capital Liti...<br>memo:     ann conf. AGACL<br>SPLIT     8 Oper:c Training/PCA | 900.00 | R | | 2,457,697.67 |
| | | 8 Oper:c Training/PCA | 450.00 | | | |
| | | M. LONG - REGISTRATION | | | | |
| | | 8 Oper:c Training/PCA | 450.00 | | | |
| | | G. HAZARD - REGISTRATION | | | | |
| 7/25/2013 | 93327... | ADT Security Systems Inc<br>memo:     Voyles home 169427270 08/13<br>cat:      6 Prof:z Other/PCA | 55.99 | R | | 2,457,641.68 |
| 7/25/2013 | 93327... | Scottsdale Healthcare<br>cat:      6 Prof:c Expert Wit./PCA | 3,724.00 | R | | 2,453,917.68 |
| 7/25/2013 | 93327... | PHOENIX CHILDRENS MEDICAL<br>cat:      8 Oper:a Evidence/PCA | 9,748.00 | R | | 2,444,169.68 |
| 7/25/2013 | 93327... | Southern Arizona Children's Advocacy Center<br>cat:      8 Oper:a Evidence/PCA | 200.00 | R | | 2,443,969.68 |
| 7/25/2013 | 93327... | National Gang Crime Research Center<br>memo:     reg: P. Chapman<br>cat:      8 Oper:c Training/PCA | 850.00 | R | | 2,443,119.68 |
| 7/25/2013 | 93327... | Talx UC Express<br>memo:     ere - unemployement insurance<br>cat:      5 Personal Serv:b ERE/PCA | 0.36 | R | | 2,443,119.32 |

JULY 2013

State Account
9/27/2013

Page 4

| Date | Num | Transaction | | Payment | C | Deposit | Balance |
|------|-----|-------------|--|---------|---|---------|---------|
| 7/30/2013 | 93327... | Shred-It | | 615.03 | R | | 2,442,504.29 |
| | | cat: | 8 Oper:a Evidence/PCA | | | | |
| 7/30/2013 | 93327... | San Tan Valley American Legion | | 10,000.00 | R | | 2,432,504.29 |
| | | memo: | STV Youth Programs | | | | |
| | | cat: | 2 Anti-Drug/PCSO | | | | |
| 7/30/2013 | 93327... | Corporate Job Bank | | 2,547.20 | R | | 2,429,957.09 |
| | | memo: | PO 226454 John J Foley-Temp Bureau Chief | | | | |
| | | cat: | 6 Prof:k Management/PCA | | | | |
| 7/31/2013 | | Interest Earned | | | R | 278.03 | 2,430,235.12 |
| | | cat: | Cash:Interest/PCA | | | | |

# Exhibit 27

OCTOBER 2013

State Account                                                                                                Page 1
11/27/2013

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 10/1/2013 | DEP | Maricopa PD Forfeiture<br>memo:      Receipt 197495<br>SPLIT      Cash:Sale of Prop./Maricopa | | R | 5,879.40 | 2,392,937.99 |
| | | Cash:Sale of Prop./Maricopa<br>CV201301083 | | | 645.30 | |
| | | Cash:Sale of Prop./PCA<br>CV201301083 | | | 215.10 | |
| | | Cash:Sale of Prop./Maricopa<br>CV201201511 | | | 2,222.70 | |
| | | Cash:Sale of Prop./PCA<br>CV201201511 | | | 740.90 | |
| | | Cash:Sale of Prop./Maricopa<br>CV201301082 | | | 609.45 | |
| | | Cash:Sale of Prop./PCA<br>CV201301082 | | | 203.15 | |
| | | Cash:Sale of Prop./Maricopa<br>CV201300310 | | | 358.50 | |
| | | Cash:Sale of Prop./PCA<br>CV201300310 | | | 119.50 | |
| | | Cash:Sale of Prop./Maricopa<br>CV201301086 | | | 573.60 | |
| | | Cash:Sale of Prop./PCA<br>CV201301086 | | | 191.20 | |
| 10/1/2013 | | Bank Of America<br>memo:      PCARD PURCHASES<br>SPLIT      8 Oper:b Supplies/PCA | 1,514.33 | R | | 2,391,423.66 |
| | | 8 Oper:b Supplies/PCA | 749.65 | | | |
| | | 8 Oper:b Supplies/CommunityProject | 243.98 | | | |
| | | 7 Trav:Out-Side/PCA | 520.70 | | | |
| 10/1/2013 | 93331... | Az Dept Of Public Safety<br>SPLIT      4 Disbursements/DPS | 218,503.00 | R | | 2,172,920.66 |
| | | 4 Disbursements/DPS<br>personnel serv | 116,868.00 | | | |
| | | 4 Disbursements/DPS<br>travel - in state | 3,875.00 | | | |
| | | 4 Disbursements/DPS<br>travel out of state | 3,775.00 | | | |
| | | 4 Disbursements/DPS<br>office supplies | 500.00 | | | |
| | | 4 Disbursements/DPS<br>training | 9,000.00 | | | |
| | | 4 Disbursements/DPS<br>communications equip | 12,750.00 | | | |
| | | 4 Disbursements/DPS<br>maint- furn/equip | 1,000.00 | | | |
| | | 4 Disbursements/DPS<br>scrap metal theft DB | 51,735.00 | | | |
| | | 4 Disbursements/DPS<br>office furn | 5,000.00 | | | |
| | | 4 Disbursements/DPS<br>communications | 7,000.00 | | | |
| | | 4 Disbursements/DPS<br>chemical, impact munitions, di | 7,000.00 | | | |
| 10/1/2013 | 93331... | Greater San Tan Chamber Of Commerce<br>cat:      2 Anti-Drug/CommunityProject | 5,500.00 | R | | 2,167,420.66 |
| 10/1/2013 | 93331... | Arizona Hammers Soccer Club<br>cat:      2 Anti-Drug/CommunityProject | 3,000.00 | R | | 2,164,420.66 |
| 10/1/2013 | 93331... | Entenmann-Rovin Co.<br>memo:      attny / investigator badges PO227838<br>cat:      8 Oper:h Printing/PCA | 112.00 | R | | 2,164,308.66 |

## OCTOBER 2013

State Account
11/27/2013

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 10/2/2013 | | Wells Fargo - Salary<br>memo: VICTOR ESPINOZA<br>cat: 5 Personal Serv:a Salary/PCA | 609.98 | R | | 2,163,698.68 |
| 10/2/2013 | 93331... | Florence Blade Reminder<br>memo: PO 227646<br>cat: 8 Oper:g Advertising/PCA | 88.04 | R | | 2,163,610.64 |
| 10/3/2013 | 93331... | ADT Security Systems Inc<br>memo: Voyles home 169427270 10/03 - 11/02/13<br>cat: 6 Prof:z Other/PCA | 55.99 | R | | 2,163,554.65 |
| 10/3/2013 | 93331... | Boundless Network Inc<br>memo: po 227619<br>cat: 8 Oper:b Supplies/PCA | 4,883.17 | R | | 2,158,671.48 |
| 10/3/2013 | 93331... | Mothers Against Drunk Driving<br>memo: DUI enforcement banquet<br>cat: 2 Anti-Drug/CommunityProject | 600.00 | R | | 2,158,071.48 |
| 10/4/2013 | DEP | Eloy PD Forfeiture<br>memo: Receipt 197633<br>SPLIT Cash:Cash Forfeiture/EPD | | R | 14,960.00 | 2,173,031.48 |
| | | Cash:Cash Forfeiture/EPD<br>CV201202585 | | | 11,220.00 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201202585 | | | 3,740.00 | |
| 10/4/2013 | DEP | Eloy PD Forfeiture<br>memo: Receipt 197634<br>SPLIT Cash:Cash Forfeiture/EPD | | R | 256.00 | 2,173,287.48 |
| | | Cash:Cash Forfeiture/EPD<br>CV201300483 | | | 192.00 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201300483 | | | 64.00 | |
| 10/4/2013 | | PC Emps Benefit Trust<br>SPLIT 5 Personal Serv:b ERE/PCA | 302.66 | R | | 2,172,984.82 |
| | | 5 Personal Serv:b ERE/PCA<br>5 Personal Serv:a Salary/PCA<br>employee ins | 280.88<br>21.78 | | | |
| 10/4/2013 | | Wells Fargo - Federal<br>SPLIT 5 Personal Serv:a Salary/PCA | 115.96 | R | | 2,172,868.86 |
| | | 5 Personal Serv:a Salary/PCA<br>employee fica / wh<br>5 Personal Serv:b ERE/PCA<br>employer fica | 57.98<br>57.98 | | | |
| 10/4/2013 | 93332... | Az State Retirement<br>SPLIT 5 Personal Serv:b ERE/PCA | 179.96 | R | | 2,172,688.90 |
| | | 5 Personal Serv:b ERE/PCA<br>EMPLOYER contribution ASRS<br>5 Personal Serv:a Salary/PCA<br>EMPLOYEE | 89.98<br>89.98 | | | |
| 10/8/2013 | JE 288... | PCSO REIMBURSE RICO FOR BUDGET SOFTW...<br>memo: SEE 93330465<br>cat: 8 Oper:o Software/PCSO | | R | 16,082.58 | 2,188,771.48 |
| 10/8/2013 | | LeadsOnline<br>cat: 8 Oper:o Software/PCSO | 11,488.00 | R | | 2,177,283.48 |
| 10/8/2013 | JE 280... | JE 28020 Fleet Services For PCSO/PCNTF<br>memo: PCSO fleet<br>cat: 8 Oper:l Maint-Auto-Air/PCNTF | 12,616.44 | R | | 2,164,667.04 |
| 10/8/2013 | JE 318... | JE 31859 For VA Grant Match<br>memo: AUG 2013<br>cat: 1 Matching/PCA | 3,193.41 | R | | 2,161,473.63 |

OCTOBER 2013

State Account
11/27/2013

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 10/8/2013 | JE | JE 31859 For VA Grant Match<br>memo: JULY 2013<br>cat: 1 Matching/PCA | 1,754.83 | R | | 2,159,718.80 |
| 10/8/2013 | JE | JE 31863 For STOP Grant Match<br>memo: 1st qtr 2013<br>cat: 1 Matching/PCA | 7,452.75 | R | | 2,152,266.05 |
| 10/8/2013 | 93331... | Wells Fargo - Credit Card<br>memo: Tamre Ingersoll<br>cat: 7 Trav:Out-Side/PCSO | | R | 55.20 | 2,152,321.25 |
| 10/8/2013 | 93332... | Az Assoc Of Chiefs Of Police<br>cat: 8 Oper:c Training/Maricopa | 375.00 | R | | 2,151,946.25 |
| 10/8/2013 | 93332... | Public Agency Training Council<br>memo: Reg: V. Maestas-Smartphone<br>cat: 8 Oper:c Training/EPD | 695.00 | R | | 2,151,251.25 |
| 10/8/2013 | 93332... | Boundless Network Inc<br>memo: po 227619<br>cat: 8 Oper:b Supplies/PCA | 707.38 | R | | 2,150,543.87 |
| 10/8/2013 | 93332... | NAWLEE<br>memo: National Assoc. of Women Law Enf. Exec.<br>cat: 8 Oper:c Training/Maricopa | 300.00 | R | | 2,150,243.87 |
| 10/8/2013 | 93332... | Violet Maestes<br>memo: Forensic Cellular Tech Class<br>cat: 7 Trav:In-State/EPD | 225.00 | R | | 2,150,018.87 |
| 10/8/2013 | 93332... | Coolidge Youth Coalition<br>memo: Harvest Daze<br>cat: 7 Trav:In-State/CommunityProject | 750.00 | R | | 2,149,268.87 |
| 10/9/2013 | 93332... | Michael L. Brodie<br>cat: 8 Oper:c Training/PCA | 928.31 | R | | 2,148,340.56 |
| 10/10/2013 | 93332... | Govconnection<br>memo: PO 228050<br>cat: 9 Equip:a Office Equip./PCA | 5,561.32 | R | | 2,142,779.24 |
| 10/10/2013 | 93332... | Casa Grande Union High School District<br>memo: Awakening Club<br>cat: 2 Anti-Drug/PCSO | 1,000.00 | R | | 2,141,779.24 |
| 10/10/2013 | 93332... | CAYMUS CORP<br>memo: Construction of Wall - Courthouse offices<br>cat: 9a Construction/PCA | 6,863.00 | R | | 2,134,916.24 |
| 10/15/2013 | 93332... | Childhelp, Inc<br>memo: PO 226778<br>cat: 8 Oper:a Evidence/PCA | 600.00 | R | | 2,134,316.24 |
| 10/15/2013 | 93332... | ASIS International Phoenix Chapter<br>memo: L.E. Appreciation Luncheon<br>cat: 2 Anti-Drug/PCSO | 500.00 | R | | 2,133,816.24 |
| 10/15/2013 | 93332... | Florence Baptist Church<br>cat: 2 Anti-Drug/PCSO | 2,500.00 | R | | 2,131,316.24 |
| 10/16/2013 | | Wells Fargo - Salary<br>memo: VICTOR ESPINOZA<br>cat: 5 Personal Serv:a Salary/PCA | 430.91 | R | | 2,130,885.33 |
| 10/17/2013 | DEP | Maricopa PD Forfeiture<br>memo: Receipt 197999<br>SPLIT Cash:Cash Forfeiture/Maricopa | | R | 2,277.14 | 2,133,162.47 |
| | | Cash:Cash Forfeiture/Maricopa<br>CV201300999 | | | 225.00 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201300999 | | | 75.00 | |

OCTOBER 2013

State Account
11/27/2013

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| | | Cash:Cash Forfeiture/Maricopa<br>CV201000279 | | | 608.25 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201000279 | | | 202.75 | |
| | | Cash:Cash Forfeiture/Maricopa<br>CV201301085 | | | 874.61 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201301085 | | | 291.53 | |
| 10/17/2013 | DEP | DPS Forfeiture<br>memo:    Receipt 197998<br>SPLIT    Cash:Cash Forfeiture/DPS | | R | 178,304.01 | 2,311,466.48 |
| | | Cash:Cash Forfeiture/DPS<br>CV201301335 | | | 112.50 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201301335 | | | 37.50 | |
| | | Cash:Cash Forfeiture/DPS<br>CV201301516 | | | 89.49 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201301516 | | | 29.83 | |
| | | Cash:Cash Forfeiture/DPS<br>CV201301423 | | | 63,400.91 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201301423 | | | 21,133.64 | |
| | | Cash:Cash Forfeiture/CommunityProject<br>CV201301423 | | | 11,758.63 | |
| | | Cash:Cash Forfeiture/DPS<br>CV201301421 | | | 39,379.12 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201301421 | | | 13,126.37 | |
| | | Cash:Cash Forfeiture/CommunityProject<br>CV201301421 | | | 3,751.37 | |
| | | Cash:Cash Forfeiture/DPS<br>CV201301422 | | | 19,077.14 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201301422 | | | 6,359.05 | |
| | | Cash:Cash Forfeiture/CommunityProject<br>CV201301422 | | | 48.46 | |
| 10/17/2013 | 93332... | City Of Coolidge<br>memo:    Fire prevention week<br>cat:    2 Anti-Drug/CommunityProject | 750.00 | R | | 2,310,716.48 |
| 10/17/2013 | 93332... | Arizona Public Safety Foundation<br>cat:    2 Anti-Drug/CommunityProject | 1,500.00 | R | | 2,309,216.48 |
| 10/17/2013 | 93332... | Arizona Public Safety Foundation<br>cat:    2 Anti-Drug/PCSO | 15,000.00 | R | | 2,294,216.48 |
| 10/17/2013 | 93332... | Arizona Public Safety Foundation<br>cat:    2 Anti-Drug/PCSO | 10,000.00 | R | | 2,284,216.48 |
| 10/18/2013 | | PC Emps Benefit Trust<br>memo:    ppe 10/12<br>SPLIT    5 Personal Serv:b ERE/PCA | 302.66 | R | | 2,283,913.82 |
| | | 5 Personal Serv:b ERE/PCA<br>5 Personal Serv:a Salary/PCA<br>employee ins | 280.88<br>21.78 | | | |
| 10/18/2013 | | Wells Fargo - Federal<br>SPLIT    5 Personal Serv:a Salary/PCA | 82.04 | R | | 2,283,831.78 |
| | | 5 Personal Serv:a Salary/PCA<br>employee fica / wh | 41.02 | | | |
| | | 5 Personal Serv:b ERE/PCA<br>employer fica | 41.02 | | | |
| 10/18/2013 | 93332... | Az State Retirement<br>SPLIT    5 Personal Serv:b ERE/PCA | 128.82 | R | | 2,283,702.96 |

OCTOBER 2013

State Account                                                                      Page 5
11/27/2013

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| | | 5 Personal Serv:b ERE/PCA | 64.41 | | | |
| | | EMPLOYER contribution ASRS | | | | |
| | | 5 Personal Serv:a Salary/PCA | 64.41 | | | |
| | | EMPLOYEE | | | | |
| 10/21/2013 | | Shred-It | 134.40 | R | | 2,283,568.56 |
| | | cat:        8 Oper:a Evidence/PCA | | | | |
| 10/22/2013 | JE | JE 31859 For VA Grant Match | 2,125.49 | R | | 2,281,443.07 |
| | | memo:     Sept 2013 | | | | |
| | | cat:        1 Matching/PCA | | | | |
| 10/22/2013 | 93332... | Pinal Counsel For CASA/Foster Inc | 3,000.00 | R | | 2,278,443.07 |
| | | memo:     10th annual Monte Carlo | | | | |
| | | cat:        2 Anti-Drug/PCSO | | | | |
| 10/22/2013 | 93332... | MARICOPA 1ST WARD | 1,001.00 | R | | 2,277,442.07 |
| | | memo:     Kumakani Fundraser for Girls Camp | | | | |
| | | cat:        2 Anti-Drug/PCSO | | | | |
| 10/22/2013 | 93332... | Wings Of Life | 5,000.00 | R | | 2,272,442.07 |
| | | cat:        2 Anti-Drug/PCSO | | | | |
| 10/24/2013 | 93332... | San Diego Police Equipment | 2,094.00 | R | | 2,270,348.07 |
| | | memo:     .40S&W 165GR ammo | | | | |
| | | cat:        8 Oper:b Supplies/EPD | | | | |
| 10/24/2013 | 93333... | Scottsdale Healthcare | 2,989.00 | R | | 2,267,359.07 |
| | | memo:     PO 226762 | | | | |
| | | cat:        8 Oper:a Evidence/PCA | | | | |
| 10/24/2013 | 93333... | Talx UC Express | 0.31 | R | | 2,267,358.76 |
| | | memo:     ere - unemployement insurance | | | | |
| | | cat:        5 Personal Serv:b ERE/PCA | | | | |
| 10/24/2013 | 93333... | Teen Challenge-Home Of Hope | 5,000.00 | R | | 2,262,358.76 |
| | | cat:        2 Anti-Drug/PCSO | | | | |
| 10/24/2013 | 93333... | Living Word Chapel | 2,500.00 | R | | 2,259,858.76 |
| | | cat:        2 Anti-Drug/PCSO | | | | |
| 10/24/2013 | 93333... | Poston Butte Youth Football Association | 5,000.00 | R | | 2,254,858.76 |
| | | cat:        2 Anti-Drug/PCSO | | | | |
| 10/24/2013 | 93333... | McCedar Creek Construction Llc | 3,300.00 | R | | 2,251,558.76 |
| | | cat:        9a Construction/EPD | | | | |
| 10/26/2013 | | PC Emps Benefit Trust | 302.66 | R | | 2,251,256.10 |
| | | memo:     ppe 10/12 | | | | |
| | | SPLIT      5 Personal Serv:b ERE/PCA | | | | |
| | | 5 Personal Serv:b ERE/PCA | 280.88 | | | |
| | | 5 Personal Serv:a Salary/PCA | 21.78 | | | |
| | | employee ins | | | | |
| 10/26/2013 | | Wells Fargo - Federal | 104.24 | R | | 2,251,151.86 |
| | | SPLIT      5 Personal Serv:a Salary/PCA | | | | |
| | | 5 Personal Serv:a Salary/PCA | 52.12 | | | |
| | | employee fica / wh | | | | |
| | | 5 Personal Serv:b ERE/PCA | 52.12 | | | |
| | | employer fica | | | | |
| 10/26/2013 | | Az State Retirement | 162.28 | R | | 2,250,989.58 |
| | | SPLIT      5 Personal Serv:b ERE/PCA | | | | |
| | | 5 Personal Serv:b ERE/PCA | 81.14 | | | |
| | | EMPLOYER contribution ASRS | | | | |
| | | 5 Personal Serv:a Salary/PCA | 81.14 | | | |
| | | EMPLOYEE | | | | |
| 10/26/2013 | 93332... | Az Counties Insurance Pool | 1.72 | | | 2,250,987.86 |
| | | memo:     workman's comp | | | | |
| | | cat:        5 Personal Serv:b ERE/PCA | | | | |

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 10/29/2013 | 93331... | ADT Security Systems Inc<br>memo:  Voyles home 169427270<br>cat:  6 Prof:z Other/PCA | 55.99 | R | | 2,250,931.87 |
| 10/29/2013 | 93333... | PHOENIX CHILDRENS MEDICAL<br>memo:  BPO 226770<br>cat:  8 Oper:a Evidence/PCA | 3,053.00 | R | | 2,247,878.87 |
| 10/30/2013 | DEP | PCSO Forfeiture<br>memo:  Receipt 198425<br>SPLIT  Cash:Cash Forfeiture/PCSO | | R | 4,431.78 | 2,252,310.65 |
| | | Cash:Cash Forfeiture/PCSO<br>CV201301479 | | | 3,323.84 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201301479 | | | 1,107.94 | |
| 10/30/2013 | DEP | PCNTF Forfeiture<br>memo:  Receipt 198426<br>SPLIT  Cash:Cash Forfeiture/PCNTF | | R | 1,300.00 | 2,253,610.65 |
| | | Cash:Cash Forfeiture/PCNTF<br>CV201202587 | | | 975.00 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201202587 | | | 325.00 | |
| 10/30/2013 | DEP | PCNTF Forfeiture<br>memo:  Receipt 198427<br>SPLIT  Cash:Cash Forfeiture/PCNTF | | R | 1,899.00 | 2,255,509.65 |
| | | Cash:Cash Forfeiture/PCNTF<br>CV201301430 | | | 1,424.25 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201301430 | | | 474.75 | |
| 10/30/2013 | | Wells Fargo - Salary<br>memo:  VICTOR ESPINOZA<br>cat:  5 Personal Serv:a Salary/PCA | 548.02 | R | | 2,254,961.63 |
| 10/30/2013 | | Verizon Wireless<br>cat:  8 Oper:d Communication/PCA | 44.83 | R | | 2,254,916.80 |
| 10/31/2013 | DEP | Superior PD Forfeiture<br>SPLIT  Cash:Cash Forfeiture/SPD | | R | 5,913.49 | 2,260,830.29 |
| | | Cash:Cash Forfeiture/SPD<br>CV201203044 | | | 4,435.12 | |
| | | Cash:Cash Forfeiture/PCA<br>CV201203044 | | | 1,478.37 | |
| 10/31/2013 | | Interest Earned<br>cat:  Cash:Interest/PCA | | R | 195.37 | 2,261,025.66 |
| 10/31/2013 | 93332... | Danny Bourland<br>memo:  Phone forensic conf phx 09/23-27/13<br>cat:  7 Trav:In-State/PCA | 225.20 | R | | 2,260,800.46 |
| 10/31/2013 | 93333... | Scottsdale Healthcare<br>memo:  PO 226762<br>cat:  8 Oper:a Evidence/PCA | 1,639.00 | R | | 2,259,161.46 |
| 10/31/2013 | 93333... | Ann Debellis<br>memo:  PCLEA meeting<br>cat:  8 Oper:c Training/PCA | 168.41 | R | | 2,258,993.05 |

# Exhibit 28

DECEMBER 2013

RICO State Account Fund 184                                                                                                           Page 1
1/16/2014

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 12/2/2013 | 93335... | John Stevens<br>cat:    8 Oper:c Training/PCA | 218.27 | R | | 2,332,448.50 |
| 12/2/2013 | 93335... | SMCOV, LLC<br>memo:    Blue Courage training<br>cat:    8 Oper:c Training/CGPD | 7,270.00 | R | | 2,325,178.50 |
| 12/3/2013 | 93335... | Scottsdale Healthcare<br>memo:    PO 226762<br>cat:    8 Oper:a Evidence/PCA | 735.00 | R | | 2,324,443.50 |
| 12/3/2013 | 93335... | Old Town Custom Framing And Gifts<br>memo:    anti-drug poster framing<br>cat:    2 Anti-Drug/CommunityProject | 144.57 | R | | 2,324,298.93 |
| 12  .013 | 93335... | Bank Of America<br>memo:    PCARD PURCHASES-poster contest<br>cat:    2 Anti-Drug/CommunityProject | 120.30 | R | | 2,324,178.63 |
| 12/3/2013 | 93335... | PHOENIX CHILDRENS MEDICAL<br>memo:    BPO 226770<br>cat:    8 Oper:a Evidence/PCA | 3,658.00 | R | | 2,320,520.63 |
| 12/3/2013 | 93335... | S & L Printing<br>memo:    po 227998<br>cat:    --SPLIT-- | 1,054.00 | R | | 2,319,466.63 |
| 12/3/2013 | 93335... | National Business Furniture Llc<br>cat:    9 Equip:a Office Equip./EPD | 1,411.58 | R | | 2,318,055.05 |
| 12/3/2013 | 93335... | Florence Fudge Company<br>memo:    poster contest award ceremony<br>cat:    2 Anti-Drug/CommunityProject | 500.00 | R | | 2,317,555.05 |
| 12/3/2013 | 93335... | SDH Education West LLC<br>cat:    8 Oper:c Training/CommunityProject | 1,057.13 | R | | 2,316,497.92 |
| 1:  013 | 93335... | Arizona Correctional Industries<br>memo:    po 228076<br>cat:    8 Oper:l Maint-Auto-Air/PCSO | 324.90 | R | | 2,316,173.02 |
| 12/5/2013 | 93335... | Tempe Camera Repair Inc<br>memo:    camera - PIO<br>cat:    9 Equip:a Office Equip./CGPD | 4,295.61 | R | | 2,311,877.41 |
| 12/5/2013 | 93335... | Arizona Public Safety Foundation<br>cat:    2 Anti-Drug/PCSO | 20,000.00 | R | | 2,291,877.41 |
| 12/5/2013 | 93335... | Arizona Public Safety Foundation<br>memo:    Chaplain fund<br>cat:    2 Anti-Drug/PCSO | 5,000.00 | R | | 2,286,877.41 |

DECEMBER 2013

RICO State Account Fund 184                                                                                                                    Page 2
1/16/2014

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 12/10/2013 | 93335... | S & L Printing<br>memo:     po 227998<br>cat:       --SPLIT-- | 351.43 | R | | 2,286,525.98 |
| 12/10/2013 | 93335... | Tad Davis | 148.60 | R | | 2,286,377.38 |
| 12/10/2013 | 93335... | Deborah Miller<br>cat:       8 Oper:b Supplies/CommunityProject | 53.18 | R | | 2,286,324.20 |
| 12/11/2013 | 93335... | Wells Fargo - Salary<br>cat:       5 Personal Serv:a Salary/PCA | 631.53 | R | | 2,285,692.67 |
| 12/12/2013 | 199724 | PCSO Forfeiture<br>memo:     PCSO DR2012-0130011<br>cat:       4 Disbursements/PCSO | | R | 500.00 | 2,286,192.67 |
| 12/12/2013 | 93335... | Scottsdale Healthcare<br>cat:       8 Oper:a Evidence/PCA | 4,215.00 | R | | 2,281,977.67 |
| 12/12/2013 | 93335... | Southern Arizona Children's Advocacy Center<br>memo:     PO 226783<br>cat:       8 Oper:a Evidence/PCA | 1,275.00 | R | | 2,280,702.67 |
| 12/12/2013 | 93335... | Sanzo Specialties Inc<br>cat:       8 Oper:b Supplies/PCSO | 2,450.00 | R | | 2,278,252.67 |
| 12/13/2013 | | PAYROLL LIABILITIES<br>cat:       --SPLIT-- | 608.84 | R | | 2,277,643.83 |
| 12/13/2013 | 93336... | Arizona Public Safety Foundation<br>memo:     PSA<br>cat:       8 Oper:c Training/CommunityProject | 18,693.44 | R | | 2,258,950.39 |
| 12/16/2013 | JE | PENDING JE FOR VICTIM ASSITANCE GRANT<br>memo:     NOV 2012<br>cat:       1 Matching/PCA | 1,991.77 | R | | 2,256,958.62 |
| 12/ '2013 | | Midway Chevrolet<br>memo:     po 227608 2014 chev 1500 4wd crew cab<br>cat:       9 Equip:e Transport./PCA | 39,287.78 | R | | 2,217,670.84 |
| 12/17/2013 | 93336... | Shred-It<br>cat:       8 Oper:a Evidence/PCA | 184.26 | R | | 2,217,486.58 |
| 12/17/2013 | 93336... | Childhelp, Inc<br>memo:     PO 226778<br>cat:       8 Oper:a Evidence/PCA | 300.00 | R | | 2,217,186.58 |
| 12/17/2013 | 93336... | Lando Voyles | 537.10 | R | | 2,216,649.48 |
| 12/19/2013 | | DELL<br>memo:     LAPTOP FOR MAMMOTH PD<br>cat:       9 Equip:b Data Proc./PCA | 1,346.53 | R | | 2,215,302.95 |

DECEMBER 2013

RICO State Account Fund 184                                                                                                    Page 3
1/16/2014

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 12/19/2013 | 93336... | Az Dept Of Public Safety<br>cat:    --SPLIT-- | 161,827.00 | R | | 2,053,475.95 |
| 12/19/2013 | 93336... | Symbolarts<br>memo:    1" badge pins<br>cat:    8 Oper:b Supplies/PCA | 3,469.20 | R | | 2,050,006.75 |
| 12/19/2013 | 93336... | Arizona Public Safety Foundation<br>memo:    PSA<br>cat:    2 Anti-Drug/CommunityProject | 16,525.75 | R | | 2,033,481.00 |
| 12/19/2013 | 93336... | Casa Grande Police Dept.<br>cat:    9 Equip:z Other - Camera/CGPD | 4,940.99 | R | | 2,028,540.01 |
| 12   '2013 | 93336... | Casa Grande Police Dept.<br>memo:    dispatch consoles<br>cat:    9 Equip:a Office Equip./CGPD | 74,250.91 | R | | 1,954,289.10 |
| 12/19/2013 | 93336... | Calvary Chapel Of Coolidge<br>cat:    2 Anti-Drug/PCSO | 2,000.00 | R | | 1,952,289.10 |
| 12/19/2013 | 93336... | State Of AZ - Army National Guard<br>cat:    8 Oper:c Training/PCA | 219.75 | R | | 1,952,069.35 |
| 12/19/2013 | 93336... | Florence High School<br>cat:    2 Anti-Drug/PCSO | 7,500.00 | R | | 1,944,569.35 |
| 12/23/2013 | DEP | DPS Forfeiture<br>memo:    Receipt 200076<br>cat:    --SPLIT-- | | R | 8,547.50 | 1,953,116.85 |
| 12/23/2013 | DEP | CGPD Forfeiture<br>memo:    Receipt 200075<br>cat:    --SPLIT-- | | R | 5,228.00 | 1,958,344.85 |
| 12/23/2013 | DEP | Eloy PD Forfeiture<br>memo:    Receipt 200074<br>cat:    --SPLIT-- | | R | 4,820.80 | 1,963,165.65 |
| 12/26/2013 | 93336... | City Of Eloy<br>cat:    --SPLIT-- | 1,016.00 | R | | 1,962,149.65 |
| 12/26/2013 | 93336... | PHOENIX CHILDRENS MEDICAL<br>memo:    BPO 226770<br>cat:    8 Oper:a Evidence/PCA | 4,778.00 | R | | 1,957,371.65 |
| 12/26/2013 | 93336... | Johnny's Towing<br>cat:    8 Oper:r Towing/EPD | 157.00 | R | | 1,957,214.65 |
| 12/26/2013 | 93336... | Adlerhorst International Inc<br>memo:    police service canine for PCSO from PCA<br>cat:    9 Equip:z Other:Other - Canine Equipment/PCA | 10,368.00 | R | | 1,946,846.65 |

DECEMBER 2013

RICO State Account Fund 184                                                                                                    Page 4
1/16/2014

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 12/26/2013 | 93336... | Tad Davis | 33.90 | R | | 1,946,812.75 |
| 12/26/2013 | 93336... | Ann Debellis | 25.85 | R | | 1,946,786.90 |
| 12/26/2013 | 93336... | Christopher Ward<br>cat:　　7 Trav:In-State/PCA | 62.72 | R | | 1,946,724.18 |
| 12/26/2013 | 93336... | Barbara A. Marvel | 40.43 | R | | 1,946,683.75 |
| 12/26/2013 | 93336... | Patrick Chapman | 31.98 | R | | 1,946,651.77 |
| 12/27/2013 | DEP | DPS Forfeiture<br>memo:　　Receipt 200184<br>cat:　　--SPLIT-- | | R | 198.48 | 1,946,850.25 |
| 12`　'2013 | | Wells Fargo - Salary<br>cat:　　5 Personal Serv:a Salary/PCA | 352.07 | R | | 1,946,498.18 |
| 12/27/2013 | | PAYROLL LIABILITIES<br>cat:　　--SPLIT-- | 476.08 | R | | 1,946,022.10 |
| 12/27/2013 | 93336... | National District Attorneys Assoc.<br>cat:　　8 Oper:c Training | 784.00 | R | | 1,945,238.10 |
| 12/27/2013 | 93336... | Pinal Gila Community Child Services<br>cat:　　2 Anti-Drug/CommunityProject | 500.00 | R | | 1,944,738.10 |
| 12/27/2013 | 93336... | Deborah Miller | 63.85 | R | | 1,944,674.25 |
| 12/27/2013 | 93336... | Az Attorney General's Office<br>memo:　　PCSO DR2012-0130011 remit evidence<br>cat:　　4 Disbursements/PCSO | 500.00 | | | 1,944,174.25 |
| 12/30/2013 | 93336... | Verizon Wireless<br>cat:　　8 Oper:d Communication/PCA | 44.85 | | | 1,944,129.40 |
| 12/31/2013 | | Interest Earned<br>cat:　　Cash:Interest/PCA | | R | 398.64 | 1,944,528.04 |
| 1:　2013 | 93336... | Bank Of America<br>memo:　　PCARD PURCHASES-D. FUJIMOTO | 369.77 | R | | 1,944,158.27 |

# Exhibit 29

# ARIZONA CRIMINAL JUSTICE COMMISSION
## FORFEITURE MONIES REPORT - QUARTERLY

### POOLED ACCOUNT SUMMARY REPORT

**GANG & SUBSTANCE ABUSE**
**PREVENTION & EDUCATION PROGRAM:**

|  | STATE | FEDERAL | TOTAL |
|---|---|---|---|
| Arizona Hammers Soccer Club | 3,000.00 | 0.00 | 3,000.00 |
| Arizona Public Safety Foundation | 68,025.75 | 0.00 | 68,025.75 |
| ASIS International Phoenix Chapter | 1,000.00 | 0.00 | 1,000.00 |
| Az Rage Baseball Club | 2,000.00 | 0.00 | 2,000.00 |
| Bank Of America | 120.30 | 0.00 | 120.30 |
| Calvary Chapel Of Coolidge | 2,000.00 | 0.00 | 2,000.00 |
| Casa Grande Union High School District | 1,000.00 | 0.00 | 1,000.00 |
| City Of Coolidge | 750.00 | 0.00 | 750.00 |
| City Of Eloy | 1,000.00 | 0.00 | 1,000.00 |
| Florence Baptist Church | 2,500.00 | 0.00 | 2,500.00 |
| Florence Fudge Company | 500.00 | 0.00 | 500.00 |
| Florence High School | 7,500.00 | 0.00 | 7,500.00 |
| Friends Of San Tan Mountain Regional Park | 500.00 | 0.00 | 500.00 |
| Greater San Tan Chamber Of Commerce | 5,500.00 | 0.00 | 5,500.00 |
| Living Word Chapel | 2,500.00 | 0.00 | 2,500.00 |
| Maricopa 1ST Ward | 1,001.00 | 0.00 | 1,001.00 |
| Medreturn | 111.44 | 0.00 | 111.44 |
| Mothers Against Drunk Driving | 600.00 | 0.00 | 600.00 |
| Old Town Custom Framing And Gifts | 144.57 | 0.00 | 144.57 |
| Pappas Kids Schoolhouse Foundation | 2,000.00 | 0.00 | 2,000.00 |
| Pinal Council For CASA/Foster Inc | 100.00 | 0.00 | 100.00 |
| Pinal Counsel For CASA/Foster Inc | 3,000.00 | 0.00 | 3,000.00 |
| Pinal Gila Community Child Services | 500.00 | 0.00 | 500.00 |
| Poston Butte Youth Football Association | 5,000.00 | 0.00 | 5,000.00 |
| Stranfield Elementary School | 2500.00 | 0.00 | 2,500.00 |
| Superior Substance Abuse Coalition | 500.00 | 0.00 | 500.00 |
| Teen Challenge-Home Of Hope | 5,000.00 | 0.00 | 5,000.00 |
| Usual Suspects LEMC-Arizona | 5,000.00 | 0.00 | 5,000.00 |
| Wings Of Life | 5,000.00 | 0.00 | 5,000.00 |
|  |  | 0.00 | 0.00 |
|  |  | 0.00 | 0.00 |
|  |  | 0.00 | 0.00 |
|  |  | 0.00 | 0.00 |
|  |  | 0.00 | 0.00 |

**Total for this page** | **128,353.06** | **0.00** | **128,353.06**

### PROGRAM DESCRIPTION:

All of these organizations offer activities and information to help keep kids away form drugs and gangs, as well as promote crime prevention activities as a whole to Pinal County Communities.

2nd QTR FY14

# Exhibit 30

**ARIZONA CRIMINAL JUSTICE COMMISSION**
**FORFEITURE MONIES REPORT - QUARTERLY**

**POOLED ACCOUNT SUMMARY REPORT**

**GANG & SUBSTANCE ABUSE**
  **PREVENTION & EDUCATION PROGRAM:**

| | STATE | FEDERAL | TOTAL |
|---|---|---|---|
| Arizona Public Safety Foundation | 10,000.00 | 0.00 | 10,000.00 |
| Arizona Public Safety Foundation | 1,000.00 | 0.00 | 1,000.00 |
| San Tan Valley Substance Abuse Coalition | 7,200.00 | 0.00 | 7,200.00 |
| HOHP-Honoring/Hiring/Helping Our Heroes Of Pinal | 10,000.00 | 0.00 | 10,000.00 |
| Against Abuse, Inc | 3,000.00 | 0.00 | 3,000.00 |
| BPOE San Manuel Elks | 5,000.00 | 0.00 | 5,000.00 |
| Saddlebrooke Rotary Club Foundation | 100.00 | 0.00 | 100.00 |
| Az Rage Baseball Club | 1,000.00 | 0.00 | 1,000.00 |
| Central Arizona College Foundation | 12,500.00 | 0.00 | 12,500.00 |
| Natural Resource Education Center | 2,500.00 | 0.00 | 2,500.00 |
| Against Abuse, Inc | 3,000.00 | 0.00 | 3,000.00 |
| American Legion Auxiliary Unit 133 | 750.00 | 0.00 | 750.00 |
| American Legion Auxiliary Unit 133 | 750.00 | 0.00 | 750.00 |
| American Legion Auxiliary Unit 133 | 1,000.00 | 0.00 | 1,000.00 |
| American Legion Auxiliary Unit 133 | 1,800.00 | 0.00 | 1,800.00 |
| One More Step Coalition | 2,500.00 | 0.00 | 2,500.00 |
| Superior Little League | 1,000.00 | 0.00 | 1,000.00 |
| San Tan Valley Little League | 10,000.00 | 0.00 | 10,000.00 |
| Poston Butte Youth Football Association | 5,000.00 | 0.00 | 5,000.00 |
| Blazers Softball | 1,000.00 | 0.00 | 1,000.00 |
| Florence True Value Hardware | 286.70 | 0.00 | 286.70 |
| Arizona Public Safety Foundation | 228,700.00 | 0.00 | 228,700.00 |
| Boys & Girls Club Of The East Valley | 5,000.00 | 0.00 | 5,000.00 |
| MASH Anti Substance Abuse Coalition | 4,560.00 | 0.00 | 4,560.00 |
| Barcelona AZ | 1000.00 | 0.00 | 1,000.00 |
| Pinal Hispanic Council | 2000.00 | 0.00 | 2,000.00 |
| Pinal Hispanic Council | 2,500.00 | 0.00 | 2,500.00 |
| Boys & Girls Club Of The East Valley | 12,500.00 | 0.00 | 12,500.00 |
| Arizona Public Safety Foundation | 5,000.00 | 0.00 | 5,000.00 |
| Circle Cross Ranch K-8 School | 400.00 | 0.00 | 400.00 |
| Dallas Children's Advocacy Center | 500.00 | 0.00 | 500.00 |
| Ventura County Community Foundation | 500.00 | 0.00 | 500.00 |
| Communty Outreach Of Robson Ranch | 2,500.00 | 0.00 | 2,500.00 |
| Poston Butte High School | 7,500.00 | 0.00 | 7,500.00 |
| | **352,046.70** | **0.00** | **352,046.70** |

**PROGRAM DESCRIPTION:**

All of these organizations offer activities and information to help keep kids away form drugs and gangs, as well as promote crime prevention activities as a whole to Pinal County Communities.

# Exhibit 31

APRIL 2014

RICO State Account Fund 184
5/21/2014

Page 1

Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Previous Balance: | | | 1,615,748.30 |
| Checks and Payments | 56 | Items | -423,408.48 |
| Deposits and Other Credits | 20 | Items | 89,240.56 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 1 | Item | 227.95 |
| Ending Balance of Bank Statement: | | | 1,281,808.33 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 1,281,808.33 |
| Checks and Payments | 6 | Items | -40,056.70 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 4/30/2014: | | | 1,241,751.63 |
| Checks and Payments | 7 | Items | -15,362.21 |
| Deposits and Other Credits | 6 | Items | 138,134.43 |
| Register Ending Balance: | | | 1,364,523.85 |

APRIL 2014

RICO State Account Fund 184
5/21/2014

Page 2

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Cleared Checks and Payments**

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 2/19/2014 | | To Highway Safety Grand ... | GOHS GRANT 2013-16... | 9 Equip:e Transport./P... | R | -3,020.00 |
| 4/1/2014 | JE 899... | JE 89958 Children's Justic... | QTR END 12/31/13 | 1 Matching/PCA | R | -8,849.29 |
| 4/1/2014 | 93341... | APAAC | cosponsor VRW 2014 e... | 8 Oper:c Training/PCA | R | -1,500.00 |
| 4/1/2014 | 93341... | SKAGGS | REQ 139798 PO 228598 | 9 Equip:z Other:Other-... | R | -375.92 |
| 4/1/2014 | 93341... | Russell Huber Consulting ... | FAC protocols/review | 6 Prof:k Management/... | R | -3,064.17 |
| 4/1/2014 | 93342... | Symbolarts | PO 228533 REQ 139803 | 8 Oper:b Supplies | R | -535.00 |
| 4/1/2014 | 93342... | Arizona Public Safety Fou... | "One Time" team | 2 Anti-Drug/PCSO | R | -1,500.00 |
| 4/1/2014 | 93342... | Communty Outreach Of R... | | 2 Anti-Drug/Communit... | R | -2,500.00 |
| 4/3/2014 | 93342... | Az Dept Of Public Safety | | 4 Disbursements | R | -259,209.00 |
| 4/3/2014 | 93342... | ADT Security Systems Inc | | 6 Prof:z Other/PCA | R | -55.99 |
| 4/3/2014 | 93342... | Boys & Girls Club Of The ... | | 2 Anti-Drug/Communit... | R | -500.00 |
| 4/3/2014 | 93342... | Poston Butte Youth Footb... | | 2 Anti-Drug/PCSO | R | -5,000.00 |
| 4/4/2014 | | PAYROLL LIABILITIES | PPE 3/29/14 | 5 Personal Serv:b ERE | R | -982.08 |
| 4/4/2014 | 93341... | Wells Fargo - Salary | | 5 Personal Serv:a Sala... | R | -878.14 |
| 4/8/2014 | 93342... | Scottsdale Healthcare | po 226762 | 8 Oper:a Evidence/PCA | R | -1,995.00 |
| 4/8/2014 | 93342... | Teen Challenge-Home Of ... | | 2 Anti-Drug/PCNTF | R | -10,000.00 |
| 4/8/2014 | 93341... | National District Attorneys ... | inv 1051 | 8 Oper:c Training/PCA | R | -125.00 |
| 4/8/2014 | 93342... | Red The Uniform Taylor | PO 228599 | 9 Equip:z Other:Other-... | R | -1,678.23 |
| 4/8/2014 | 93342... | Valley Of The Sun YMCA | | 2 Anti-Drug/PCNTF | R | -10,000.00 |
| 4/8/2014 | 93342... | Corporate Job Bank | BOWERS PO 228732 | 6 Prof:k Management/... | R | -668.64 |
| 4/8/2014 | 93342... | Arizona Public Safety Fou... | | 2 Anti-Drug/PCNTF | R | -15,000.00 |
| 4/8/2014 | 93342... | Operation Graduation | CGHS AND VISTA HIG... | 2 Anti-Drug/PCSO | R | -5,000.00 |
| 4/8/2014 | 93342... | Florence Football Booster ... | | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 4/8/2014 | 93342... | Mammoth Police Dept | k-9 | 4 Disbursements/PCA | R | -2,569.90 |
| 4/8/2014 | 93342... | MARICOPA 1ST WARD | | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 4/10/2014 | 93342... | Talx UC Express | ere - unemployement ins... | 5 Personal Serv:b ERE... | R | -0.28 |
| 4/11/2014 | JE 943... | JE 94373 Move Prisoner E... | PCSO Prisoner Extradition | 7 Trav:Out-Side/PCA | R | -32,520.49 |
| 4/11/2014 | | Cash Allocation Error 4/11 | correct in May 2014 | Cash:Misc/PCA | R | -8,267.75 |
| 4/15/2014 | JE 951... | JE 33996 For CJA Grant ... | JAN - MAR 2014 Q END... | 1 Matching/PCA | R | -9,450.20 |
| 4/16/2014 | 93342... | Florence Blade Reminder | | 8 Oper:g Advertising/P... | R | -39.13 |
| 4/16/2014 | 93342... | FBINAA - AZ CHAPTER | | 2 Anti-Drug/CPD | R | -1,000.00 |
| 4/16/2014 | 93342... | FBINAA - AZ CHAPTER | | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 4/16/2014 | 93342... | Universal Police Supply | PO 228985 REQ: 140447 | 9 Equip:z Other:Other-... | R | -638.00 |
| 4/16/2014 | 93342... | Universal Police Supply | TAX PO 228985 REQ: 1... | 9 Equip:z Other:Other-... | R | -52.95 |
| 4/16/2014 | 93342... | Copper Basin YMCA | | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 4/16/2014 | 93342... | Southern Arizona Children... | PO 228439 | 8 Oper:a Evidence/PCA | R | -600.00 |
| 4/16/2014 | 93342... | Medreturn | REQ. 140712 PO 229223 | 2 Anti-Drug/PCSO | R | -995.00 |
| 4/17/2014 | 93343... | Florence Unified School Di... | | 2 Anti-Drug/Communit... | R | -2,000.00 |
| 4/17/2014 | 93343... | Childhelp, Inc | | 8 Oper:a Evidence/PCA | R | -900.00 |
| 4/17/2014 | 93343... | Corporate Job Bank | BOWERS PO 228732 | 6 Prof:k Management/... | R | -668.64 |
| 4/18/2014 | | PAYROLL LIABILITIES | PPE 4/12/14 | 5 Personal Serv:b ERE | R | -1,035.46 |
| 4/18/2014 | 93344... | Wells Fargo - Salary | PPE 4/12/14 | 5 Personal Serv:a Sala... | R | -952.88 |
| 4/21/2014 | 93343... | County Of Salt Lake | Children's Justice Center | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 4/22/2014 | JE 964... | JE For VA Grant Match | MARCH 14 VICT ASST ... | 1 Matching/PCA | R | -3,193.41 |
| 4/22/2014 | | Verizon Wireless | 763292096-00019 | 8 Oper:d Communicati... | R | -40.01 |
| 4/22/2014 | 93343... | Coolidge Youth Coalition | safe and sober grad night | 2 Anti-Drug/CPD | R | -500.00 |
| 4/29/2014 | JE 992... | JE 99207 For STOP Grant... | OT 1QT 2014 DVSTOP ... | 1 Matching/PCA | R | -13,361.68 |
| 4/29/2014 | 93343... | Az Counties Insurance Pool | workman's comp | 5 Personal Serv:b ERE... | R | -12.42 |
| 4/29/2014 | 93343... | AZ Science Center | snti drug poster contest ... | 2 Anti-Drug/Communit... | R | -204.00 |
| 4/29/2014 | 93343... | Bank Of America | PCARD PURCHASES | 2 Anti-Drug | R | -1,857.06 |
| 4/29/2014 | 93343... | BPOE San Manuel Elks | | 2 Anti-Drug/Communit... | R | -2,000.00 |
| 4/29/2014 | 93343... | Ray Bearcat Booster Club | | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 4/29/2014 | 93343... | Friends Of Apache Junction | | 2 Anti-Drug/Communit... | R | -50.00 |
| 4/30/2014 | | PAYROLL LIABILITIES | PPE 4/26/14 | 5 Personal Serv:b ERE | R | -1,047.76 |
| 4/30/2014 | 93343... | Wells Fargo - Salary | PPE 4/12/14 | 5 Personal Serv:a Sala... | R | -970.05 |
| 5/5/2014 | | Verizon Wireless | 520-705-9221 663289319 | 8 Oper:d Communicati... | R | -44.95 |

| | | | | | | |
|------|-----|-------|------|----------|-----|--------|
| Total Cleared Checks and Payments | | | | 56   Items | | -423,408.48 |

## APRIL 2014

RICO State Account Fund 184
5/21/2014

Page 3

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Cleared Deposits and Other Credits

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 3/31/2014 | | Void CHECK #93337880 ... | | 4 Disbursements/PCA | R | 908.81 |
| 4/9/2014 | | DPS Forfeiture | | Cash:Sale of Prop.:Ve... | R | 637.00 |
| 4/9/2014 | DEP | AJPD Forfeiture | Receipt 203417 | Cash:Sale of Prop.:Ve... | R | 5,245.00 |
| 4/10/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | R | 2,300.25 |
| 4/10/2014 | DEP | PCNTF Forfeiture | 203426 | Cash:Cash Forfeiture | R | 217.00 |
| 4/10/2014 | DEP | PCNTF Forfeiture | 203426 | Cash:Cash Forfeiture | R | 20,481.00 |
| 4/10/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | R | 450.00 |
| 4/10/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | R | 180.00 |
| 4/16/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | R | 260.00 |
| 4/16/2014 | DEP | PCNTF Forfeiture | 206614 | Cash:Cash Forfeiture | R | 2,735.00 |
| 4/16/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | R | 753.00 |
| 4/16/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | R | 16,400.00 |
| 4/16/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | R | 318.00 |
| 4/16/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | R | 134.00 |
| 4/30/2014 | DEP | CGPD Forfeiture | 204067 | Cash:Cash Forfeiture | R | 40.01 |
| 4/30/2014 | | FPD Forfeiture | 204068 | Cash:Cash Forfeiture | R | 278.00 |
| 4/30/2014 | DEP | Maricopa PD Forfeiture | Receipt 204069 | Cash:Cash Forfeiture | R | 893.00 |
| 4/30/2014 | | CASH ALLOcation Error 4/... | JE94373 AND 94374 | | R | 35,540.49 |
| 4/30/2014 | | PO 226762-CASH ALLOC... | | | R | 1,470.00 |
| 4/30/2014 | | Interest Earned | | Cash:Interest/PCA | R | 227.95 |
| 5/7/2014 | | SET UP PCA WT ALLOC... | | Cash:Misc | R | 0.00 |

Total Cleared Deposits and Other Credits          21     Items          89,468.51


Total Cleared Transactions          77     Items          -333,939.97

# APRIL 2014

RICO State Account Fund 184                                                                                          Page 4
5/21/2014

## Uncleared Transaction Detail up to 4/30/2014

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Uncleared Checks and Payments** | | | | | | |
| 11/6/2012 | 93304... | Pinal Hispanic Council | Eloy Elementary | 2 Anti-Drug/Communit... | | -300.00 |
| 5/23/2013 | 93322... | MAACO | 2008 Hummer Paint | 8 Oper:l Maint-Auto-Air... | | -2,066.15 |
| 10/26/2013 | 93332... | Az Counties Insurance Pool | workman's comp | 5 Personal Serv:b ERE... | | -1.72 |
| 4/30/2014 | PO 22... | Red The Uniform Taylor | PO 228599-OPEN AMT | 9 Equip:z Other:Other-... | | -1,310.32 |
| 4/30/2014 | PO 22... | COYOTE HONDA | REQ 139460 | 8 Oper:l Maint-Auto-Air... | | -838.02 |
| 4/30/2014 | | Reverse Cash Allocation E... | | | | -35,540.49 |

Total Uncleared Checks and Payments                                            6    Items               -40,056.70

Uncleared Deposits and Other Credits

Total Uncleared Deposits and Other Credits                                     0    Items                     0.00

Total Uncleared Transactions                                                   6    Items               -40,056.70

APRIL 2014

RICO State Account Fund 184                                                                                                 Page 5
5/21/2014

## Uncleared Transaction Detail after 4/30/2014

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Uncleared Checks and Payments** | | | | | | |
| 5/1/2014 | 93343... | Scottsdale Healthcare | po 226762 | 8 Oper:a Evidence/PCA | | -1,470.00 |
| 5/6/2014 | 93343... | Boy Scouts of America | | 2 Anti-Drug/Communit... | | -300.00 |
| 5/6/2014 | 93344... | J.O. Combs Unified Schoo... | anti-drug poster winner t... | 2 Anti-Drug/Communit... | | -197.20 |
| 5/6/2014 | 93344... | Maricopa Golf Classic | | 2 Anti-Drug/Communit... | | -1,000.00 |
| 5/8/2014 | JE | JE DV STOP GRANT MAT... | QTR END 12/31/13 MAT... | 1 Matching/PCA | | -6,374.73 |
| 5/13/2014 | JE | JE  For VA Grant Match | APRIL 2014 | 1 Matching/PCA | | -2,175.28 |
| 5/30/2014 | OR14... | Boundless Network Inc | REQ 141459 DIGICLEAN | 8 Oper:h Printing/PCNTF | | -3,845.00 |
| **Total Uncleared Checks and Payments** | | | | 7    Items | | -15,362.21 |
| | | | | | | |
| **Uncleared Deposits and Other Credits** | | | | | | |
| 5/1/2014 | | PCSO / PCNTF AUCTION... | VEHICLE AUCTION | Cash:Sale of Prop.:Ve... | | 70,988.40 |
| 5/1/2014 | | PCSO / PCNTF AUCTION... | | Cash:Sale of Prop.:Ve... | | 7,592.60 |
| 5/1/2014 | | PCSO / PCNTF AUCTION... | VEHICLE AUCTION | Cash:Sale of Prop.:Ve... | | 16,914.80 |
| 5/1/2014 | | PCSO AUCTION 19140 | | Cash:Sale of Prop.:Oth... | | 102.30 |
| 5/7/2014 | | DPS Forfeiture | | Cash:Cash Forfeiture | | 25,026.91 |
| 5/7/2014 | | DPS Forfeiture | | Cash:Cash Forfeiture | | 17,509.42 |
| **Total Uncleared Deposits and Other Credits** | | | | 6    Items | | 138,134.43 |
| | | | | | | |
| **Total Uncleared Transactions** | | | | 13    Items | | 122,772.22 |

# Exhibit 32

# RICO FUND 184 MAY 2014

RICO State Account Fund 184                                                                                          Page 1
6/23/2014

## Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Previous Balance: | | | 1,281,808.33 |
| Checks and Payments | 45 | Items | -256,289.13 |
| Deposits and Other Credits | 11 | Items | 173,658.18 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 1,199,177.38 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 1,199,177.38 |
| Checks and Payments | 5 | Items | -7,050.89 |
| Deposits and Other Credits | 1 | Item | 8,727.00 |
| Register Balance as of 5/31/2014: | | | 1,200,853.49 |
| Checks and Payments | 9 | Items | -31,528.22 |
| Deposits and Other Credits | 17 | Items | 49,494.96 |
| Register Ending Balance: | | | 1,218,820.23 |

# RICO FUND 184 MAY 2014

RICO State Account Fund 184
6/23/2014

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Cleared Checks and Payments** | | | | | | |
| 4/30/2014 | | Reverse Cash Allocation E... | | | R | -35,540.49 |
| 5/1/2014 | 93343... | Florence Blade Reminder | PO 227646 | 8 Oper:g Advertising/P... | R | -41.92 |
| 5/1/2014 | 93343... | Scottsdale Healthcare | po 226762 | 8 Oper:a Evidence/PCA | R | -1,470.00 |
| 5/1/2014 | 93343... | PHOENIX CHILDRENS M... | BPO 226770 | 8 Oper:a Evidence/PCA | R | -1,500.00 |
| 5/1/2014 | 93343... | Corporate Job Bank | BOWERS PO 228732 in... | 6 Prof:k Management/... | R | -636.80 |
| 5/6/2014 | 93343... | Boy Scouts of America | | 2 Anti-Drug/Communit... | R | -300.00 |
| 5/6/2014 | 93344... | J.O. Combs Unified Schoo... | anti-drug poster winner t... | 2 Anti-Drug/Communit... | R | -197.20 |
| 5/6/2014 | 93344... | Maricopa Golf Classic | | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 5/7/2014 | | Verizon Wireless | 763292096-00019 crim ... | 8 Oper:d Communicati... | R | -40.01 |
| 5/8/2014 | JE 105... | JE DV STOP GRANT MAT... | QTR END 12/31/13 MAT... | 1 Matching/PCA | R | -6,374.73 |
| 5/8/2014 | 93344... | Black And Gold Youth Foo... | | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 5/8/2014 | 93344... | Vohne Liche Kennels, Inc | K9 Oscar | 9 Equip:z Other:Other ... | R | -8,000.00 |
| 5/10/2014 | | PAYROLL LIABILITIES | PPE 4/12/14 | 5 Personal Serv:b ERE | R | -1,187.61 |
| 5/10/2014 | 93344... | Wells Fargo - Salary | PPE 5/10/14 | 5 Personal Serv:a Sala... | R | -1,154.11 |
| 5/13/2014 | JE 107... | JE For VA Grant Match | APRIL 2014 | 1 Matching/PCA | R | -2,175.28 |
| 5/13/2014 | 93344... | Az Dep Of Revenue | | | R | -175.34 |
| 5/14/2014 | | Verizon Wireless | 520-705-9221 663289319 | 9 Equip:d Communicat... | R | -44.97 |
| 5/14/2014 | 93344... | ADT Security Systems Inc | | 6 Prof:z Other/PCA | R | -55.99 |
| 5/14/2014 | 93344... | Symbolarts | PO 229086 | 8 Oper:b Supplies/PCA | R | -3,495.00 |
| 5/14/2014 | 93344... | Canyon State Wireless Inc | | 8 Oper:l Maint-Auto-Air... | R | -1,203.20 |
| 5/14/2014 | 93344... | Corporate Job Bank | BOWERS PO 228732 - i... | 6 Prof:k Management/... | R | -382.08 |
| 5/14/2014 | 93344... | Friends Of San Tan Mount... | | 2 Anti-Drug/PCNTF | R | -1,000.00 |
| 5/15/2014 | 93344... | Boy Scouts of America | | 2 Anti-Drug/PCNTF | R | -3,000.00 |
| 5/15/2014 | 93344... | Casa Grande Pony Little L... | | 2 Anti-Drug/PCNTF | R | -3,000.00 |
| 5/15/2014 | 93344... | Reach USA | REACH USA United Dan... | 2 Anti-Drug/PCNTF | R | -10,000.00 |
| 5/15/2014 | 93344... | Pinal Hispanic Council | Santa Cruz grad night | 2 Anti-Drug/EPD | R | -300.00 |
| 5/15/2014 | 93344... | Pinal Hispanic Council | Santa Cruz grad night | 2 Anti-Drug/EPD | R | -500.00 |
| 5/15/2014 | 93344... | Florence Unified School Di... | | 2 Anti-Drug/PCNTF | R | -1,500.00 |
| 5/15/2014 | 93344... | Coolidge Youth Coalition | safe and sober grad night | 2 Anti-Drug/PCNTF | R | -5,000.00 |
| 5/15/2014 | 93344... | Project Harmony | | 2 Anti-Drug/Communit... | R | -1,000.00 |
| 5/20/2014 | 93344... | PHOENIX CHILDRENS M... | BPO 226770 | 8 Oper:a Evidence/PCA | R | -4,487.50 |
| 5/20/2014 | 93344... | Edwards And Ginn PC | | 6 Prof:k Management/... | R | -10,000.00 |
| 5/20/2014 | 93344... | Childhelp, Inc | | 8 Oper:a Evidence/PCA | R | -600.00 |
| 5/20/2014 | 93344... | Corporate Job Bank | BOWERS PO 228732 - i... | 6 Prof:k Management/... | R | -254.72 |
| 5/20/2014 | 93344... | Community Outreach Of R... | | 2 Anti-Drug/EPD | R | -1,000.00 |
| 5/20/2014 | 93344... | Community Outreach Of R... | | 2 Anti-Drug/PCNTF | R | -6,000.00 |
| 5/20/2014 | 93344... | Creative Culture Insignia L... | challenge coins | 8 Oper:b Supplies/EPD | R | -1,518.00 |
| 5/20/2014 | 93344... | LD Consulting LLC | | 6 Prof:k Management/... | R | -9,500.00 |
| 5/20/2014 | 93345... | Pinal County Juvenile Co... | | 2 Anti-Drug/PCNTF | R | -5,000.00 |
| 5/20/2014 | 93345... | Pinal County Juvenile Co... | | 2 Anti-Drug/CGPD | R | -500.00 |
| 5/24/2014 | | PAYROLL LIABILITIES | PPE 5/24/14 | 5 Personal Serv:b ERE | R | -732.43 |
| 5/24/2014 | 93345... | Red The Uniform Taylor | PO 228599 | 9 Equip:z Other:Other-... | R | -1,031.91 |
| 5/24/2014 | 93345... | Wells Fargo - Salary | PPE 5/24/14 | 5 Personal Serv:a Sala... | R | -1,162.16 |
| 5/29/2014 | 93345... | San Diego Police Equipm... | PO 228478 Speer 9mm ... | 9 Equip:z Other:Other-... | R | -1,174.68 |
| 5/29/2014 | 93345... | Arizona Public Safety Fou... | Northern Pinal County F... | 2 Anti-Drug/Communit... | R | -122,053.00 |

**Total Cleared Checks and Payments**          45    Items                     -256,289.13

**Cleared Deposits and Other Credits**

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 5/1/2014 | | PCSO / PCNTF AUCTION... | VEHICLE AUCTION | Cash:Sale of Prop.:Ve... | R | 70,988.40 |
| 5/1/2014 | | PCSO / PCNTF AUCTION... | | Cash:Sale of Prop.:Ve... | R | 7,592.60 |
| 5/1/2014 | | PCSO / PCNTF AUCTION... | VEHICLE AUCTION | Cash:Sale of Prop.:Ve... | R | 16,914.80 |
| 5/1/2014 | | PCSO AUCTION 19140 | | Cash:Sale of Prop.:Oth... | R | 102.30 |
| 5/6/2014 | | Auction Proceeds 3/22/14 ... | unknown deposit | Cash:Sale of Prop.:Oth... | R | 5,802.20 |
| 5/7/2014 | | DPS Forfeiture | | Cash:Cash Forfeiture | R | 25,026.91 |
| 5/7/2014 | | DPS Forfeiture | | Cash:Cash Forfeiture | R | 17,509.42 |
| 5/20/2014 | DEP | CGPD Forfeiture | 204713 | Cash:Cash Forfeiture | R | 21,067.79 |

## RICO FUND 184 MAY 2014

RICO State Account Fund 184                                                      Page 3
6/23/2014

### Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 5/23/2014 | | Reverse Finance Error | | Cash:Misc/PCA | R | 8,267.75 |
| 5/31/2014 | | Interest Earned | | Cash:Interest/PCA | R | 386.01 |
| 6/19/2014 | JE 107... | JE REVENUE SHARE PC... | PCNTF REV SHARE | Cash:Misc | R | 0.00 |

| Total Cleared Deposits and Other Credits | | 11 Items | 173,658.18 |
|---|---|---|---|

| Total Cleared Transactions | | 56 Items | -82,630.95 |
|---|---|---|---|

# RICO FUND 184 MAY 2014

RICO State Account Fund 184                                                                                    Page 4
6/23/2014

## Uncleared Transaction Detail up to 5/31/2014

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Uncleared Checks and Payments** | | | | | | |
| 11/6/2012 | 93304... | Pinal Hispanic Council | Eloy Elementary | 2 Anti-Drug/Communit... | | -300.00 |
| 5/23/2013 | 93322... | MAACO | 2008 Hummer Paint | 8 Oper:I Maint-Auto-Air... | | -2,066.15 |
| 10/26/2013 | 93332... | Az Counties Insurance Pool | workman's comp | 5 Personal Serv:b ERE... | | -1.72 |
| 4/30/2014 | PO 22... | COYOTE HONDA | REQ 139460 | 8 Oper:I Maint-Auto-Air... | | -838.02 |
| 5/30/2014 | OR14... | Boundless Network Inc | REQ 141459 DIGICLEAN | 8 Oper:h Printing/PCNTF | | -3,845.00 |

Total Uncleared Checks and Payments                                               5     Items                    -7,050.89

**Uncleared Deposits and Other Credits**

| 5/12/2014 | | ACIP CK FOR PCSO RIC... | | Cash:Sale of Prop.:Ve... | | 8,727.00 |

Total Uncleared Deposits and Other Credits                                    1     Item                     8,727.00


Total Uncleared Transactions                                                      6     Items                     1,676.11

# RICO FUND 184 MAY 2014

RICO State Account Fund 184                                                                                              Page 5
6/23/2014

## Uncleared Transaction Detail after 5/31/2014

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| **Uncleared Checks and Payments** | | | | | | |
| 6/3/2014 | | Verizon Wireless | 763292096-00019 crim ... | 8 Oper:d Communicati... | | -40.01 |
| 6/3/2014 | | Verizon Wireless | 520-705-9221 663289319 | 9 Equip:d Communicat... | | -44.97 |
| 6/5/2014 | 93345... | Prescott House Child Adv... | | 2 Anti-Drug/Communit... | | -1,000.00 |
| 6/9/2014 | je1180... | FLEET SERVICE 06-16-1... | TRAN TO 10.3410151.4... | 8 Oper:l Maint-Auto-Air... | | -5,000.00 |
| 6/10/2014 | JE 119... | JE For VA Grant Match | MAY 14 VICT ASST MA... | 1 Matching/PCA | | -2,038.10 |
| 6/12/2014 | 93346... | San Tan Valley American ... | | 2 Anti-Drug/PCSO | | -15,000.00 |
| 6/12/2014 | 93346... | Poston Butte High School | | 2 Anti-Drug/PCSO | | -5,000.00 |
| 6/16/2014 | | PCA FOFEITURE | ATTY GEN AGI97-1307 ... | Cash:Cash Forfeiture/... | | -351.80 |
| 6/30/2014 | PO 22... | San Diego Police Equipm... | PO 228478 | 9 Equip:z Other:Other-... | | -3,053.34 |
| **Total Uncleared Checks and Payments** | | | | 9    Items | | -31,528.22 |
| | | | | | | |
| **Uncleared Deposits and Other Credits** | | | | | | |
| 6/3/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | | 204.00 |
| 6/3/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | | 3,534.00 |
| 6/3/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | | 377.00 |
| 6/3/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | | 1,346.00 |
| 6/3/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | | 2,553.00 |
| 6/3/2014 | DEP | PCNTF Forfeiture | 205106 | Cash:Cash Forfeiture | | 10,000.00 |
| 6/4/2014 | | Attorney General Forfeiture | CV2009038122 - AZ AT... | Cash:Cash Forfeiture/... | | 5,800.73 |
| 6/4/2014 | | Attorney General Forfeiture | CV2009038122 - AZ AT... | Cash:Cash Forfeiture/... | | 5,800.73 |
| 6/4/2014 | | Attorney General Forfeiture | CV2009038122 - AZ AT... | Cash:Cash Forfeiture/... | | 5,800.73 |
| 6/4/2014 | | DPS Forfeiture | | Cash:Sale of Prop.:Ve... | | 750.00 |
| 6/4/2014 | DEP | AJPD Forfeiture | | Cash:Sale of Prop.:Ve... | | 2,600.00 |
| 6/4/2014 | DEP | CGPD Forfeiture | | Cash:Sale of Prop.:Ve... | | 1,978.20 |
| 6/5/2014 | DEP | PCSO Forfeiture | | Cash:Cash Forfeiture | | 10.89 |
| 6/5/2014 | DEP | PCNTF Forfeiture | 205207 | Cash:Cash Forfeiture | | 5.88 |
| 6/10/2014 | | Void Check #93345080 Pi... | issue separate checks | 2 Anti-Drug | | 5,500.00 |
| 6/10/2014 | DEP | CGPD Forfeiture | | Cash:Cash Forfeiture | | 1,431.23 |
| 6/18/2014 | DEP | Eloy PD Forfeiture | Receipt 205666 | Cash:Cash Forfeiture | | 1,802.57 |
| **Total Uncleared Deposits and Other Credits** | | | | 17    Items | | 49,494.96 |
| | | | | | | |
| **Total Uncleared Transactions** | | | | 26    Items | | 17,966.74 |

# Exhibit 33

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | **2011** |
| Department of the Treasury Internal Revenue Service | ► The organization may have to use a copy of this return to satisfy state reporting requirements | Open to Public Inspection |

**A** For the 2011 calendar year, or tax year beginning _____ , 2011, and ending _____ , 20 _____

| **B** Check if applicable | **C** Name of organization  Pinal County Justice Foundation, Inc. | **D** Employer identification number |
|---|---|---|
| ☐ Address change | Doing Business As  PCJF, Inc | 26-0443429 |
| ☐ Name change | Number and street (or P.O. box if mail is not delivered to street address)   Room/suite | **E** Telephone number |
| ☐ Initial return | 6499 S Kings Ranch Rd #6-16 | 480-292-1351 |
| ☐ Terminated | City or town, state or country, and ZIP + 4 | |
| ☐ Amended return | Gold Canyon, AZ 85118 | **G** Gross receipts $  216991 |
| ☐ Application pending | **F** Name and address of principal officer  Marcia Romano | **H(a)** Is this a group return for affiliates? ☐ Yes ☑ No |
| | "Same as C above" | **H(b)** Are all affiliates included? ☐ Yes ☐ No |

☑ Address change

**I** Tax-exempt status: ☑ 501(c)(3)   ☐ 501(c) (   ) ◀ (insert no.)   ☐ 4947(a)(1) or   ☐ 527      If "No," attach a list. (see instructions)

**J** Website: ►  www.azpsf.com (In Development)     **H(c)** Group exemption number ►

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ►    **L** Year of formation  2007   **M** State of legal domicile  AZ

## Part I  Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities:  To promote community involvement for crime prevention, education, safety and support for victims and survivors. To assist our citizens through security, empowerment and education.

2 Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) . . . . . . | **3** | 4 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) . . . . | **4** | 4 |
| 5 | Total number of individuals employed in calendar year 2011 (Part V, line 2a) . . . . | **5** | 0 |
| 6 | Total number of volunteers (estimate if necessary) . . . . . . . . . . | **6** | 10 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . | **7a** | -0- |
| b | Net unrelated business taxable income from Form 990-T, line 34 . . . . . | **7b** | -0- |

| **Revenue** | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) . . . . . . . . . | 196610 | 215698 |
| 9 | Program service revenue (Part VIII, line 2g) . . . . . . . . | -0- | -0- |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) . . . . . | 734 | 1293 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . | -0- | -0- |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 197344 | 216991 |

| **Expenses** | | | |
|---|---|---|---|
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) . . . . . | -0- | -0- |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) . . . . . | -0- | -0- |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | -0- | -0- |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) . . . . . | -0- | -0- |
| b | Total fundraising expenses (Part IX, column (D), line 25) ► _____ | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 141330 | 206955 |
| 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) . | 141330 | 206955 |
| 19 | Revenue less expenses. Subtract line 18 from line 12 . . . . . | 56014 | 10036 |

| **Net Assets or Fund Balances** | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) . . . . . . . . . . | 134119 | 144155 |
| 21 | Total liabilities (Part X, line 26) . . . . . . . . . | -0- | -0- |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 . . . . | 134119 | 144155 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

Signature of officer  *Marcia D. Romano*     Date  2/15/2012

Type or print name and title  Marcia D. Romano, President

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ► | | | Firm's EIN ► | |
| Firm's address ► | | | Phone no | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . ☐ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.      Cat. No. 11282Y      Form **990** (2011)

917-20    21

Form 990 (2011)                                                                                    Page **2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response to any question in this Part III . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

To promote community involvement for crime prevention, education, safety and support for victims and survivors. To assist our
citizens through security empowerment and education.

**2** Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program
services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by
expenses. Section 501(c)(3) and 501(c)(4) organizations and section 4947(a)(1) trusts are required to report the amount of
grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ _____ 22155 including grants of $ _____ ) (Revenue $ _____ 28466 )

Toys, School Supplies and Clothing for Underprivileged Families - Underpriveleged children are given the chance to shop with a
patrol officer for toys, school supplies, clothing and other items for themselves and their family members at Christmas time.

**4b** (Code: _____ ) (Expenses $ _____ 121180 including grants of $ _____ ) (Revenue $ _____ 129912 )

Mounted, K-9 Units, Posse and Deputies - Patrol officers use horses for crowd control at community events. The police dogs are
used for searches and drug related incidents. This gives officers more exposure and more presence in the community. Automatic
rifles for deputies to have for illegals involved in drug related situations.

**4c** (Code: _____ ) (Expenses $ _____ 54951 including grants of $ _____ ) (Revenue $ _____ 56446 )

Community Relations and Education, and Victim Services - These programs use volunteers from the communities. They help the
patrol officers and are instrumental in helping victims of crimes and domestic violence.

**4d** Other program services (Describe in Schedule O.)

(Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4e** Total program service expenses ▶

Form **990** (2011)

Form 990 (2011)                                                                                                                    Page **3**

| **Part IV** | **Checklist of Required Schedules** | | |
|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . . . . . . . . . . . . . . . . . | **1** | ✓ | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . | **2** | ✓ | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . . . . . | **3** | | ✓ |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . . . | **4** | | ✓ |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | ✓ |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . . . . . . . . . . . . . . . . . . . . | **6** | | ✓ |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . | **7** | | ✓ |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . . . . . . . . . . . . . . . . . . . . | **8** | | ✓ |
| **9** | Did the organization report an amount in Part X, line 21; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . . . . . . . . . . . . . . | **9** | | ✓ |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* . . | **10** | | ✓ |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* . . . . . . . . . . . . . . . . . . . . . . | **11a** | | ✓ |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . . | **11b** | | ✓ |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . . | **11c** | | ✓ |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . . . . . . | **11d** | | ✓ |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | ✓ |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* . | **11f** | | ✓ |
| **12 a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI, XII, and XIII* . . . . . . . . . . . . . . . . . . . . . | **12a** | | ✓ |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI, XII, and XIII is optional* . . . . . | **12b** | | ✓ |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* . . . . | **13** | | ✓ |
| **14 a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . | **14a** | | ✓ |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . | **14b** | | ✓ |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or assistance to any organization or entity located outside the United States? *If "Yes," complete Schedule F, Parts II and IV* . . | **15** | | ✓ |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or assistance to individuals located outside the United States? *If "Yes," complete Schedule F, Parts III and IV* . . . . | **16** | | ✓ |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I (see instructions)* . . . . . | **17** | | ✓ |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . . . . . . | **18** | | ✓ |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . . . . . . . . . . . . . . . . | **19** | | ✓ |
| **20 a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . . | **20a** | | ✓ |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? . | **20b** | | |

Form **990** (2011)

Form 990 (2011)                                                                                                      Page **4**

**Part IV**   **Checklist of Required Schedules** *(continued)*

|  |  | Yes | No |
|---|---|---|---|
| **21** | Did the organization report more than $5,000 of grants and other assistance to any government or organization in the United States on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II*   .   .   .   .   . **21** | | ✔ |
| **22** | Did the organization report more than $5,000 of grants and other assistance to individuals in the United States on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III*   .   .   .   .   .   .   .   . **22** | | ✔ |
| **23** | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J*   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **23** | | ✔ |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25*   .   .   .   .   .   .   .   .   .   .   . **24a** | | ✔ |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception?   .   . **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year?   . **24d** | | |
| **25a** | **Section 501(c)(3) and 501(c)(4) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I*   .   .   .   .   .   .   .   . **25a** | | ✔ |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I*   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **25b** | | ✔ |
| **26** | Was a loan to or by a current or former officer, director, trustee, key employee, highly compensated employee, or disqualified person outstanding as of the end of the organization's tax year? *If "Yes," complete Schedule L, Part II*   .   . **26** | | ✔ |
| **27** | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III*   .   .   .   .   .   . **27** | | ✔ |
| **28** | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | |
| **a** | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV*   .   . **28a** | | ✔ |
| **b** | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **28b** | | ✔ |
| **c** | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV*   .   . **28c** | | ✔ |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* **29** | | ✔ |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M*   .   .   .   .   .   .   .   .   .   .   .   .   .   . **30** | | ✔ |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I*   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **31** | | ✔ |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II*   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **32** | | ✔ |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I*   .   .   .   .   .   .   .   .   . **33** | | ✔ |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Parts II, III, IV, and V, line 1*   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **34** | | ✔ |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)?   .   .   .   .   .   . **35a** | | ✔ |
| **b** | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2*   .   .   .   .   .   .   .   .   . **35b** | | ✔ |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2*   .   .   .   .   .   .   .   .   .   .   . **36** | | ✔ |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI*   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **37** | | ✔ |
| **38** | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11 and 19? **Note.** All Form 990 filers are required to complete Schedule O   .   .   .   .   .   .   .   .   .   .   . **38** | ✔ | |

Form **990** (2011)

Form 990 (2011)          Page **5**

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response to any question in this Part V . . . . . . . . . . . . . . . . □ | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . . . | **1a** | -0- | | |
| **b** | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . . . . | **1b** | -0- | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . | | | **1c** | ✓ | |
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** | 0 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? . | | | **2b** | | |
| | **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) . | | | | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . . | | | **3a** | | ✓ |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No," provide an explanation in Schedule O* . . . . . | | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **4a** | | ✓ |
| **b** | If "Yes," enter the name of the foreign country: ▶ | | | | | |
| | See instructions for filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. | | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . . | | | **5a** | | ✓ |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | | ✓ |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . . . | | | **5c** | | ✓ |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible? . . . . . . . . . . . . | | | **6a** | | ✓ |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . | | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . | | | **7a** | | ✓ |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . | | | **7c** | | ✓ |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . . . . . | **7d** | | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | | ✓ |
| **f** | Did the organization, during the year, *pay premiums, directly or indirectly, on a personal* benefit contract? . | | | **7f** | | ✓ |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | | | **7g** | | ✓ |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | | | **7h** | | ✓ |
| **8** | **Sponsoring organizations maintaining donor advised funds and section 509(a)(3) supporting organizations.** Did the supporting organization, or a donor advised fund maintained by a sponsoring organization, have excess business holdings at any time during the year? . . . . . . . . . | | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | | |
| **a** | Did the organization make any taxable distributions under section 4966? . . . . . . . . . . | | | **9a** | | |
| **b** | Did the organization make a distribution to a donor, donor advisor, or related person? . . . . . . . | | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . . . | **10a** | | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities . | **10b** | | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . . . . . . | **11a** | | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . . . | **11b** | | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year . | **12b** | | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . | | | **13a** | | |
| | **Note.** See the instructions for additional information the organization must report on Schedule O. | | | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . . . . . . | **13b** | | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . . . | **13c** | | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | **14a** | | |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . . . | | | **14b** | | |

Form **990** (2011)

Form 990 (2011)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **6**

**Part VI** **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*
Check if Schedule O contains a response to any question in this Part VI . . . . . . . . . . . . . . . ☑

**Section A. Governing Body and Management**

|  |  | Yes | No |
|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year . . **1a** 4 |  |  |
|  | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. |  |  |
| **b** | Enter the number of voting members included in line 1a, above, who are independent . **1b** 4 |  |  |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . **2** |  | ✓ |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? . **3** |  | ✓ |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? **4** |  | ✓ |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . **5** |  | ✓ |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . . . . **6** |  | ✓ |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . **7a** |  | ✓ |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . **7b** |  | ✓ |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: |  |  |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . **8a** | ✓ |  |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . . **8b** | ✓ |  |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . **9** |  | ✓ |

**Section B. Policies** *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  | Yes | No |
|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . **10a** |  | ✓ |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? **10b** |  |  |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? **11a** |  | ✓ |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990. |  |  |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . . . **12a** | ✓ |  |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? **12b** |  | ✓ |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . . . . **12c** |  | ✓ |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . **13** |  | ✓ |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . . **14** |  | ✓ |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? |  |  |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . . . **15a** |  | ✓ |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . . . . **15b** |  | ✓ |
|  | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). |  |  |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . **16a** |  | ✓ |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . **16b** |  |  |

**Section C. Disclosure**

| | |
|---|---|
| **17** | List the states with which a copy of this Form 990 is required to be filed ▶    **AZ** |
| **18** | Section 6104 requires an organization to make its Forms 1023 (or 1024 if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply. <br> ☑ Own website    ☐ Another's website    ☑ Upon request |
| **19** | Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. |
| **20** | State the name, physical address, and telephone number of the person who possesses the books and records of the organization: ▶ **Ronald Krohmer, 6499 S Kings Ranch Rd #6-16, Gold Canyon, AZ 85118  480-292-1351** |

Form **990** (2011)

Form 990 (2011)       Page **7**

**Part VII** | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response to any question in this Part VII . . . . . . . . . . . . . . . ☐

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

• List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

• List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

• List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

• List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

• List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and Title | (B) Average hours per week (describe hours for related organizations in Schedule O) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(1) Marcia Romano - President** <br> 6499 S Kings Ranch Rd #6-16 Gold Canyon AZ | 3 | | | ✓ | | | | -0- | -0- | -0- |
| **(2) Anna Van Buskird - Treasurer** <br> 6499 S Kings Ranch Rd #6-16 Gold Canyon AZ | 6 | | | ✓ | | | | -0- | -0- | -0- |
| **(3) Tess Nesser - Secretary** <br> 6499 S Kings Ranch Rd #6-16 Gold Canyon AZ | 3 | | | ✓ | | | | -0- | -0- | -0- |
| **(4) Ronald Krohmer - Financial Director** <br> 6499 S Kings Ranch Rd #6-16 Gold Canyon AZ | 3 | | | ✓ | | | | -0- | -0- | -0- |
| **(5) Tresa Georgini** <br> 6499 S Kings Ranch Rd #6-16 Gold Canyon AZ | 1 | ✓ | | | | | | -0- | -0- | -0- |
| (6) | | | | | | | | | | |
| (7) | | | | | | | | | | |
| (8) | | | | | | | | | | |
| (9) | | | | | | | | | | |
| (10) | | | | | | | | | | |
| (11) | | | | | | | | | | |
| (12) | | | | | | | | | | |
| (13) | | | | | | | | | | |
| (14) | | | | | | | | | | |

Form **990** (2011)

Form 990 (2011)
Page **8**

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (describe hours for related organizations in Schedule O) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (15) | | | | | | | | | | |
| (16) | | | | | | | | | | |
| (17) | | | | | | | | | | |
| (18) | | | | | | | | | | |
| (19) | | | | | | | | | | |
| (20) | | | | | | | | | | |
| (21) | | | | | | | | | | |
| (22) | | | | | | | | | | |
| (23) | | | | | | | | | | |
| (24) | | | | | | | | | | |
| (25) | | | | | | | | | | |

**1b** Sub-total . . . . . . . . . . . . . . . ▶

**c** Total from continuation sheets to Part VII, Section A . . . . . ▶

**d** Total (add lines 1b and 1c) . . . . . . . . . . . . . . ▶ | -0- | -0- | -0-

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . | **3** | | ✔ |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | ✔ |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . | **5** | | ✔ |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶

Form **990** (2011)

Form 990 (2011)                                                                                                            Page **9**

## Part VIII  Statement of Revenue

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512, 513, or 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a | Federated campaigns . . . | **1a** | | | |
| | b | Membership dues . . . . | **1b** | | | |
| | c | Fundraising events . . . . | **1c** | | | |
| | d | Related organizations . . . | **1d** | | | |
| | e | Government grants (contributions) | **1e** | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | **1f** 215698 | | | |
| | g | Noncash contributions included in lines 1a–1f: $ | | | | |
| | h | **Total. Add lines 1a–1f** . . . . . . . . . ▶ | 215698 | | | |
| **Program Service Revenue** | 2a | ------------------ | **Business Code** | | | |
| | b | ------------------ | | | | |
| | c | ------------------ | | | | |
| | d | ------------------ | | | | |
| | e | ------------------ | | | | |
| | f | All other program service revenue . | | | | |
| | g | **Total. Add lines 2a–2f** . . . . . . . . . ▶ | | | | |
| **Other Revenue** | 3 | Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | 1293 | | | 1293 |
| | 4 | Income from investment of tax-exempt bond proceeds ▶ | | | | |
| | 5 | Royalties . . . . . . . . . . . . ▶ | | | | |
| | | | (i) Real | (ii) Personal | | | |
| | 6a | Gross rents . . | | | | | |
| | b | Less: rental expenses | | | | | |
| | c | Rental income or (loss) | | | | | |
| | d | Net rental income or (loss) . . . . . . . ▶ | | | | |
| | 7a | Gross amount from sales of assets other than inventory | (i) Securities | (ii) Other | | | |
| | b | Less: cost or other basis and sales expenses . | | | | | |
| | c | Gain or (loss) . . | | | | | |
| | d | Net gain or (loss) . . . . . . . . . . ▶ | | | | |
| | 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . . a | | | | |
| | b | Less: direct expenses . . . . b | | | | |
| | c | Net income or (loss) from fundraising events . ▶ | | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 . . . . . a | | | | |
| | b | Less: direct expenses . . . . b | | | | |
| | c | Net income or (loss) from gaming activities . . ▶ | | | | |
| | 10a | Gross sales of inventory, less returns and allowances . . . a | | | | |
| | b | Less: cost of goods sold . . . b | | | | |
| | c | Net income or (loss) from sales of inventory . . ▶ | | | | |
| | | Miscellaneous Revenue | **Business Code** | | | |
| | 11a | ------------------ | | | | |
| | b | ------------------ | | | | |
| | c | ------------------ | | | | |
| | d | All other revenue . . . . . | | | | |
| | e | **Total. Add lines 11a–11d** . . . . . . . ▶ | | | | |
| | 12 | **Total revenue. See instructions.** . . . . . ▶ | 216991 | | | 1293 |

Form **990** (2011)

Form 990 (2011)                                                                                     Page **10**

**Part IX** **Statement of Functional Expenses**

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A) but are not required to complete columns (B), (C), and (D).

Check if Schedule O contains a response to any question in this Part IX . . . . . . . . . . . ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to governments and organizations in the United States. See Part IV, line 21 | | | | |
| **2** Grants and other assistance to individuals in the United States. See Part IV, line 22 . . . | | | | |
| **3** Grants and other assistance to governments, organizations, and individuals outside the United States. See Part IV, lines 15 and 16 . . | | | | |
| **4** Benefits paid to or for members . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . | | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . | | | | |
| **7** Other salaries and wages . . . . . . | | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| **9** Other employee benefits . . . . . . . | | | | |
| **10** Payroll taxes . . . . . . . . . . | | | | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . . | | | | |
| **b** Legal . . . . . . . . . . . . | | | | |
| **c** Accounting . . . . . . . . . . | 5000 | | 5000 | |
| **d** Lobbying . . . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . | | | | |
| **g** Other . . . . . . . . . . . . | | | | |
| **12** Advertising and promotion . . . . . . | 3826 | 3576 | 250 | |
| **13** Office expenses . . . . . . . . . | 1567 | 814 | 753 | |
| **14** Information technology . . . . . . . | | | | |
| **15** Royalties . . . . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . . . . | | | | |
| **17** Travel . . . . . . . . . . . . | | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings . | 4398 | 4398 | | |
| **20** Interest . . . . . . . . . . . . | | | | |
| **21** Payments to affiliates . . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . | | | | |
| **23** Insurance . . . . . . . . . . . . | | | | |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Supplies | 9943 | 9911 | 32 | |
| **b** Mounted Unit Hay, Feed & Vet | 8164 | 8164 | | |
| **c** Prizes, Golf Fees and Carts | 6045 | | | 6045 |
| **d** Casual Labor | 5027 | 5027 | | |
| **e** All other expenses   See Schedule O | 162985 | 161479 | 1506 | |
| **25** Total functional expenses. Add lines 1 through 24e | 206955 | 193369 | 7541 | 6045 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) . . . . | | | | |

Form 990 (2011)                                                                 Page **11**

| **Part X** | **Balance Sheet** | | | | |

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash—non-interest-bearing . . . . . . . . . | 6422 | 1 | 706 |
| | 2 | Savings and temporary cash investments . . . . . . . . . | 127697 | 2 | 143449 |
| | 3 | Pledges and grants receivable, net . . . . . . . . . . . | | 3 | |
| | 4 | Accounts receivable, net . . . . . . . . . . | | 4 | |
| | 5 | Receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L . . . . . . . . . . . . . . . | | 5 | |
| | 6 | Receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions) . . . . . | | 6 | |
| | 7 | Notes and loans receivable, net . . . . . . . . . . . . | | 7 | |
| | 8 | Inventories for sale or use . . . . . . . . . . . . | | 8 | |
| | 9 | Prepaid expenses and deferred charges . . . . . . . . . | | 9 | |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | 10a | | |
| | b | Less: accumulated depreciation . . . . | 10b | | 10c |
| | 11 | Investments—publicly traded securities . . . . . . . . . | | 11 | |
| | 12 | Investments—other securities. See Part IV, line 11 . . . . . . | | 12 | |
| | 13 | Investments—program-related. See Part IV, line 11 . . . . . . | | 13 | |
| | 14 | Intangible assets . . . . . . . . . . . . . . | | 14 | |
| | 15 | Other assets. See Part IV, line 11 . . . . . . . . . . . | | 15 | |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 34) . . . . . . | 134117 | 16 | 144155 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . . . . . | | 17 | |
| | 18 | Grants payable . . . . . . . . . . . . . . | | 18 | |
| | 19 | Deferred revenue . . . . . . . . . . . . . . | | 19 | |
| | 20 | Tax-exempt bond liabilities . . . . . . . . . . . | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D . | | 21 | |
| | 22 | Payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L . . . . . . . . . . . | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . . | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D . . . . . . . . . . | | 25 | |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . . . . . . . . | -0- | 26 | -0- |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117, check here ▶ ☐ and complete lines 27 through 29, and lines 33 and 34.** | | | |
| | 27 | Unrestricted net assets . . . . . . . . . . . . | | 27 | |
| | 28 | Temporarily restricted net assets . . . . . . . . . . | | 28 | |
| | 29 | Permanently restricted net assets . . . . . . . . . . | | 29 | |
| | | **Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 30 through 34.** | | | |
| | 30 | Capital stock or trust principal, or current funds . . . . . . . | 134119 | 30 | 144155 |
| | 31 | Paid-in or capital surplus, or land, building, or equipment fund . . . | | 31 | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds . | | 32 | |
| | 33 | Total net assets or fund balances . . . . . . . . . . . | 134119 | 33 | 144155 |
| | 34 | Total liabilities and net assets/fund balances . . . . . . . . | 134119 | 34 | 144155 |

Form **990** (2011)

Form 990 (2011)                                                                                        Page **12**

**Part XI**   **Reconciliation of Net Assets**

　　　Check if Schedule O contains a response to any question in this Part XI . . . . . . . . . . . . . . □

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . | **1** | 216991 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . | **2** | 206955 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . | **3** | 10036 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . . | **4** | 134119 |
| 5 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | **5** | |
| 6 | Net assets or fund balances at end of year. Combine lines 3, 4, and 5 (must equal Part X, line 33, column (B)) . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 144155 |

**Part XII**   **Financial Statements and Reporting**

　　　Check if Schedule O contains a response to any question in this Part XII . . . . . . . . . . . . . . . □

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☑ Cash ☐ Accrual ☐ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? . . . | 2a | | ✓ |
| b | Were the organization's financial statements audited by an independent accountant? . . . . . . . | 2b | | ✓ |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | 2c | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| d | If "Yes" to line 2a or 2b, check a box below to indicate whether the financial statements for the year were issued on a separate basis, consolidated basis, or both: <br> ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? . . . . . . . . . . . . . . . . . . . | 3a | | ✓ |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | 3b | | |

Form **990** (2011)

**SCHEDULE A**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
▶ Attach to Form 990 or Form 990-EZ. ▶ See separate instructions.

OMB No 1545-0047

## 2011

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| Pinal County Justice Foundation, Inc | 26-0443429 |

**Part I**  **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 11, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i)**.
2 ☐ A school described in **section 170(b)(1)(A)(ii)**. (Attach Schedule E.)
3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii)**.
4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii)**. Enter the hospital's name, city, and state:
5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv)**. (Complete Part II.)
6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v)**.
7 ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi)**. (Complete Part II.)
8 ☐ A community trust described in **section 170(b)(1)(A)(vi)**. (Complete Part II.)
9 ☐ An organization that normally receives: (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2)**. (Complete Part III.)
10 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4)**.
11 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2). See **section 509(a)(3)**. Check the box that describes the type of supporting organization and complete lines 11e through 11h.

   a ☐ Type I    b ☐ Type II    c ☐ Type III—Functionally integrated    d ☐ Type III–Other

e ☐ By checking this box, I certify that the organization is not controlled directly or indirectly by one or more disqualified persons other than foundation managers and other than one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2).

f If the organization received a written determination from the IRS that it is a Type I, Type II, or Type III supporting organization, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

g Since August 17, 2006, has the organization accepted any gift or contribution from any of the following persons?

|  |  | Yes | No |
|---|---|---|---|
| (i) A person who directly or indirectly controls, either alone or together with persons described in (ii) and (iii) below, the governing body of the supported organization? . . . . . . . . . . . . . . . | 11g(i) |  |  |
| (ii) A family member of a person described in (i) above? . . . . . . . . . . . . . . | 11g(ii) |  |  |
| (iii) A 35% controlled entity of a person described in (i) or (ii) above? . . . . . . . . . | 11g(iii) |  |  |

h Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–9 above or IRC section (see instructions)) | (iv) Is the organization in col. (i) listed in your governing document? | | (v) Did you notify the organization in col. (i) of your support? | | (vi) Is the organization in col. (i) organized in the U.S? | | (vii) Amount of support |
|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Yes | No | Yes | No | |
| **(A)** | | | | | | | | | |
| **(B)** | | | | | | | | | |
| **(C)** | | | | | | | | | |
| **(D)** | | | | | | | | | |
| **(E)** | | | | | | | | | |
| **Total** | | | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.

Cat. No. 11285F

Schedule A (Form 990 or 990-EZ) 2011

Version A, cycle 1

Schedule A (Form 990 or 990-EZ) 2011          Page **2**

**Part II**   **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

**Section A. Public Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2007 | (b) 2008 | (c) 2009 | (d) 2010 | (e) 2011 | (f) Total |
|---|---|---|---|---|---|---|
| 1   Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . . . | 192106 | 112536 | 94260 | 196610 | 215698 | 811210 |
| 2   Tax revenues levied for the organization's benefit and either paid to or expended on its behalf . . . | | | | | | |
| 3   The value of services or facilities furnished by a governmental unit to the organization without charge . . . . | | | | | | |
| 4   **Total.** Add lines 1 through 3 . . . . | 192106 | 112536 | 94260 | 196610 | 215698 | 811210 |
| 5   The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . . . | | | | | | |
| 6   **Public support.** Subtract line 5 from line 4 | | | | | | 811210 |

**Section B. Total Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2007 | (b) 2008 | (c) 2009 | (d) 2010 | (e) 2011 | (f) Total |
|---|---|---|---|---|---|---|
| 7   Amounts from line 4 . . . . . . | 192106 | 112536 | 94260 | 196610 | 215698 | 811210 |
| 8   Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources . . . . . . . . . | 386 | 2335 | 149 | 734 | 1293 | 4897 |
| 9   Net income from unrelated business activities, whether or not the business is regularly carried on . . . . . | | | | | | |
| 10   Other income. Do not include gain or loss from the sale of capital assets (Explain in Part IV.) . . . . . . . | | | | | | |
| 11   **Total support.** Add lines 7 through 10 | | | | | | 816107 |
| 12   Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . | | | | | **12** | |

13   **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑

**Section C. Computation of Public Support Percentage**

| | | | |
|---|---|---|---|
| 14   Public support percentage for 2011 (line 6, column (f) divided by line 11, column (f)) . . . . | **14** | | % |
| 15   Public support percentage from 2010 Schedule A, Part II, line 14 . . . . . . . . . | **15** | | % |

16a   **33⅓% support test—2011.** If the organization did not check the box on line 13, and line 14 is 33⅓% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . ▶ ☐

   b   **33⅓% support test—2010.** If the organization did not check a box on line 13 or 16a, and line 15 is 33⅓% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . ▶ ☐

17a   **10%-facts-and-circumstances test—2011.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

   b   **10%-facts-and-circumstances test—2010.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

18   **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Schedule A (Form 990 or 990-EZ) 2011

Schedule A (Form 990 or 990-EZ) 2011 — Page **3**

**Part III** **Support Schedule for Organizations Described in Section 509(a)(2)**
(Complete only if you checked the box on line 9 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

**Section A. Public Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2007 | (b) 2008 | (c) 2009 | (d) 2010 | (e) 2011 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf   .   .   . | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge .   .   .   . | | | | | | |
| **6** **Total.** Add lines 1 through 5 .   .   .   . | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons   . | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| **c** Add lines 7a and 7b   .   .   .   .   .   . | | | | | | |
| **8** **Public support** (Subtract line 7c from line 6.) .   .   .   .   .   .   .   .   .   . | | | | | | |

**Section B. Total Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2007 | (b) 2008 | (c) 2009 | (d) 2010 | (e) 2011 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6   .   .   .   .   .   . | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources  . | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975  .   .   .   . | | | | | | |
| **c** Add lines 10a and 10b   .   .   .   .   . | | | | | | |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part IV.) .   .   .   .   .   .   . | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) .   .   .   .   .   .   .   .   . | | | | | | |
| **14** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . ▶ ☐ | | | | | | |

**Section C. Computation of Public Support Percentage**

| | | | |
|---|---|---|---|
| **15** Public support percentage for 2011 (line 8, column (f) divided by line 13, column (f)) .   .   .   .   . | **15** | | % |
| **16** Public support percentage from 2010 Schedule A, Part III, line 17 .   .   .   .   .   .   .   .   .   . | **16** | | % |

**Section D. Computation of Investment Income Percentage**

| | | | |
|---|---|---|---|
| **17** Investment income percentage for **2011** (line 10c, column (f) divided by line 13, column (f)) .   .   . | **17** | | % |
| **18** Investment income percentage from **2010** Schedule A, Part III, line 17 .   .   .   .   .   .   .   .   . | **18** | | % |
| **19a** 33¹⁄₃% **support tests—2011.** If the organization did not check the box on line 14, and line 15 is more than 33¹⁄₃%, and line 17 is not more than 33¹⁄₃%, check this box and **stop here.** The organization qualifies as a publicly supported organization   .   ▶ ☐ | | | |
| **b** 33¹⁄₃% **support tests—2010.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33¹⁄₃%, and line 18 is not more than 33¹⁄₃%, check this box and **stop here.** The organization qualifies as a publicly supported organization  ▶ ☐ | | | |
| **20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐ | | | |

**Schedule A (Form 990 or 990-EZ) 2011**

**Part IV**  **Supplemental Information.** Complete this part to provide the explanations required by Part II, line 10; Part II, line 17a or 17b; and Part III, line 12. Also complete this part for any additional information. (See instructions).

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to 990 or 990-EZ.

OMB No 1545-0047

# 2011

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| Pinal County Justice Foundation, Inc | 26-0443429 |

Page 6 - Part VI - Section B. Policies - Line 11A:

No review was or will be conducted.

Page 6 - Part VI - Section C. Disclosures - Line 19:

The organization makes its governing documents, conflict of interest policy, and financial statements available to the public on our

website.

Page 10 - Part IX - Line 24f - All Other Expenses:

| | Column (A) | Column (B) | Column (C) | Column (D) |
|---|---|---|---|---|
| Employee Appreciation & Relief | 36255 | 36255 | | |
| Miscellaneous | 2836 | 2812 | 24 | |
| Police Dog | 10500 | 10500 | | |
| Training | 4052 | 4052 | | |
| Motel, Meals, and Travel | 37894 | 37894 | | |
| Uniforms and Badges | 21917 | 21917 | | |
| Rifles | 31939 | 31939 | | |
| Toys, School Supplies & Clothing For Underpriveleged | 16110 | 16110 | | |
| Computer Supplies & Web Site | 1482 | | 1482 | |
| Totals | 162985 | 161479 | 1506 | -0- |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.          Cat. No. 51056K          Schedule O (Form 990 or 990-EZ) (2011)

Schedule O (Form 990 or 990-EZ) (2011)                                                                Page **2**

| Name of the organization | Employer identification number |
|---|---|
| Pinal County Justice Foundation, Inc | 26-0443429 |

22