Jean-Jacques Cabou (Bar No. 022835)
Alexis E. Danneman (Bar No. 030478)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JCabou@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

Emma A. Andersson (CA Bar No. 260637)
(*pro hac vice*)
ACLU CRIMINAL LAW REFORM PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: 212.284.7365
eandersson@aclu.org

Kathleen E. Brody (Bar No. 026331)
Darrell Hill (Bar No. 030424)
ACLU FOUNDATION OF ARIZONA
P. O. Box 17148
Phoenix, Arizona 85011-0148
Telephone: 602.650.1854
kbrody@acluaz.org
dhill@acluaz.org

*Attorneys for Plaintiff Rhonda Cox*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Rhonda Cox,<br><br>        Plaintiff,<br><br>    v.<br><br>Kent Volkmer, Pinal County Attorney; Mark Lamb, Pinal County Sheriff,<br><br>        Defendants. | No. 15-cv-01386-DJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and the County Defendants have reached a settlement, and therefore stipulate to dismissal with prejudice of all claims against all parties in this action, with all parties to bear their own attorneys' fees and costs.  Intervenor-Defendant the State of Arizona consents to this stipulated dismissal with prejudice.

Dated:  April 27, 2018          **PERKINS COIE LLP**

By: */s/ Jean-Jacques Cabou*
    Jean-Jacques Cabou
    Alexis E. Danneman
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

    Emma A. Andersson
    (*pro hac vice*)
    ACLU CRIMINAL LAW REFORM PROJECT
    125 Broad Street, 18th Floor
    New York, New York 10004
    Telephone:  212.284.7365
    eandersson@aclu.org

    Kathleen E. Brody
    Darrell Hill
    ACLU FOUNDATION OF ARIZONA
    P. O. Box 17148
    Phoenix, Arizona 85011-0148
    Telephone:  602.650.1854
    kbrody@acluaz.org
    dhill@acluaz.org

*Attorneys for Plaintiff Rhonda Cox*

| | | |
|---|---|---|
| 1 | Dated: April 27, 2018 | **MARK BRNOVICH** |
| 2 | | **ARIZONA ATTORNEY GENERAL** |

By: */s/ Thomas Rankin*
   Mike Dailey
   Thomas Rankin
   Kenneth R. Hughes
   Eric Rothblum
   Stephen Womack
   Drew C. Ensign
   1275 West Washington Street
   Phoenix, AZ 85007-2997

*Attorneys for Intervenor-Defendant State of Arizona*

Dated: April 27, 2018

JELLISON LAW OFFICES, PLLC

By: */s/ James M. Jellison*
   James M. Jellison
   Assistant Attorney General
   3101 North Central Avenue
   Suite 870
   Phoenix, Arizona 85012

*Attorneys for Defendants Pinal County Attorney Kent Volkmer, Pinal County Sheriff Mark Lamb in their official capacities*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on April 27, 2018, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark Brnovich
Arizona Attorney General
Mike Dailey
Thomas Rankin
Kenneth R. Hughes
Eric S. Rothblum
Stephen Womack
Drew C. Ensign
2005 North Central Avenue
Phoenix, AZ 85004
mike.dailey@azag.gov
thomas.rankin@azag.gov
kenneth.hughes@azag.gov
stephen.womack@azag.gov
drew.ensign@azag.gov

*Attorneys for Intervenor-Defendant State of Arizona*

James M. Jellison
Sims Murray Jellison, Ltd.
3101 North Central Avenue
Suite 870
Phoenix, Arizona 85012
jim@jellisonlaw.com

*Attorneys for Defendants Pinal County Attorney Kent Volkmer,
Pinal County Sheriff Mark Lamb in their official capacities*

/s/     Indy Fitzgerald

139500475.1